## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EARTH FARE, INC., et al.,[1] | ) | Case No. 20-10256 (KBO) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Shops of Fairlawn Delaware, LLC ("Landlord"), hereby appears by its counsel, Meyers, Roman, Friedberg & Lewis ("Meyers Roman") and requests that the undersigned attorney be added to the official mailing matrix and service lists in this case. Landlord requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 11 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statement, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Landlord through service upon Meyers Roman as set forth below:

> David M. Neumann
> *dneumann@meyersroman.com*
> Meyers, Roman, Friedberg & Lewis LPA
> 28601 Chagrin Blvd., Suite 600
> Cleveland, OH 44122
> Telephone: (216) 831-0042
> Fax: (216) 831-0542

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holding, Inc. (8084).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers files in this case, whether form or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE**, that, neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Landlord's: (i) right to have a final order in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other right, claims, actions, defenses, setoffs or recoupments to which Landlord is or may be entitled to under agreements, in law, or equity all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Date: February 6, 2020

*/s/ David M. Neumann*
David M. Neumann (Ohio No. 0068747)
*dneumann@meyersroman.com*
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Suite 500
Cleveland, Ohio 44122
Telephone: 216-831-0042
Fax: 216-831-0542

*Counsel for Shops of Fairlawn Delaware, LLC*

## *CERTIFICATE OF SERVICE*

I hereby certify that a copy of the foregoing was served this 6th day of February, 2020 via the Court's electronic filing system:

- Ian J Bambrick     bankfilings@ycst.com
- Karen C. Bifferato     kbifferato@connollygallagher.com
- M. Blake Cleary     bankfilings@ycst.com
- Richard Scott Cobb     cobb@lrclaw.com, ramirez@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
- Kelly M. Conlan     kconlan@connollygallagher.com
- Jennifer L Cree     Cree@lrclaw.com, Ramirez@lrclaw.com;dellose@lrclaw.com;butler@lrclaw.com
- Epiq Corporate Restructuring, LLC     nmrodriguez@epiqsystems.com
- David Daniel Farrell     dfarrell@thompsoncoburn.com
- Sean T. Greecher     bankfilings@ycst.com
- James E. Huggett     jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com
- Marcy J. McLaughlin Smith     mclaughlinm@pepperlaw.com, molitorm@pepperlaw.com;hardinp@pepperlaw.com
- Allison S Mielke     bankfilings@ycst.com
- Morgan L. Patterson     morgan.patterson@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com
- Shane M. Reil     bankfilings@ycst.com
- Reliable Companies     gmatthews@reliable-co.com
- Ronald Mark Tucker     rtucker@simon.com, bankruptcy@simon.com
- U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
- Matthew P. Ward     matthew.ward@wbd-us.com, Heidi.sasso@wbd-us.com;chris.lewis@wbd-us.com

and by regular U.S. Mail on the following:

Douglas D Herrmann
Hercules Plaza
Suite 5100
1313 N. Market Street
Wilmington, DE 19899-1709

Aaron M. Krieger
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

Kerri K. Mumford
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Stephen R. Tetro, II
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

*/s/ David M. Neumann*
*Counsel Shops of Fairlawn*
*Delaware LLC*

4