IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | |
| § | Chapter 11 |
| EARTH FARE, INC., *et al.*, § | |
| § | Case No. 20-10256 (KBO) |
| Debtor. § | |
| § | |
| § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Amy Pritchard Williams of the firm Troutman Sanders LLP appears pursuant to Federal Rule of Bankruptcy Procedure 9010 as counsel for Crescent CCRE Lucerne Venture, LLC and pursuant to Federal Rule of Bankruptcy Procedure 2002 requests notice of all hearings, proceedings, and filings in this matter; and further requests that copies of all notices, pleadings, applications, motions, orders, and other documents filed or made in this matter be served on Amy Pritchard Williams at the following address, through mail, electronic mail and/or facsimile:

> Amy Pritchard Williams
> TROUTMAN SANDERS LLP
> 301 S. College Street, Suite 3400
> Charlotte, NC  28202
> Telephone: (704) 998-4102
> Facsimile: (704) 998-4051
> amy.williams@troutman.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notice and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion petition, pleading, or request, whether formal or

information, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, or otherwise filed in this action.

Crescent CCRE Lucerne Venture, LLC further specifically requests that undersigned counsel be added to the Master Service List and Mailing Matrix.

Neither this Notice of Appearance and Request for Notice nor any future appearance, pleading, proof of claim, claim, nor motion, shall be deemed a waiver of any rights, all of which are expressly reserved.

Dated:  February 6, 2020                     Respectfully submitted,

By: /s/ Amy Pritchard Williams
Amy Pritchard Williams
(*limited access*)
North Carolina Bar No. 19233
TROUTMAN SANDERS LLP
301 S. College Street, Suite 3400
Charlotte, NC  28202
Telephone: (704) 998-4102
Facsimile: (704) 998-4051
amy.williams@troutman.com

ATTORNEYS FOR CRESCENT CCRE LUCERNE VENTURE, LLC