**EXHIBIT A**

**Cleary Declaration**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| EARTH FARE, INC., *et al.*,[1] | ) Case No. 20-10256 (KBO) |
| Debtors. | ) (Jointly Administered) |

**DECLARATION OF M. BLAKE CLEARY IN SUPPORT OF THE DEBTORS' APPLICATION FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF YOUNG CONAWAY STARGATT & TAYLOR, LLP AS COUNSEL TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**

I, M. Blake Cleary, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a partner in the firm of Young Conaway Stargatt & Taylor, LLP ("**Young Conaway**" or the "**Firm**"), with offices at Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, and have been duly admitted to practice in the State of Delaware and the Commonwealth of Pennsylvania, as well as in the United States Court of Appeals for the Third Circuit and in the United States District Court for the District of Delaware. I submit this declaration (this "**Declaration**") in support of the *Debtors' Application for an Order, Pursuant to Section 327(a) of the Bankruptcy Code, Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors,* Nunc Pro Tunc *to the Petition Date* (the "**Application**").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

25713475.5

2. Young Conaway has conducted a series of searches in the Firm's conflicts databases to identify relationships with the Debtors, their lenders, equity holders, and various other parties-in-interest in the Chapter 11 Cases (collectively, the "**Interested Parties**").[3]

3. Based on the conflicts and connections search conducted and described herein, to the best of my knowledge, neither I, Young Conaway, nor any partner, counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors or any other parties-in-interest herein, except as stated below:

    i. In recent months, Young Conaway and certain of its partners and associates have rendered legal services to the Debtors relating to their plans to seek relief under chapter 11 of the Bankruptcy Code and the preparation of the petitions and other papers initiating and prosecuting the Chapter 11 Cases.

    ii. The Debtors have sought or will seek to retain (a) FTI Consulting, Inc., as financial advisor; (b) Epiq Corporate Restructuring, LLC, as administrative agent; (c) Malfitano Advisors, LLC, as asset disposition advisor; (d) Hilco IP Services, LLC d/b/a Hilco Streambank, as intellectual property sale advisor; and (e) A&G Realty Partners, LLC, as real property sale advisor. Young Conaway has in the past and currently does work with and against these professionals in connection with matters wholly unrelated to the Chapter 11 Cases.

    iii. Young Conaway may have previously represented the Interested Parties listed below, or parties who may be affiliated with such Interested Parties, in matters wholly unrelated to the Debtors and the Chapter 11 Cases:

        a. AMEX
        b. Aramark Uniform Services
        c. AT&T
        d. Bright House Networks
        e. Conway MacKenzie
        f. Dell Marketing L.P.
        g. Federal Express
        h. Fireman's Fund Insurance Company
        i. Frontier Florida
        j. Great American Insurance Company
        k. Liberty Insurance Underwriters, Inc.

---

[3] A list of the Interested Parties searched is attached hereto as Exhibit 1.

25713475.5

        l.      Lloyd's of London
        m.    NCR Corporation
        n.     TDS Telecom
        o.     Time Warner Cable
        p.     Travelers Casualty & Surety Company of America
        q.     Waste Management
        r.     Zenith Insurance Company

    iv.    Young Conaway currently represents (and may in the past have represented) the Interested Parties listed below, or parties who may be affiliated with such Interested Parties, in matters wholly unrelated to the Debtors and the Chapter 11 Cases:

        a.     Charter Communications
        b.     Deutsche Bank Securities Inc.
        c.     Dish Network
        d.     Dixie Electric Cooperative

4.    Furthermore, to the best of my knowledge, information, and belief, and in accordance with Bankruptcy Rule 5002, neither I nor any attorney at Young Conaway is a relative of the United States Bankruptcy Judge assigned to the Chapter 11 Cases, and Young Conaway does not have a connection with the United States Bankruptcy Judge that would render its retention in the Chapter 11 Cases improper.  Further, in accordance with Bankruptcy Rule 2014, Young Conaway does not have any connection with the Office of the United States Trustee (the "**U.S. Trustee**") or any persons employed by the U.S. Trustee.

5.    Young Conaway is continuing to review the Debtors' complete lists of creditors.  Based upon its review as of this date, Young Conaway has determined that it does not represent any party in these proceedings with a material adverse interest with respect to the Debtors.  Young Conaway will supplement this declaration, as necessary, with additional information or disclosures in the event that additional information is developed.

6. Young Conaway is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that Young Conaway, its partners, counsel, and associates:

    i. are not creditors, equity security holders, or insiders of the Debtors;

    ii. are not and were not, within two (2) years before the Petition Date, directors, officers, or employees of the Debtors; and

    iii. do not have an interest materially adverse to the interests of the Debtors' estates or of any class of the Debtors' creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, any of the Debtors, or for any other reason.

7. As set forth above, and subject to any explanations and/or exceptions contained herein, Young Conaway (a) does not hold or represent any interest adverse to the Debtors in connection with the matters upon which Young Conaway is to be engaged, and (b) is disinterested. If the results of further investigation reveal any additional connections, Young Conaway will make any further disclosures as may be appropriate at that time.

8. Young Conaway intends to apply for compensation for professional services rendered in connection with the Chapter 11 Cases subject to approval of the Court and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any administrative order entered by the Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Young Conaway. The Firm operates in a national and regional marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialty, the firm's experience, performance and reputation, the nature of the work involved, and other factors. The principal attorneys and paralegals designated to represent the Debtors and their current standard hourly rates are:

      i.      Pauline K. Morgan      $1,025.00 per hour

      ii.      M. Blake Cleary      $940.00 per hour

      iii.      Sean T. Greecher      $715.00 per hour

      iv.      Ian J. Bambrick      $610.00 per hour

      v.      Shane M. Reil      $525.00 per hour

      vi.      Allison S. Mielke      $490.00 per hour

      vii.      Malak S. Doss (law clerk)      $375.00 per hour

      viii.      Brenda Walters (paralegal)      $305.00 per hour

9. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Other attorneys and paralegals may from time to time serve the Debtors in connection with the matters herein described.

10. The hourly rates set forth above are Young Conaway's standard hourly rates for work of this nature and these rates are set at a level designed to fairly compensate Young Conaway for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses approved by the client such as secretarial and other overtime. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients. The Firm believes that it is

fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

11. No promises have been received by Young Conaway, nor by any partner, counsel, or associate thereof, as to compensation in connection with the Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code. Young Conaway has no agreement with any other entity to share with such entity any compensation received by Young Conaway in connection with the Chapter 11 Cases.

12. Consistent with the U.S. Trustee's *Appendix B—Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "**U.S. Trustee Guidelines**"), which became effective on November 1, 2013,[4] I state as follows:

   i. Young Conaway has not agreed to a variation of its standard or customary billing arrangements for this engagement;

   ii. None of the Firm's professionals included in this engagement have varied their rate based on the geographic location of the Chapter 11 Cases;

   iii. Young Conaway was retained by the Debtors pursuant to an engagement agreement dated November 4, 2019. The billing rates and material terms of the prepetition engagement are the same as the rates and terms described in the Application; and

   iv. The Debtors will consult with Young Conaway for purposes of approving a prospective budget and staffing plan for Young Conaway's engagement for the postpetition period prior to a hearing on the Application. In accordance with the U.S. Trustee Guidelines, the budget may be amended as necessary to reflect changed or unanticipated developments.

---

[4] The U.S. Trustee Guidelines themselves acknowledge that "the Guidelines do not supersede local rules, court orders, or other controlling authority." While the Debtors and Young Conaway intend to work cooperatively with the U.S. Trustee to address requests for information and any concerns that may have led to the adoption of the U.S. Trustee Guidelines, neither the filing of this Declaration, nor anything contained herein, is intended to or shall be deemed to be an admission by Young Conaway that the Firm is required to comply with the U.S. Trustee Guidelines. Young Conaway reserves any and all rights with respect to the application of the U.S. Trustee Guidelines in respect of any application for employment or compensation filed in the Chapter 11 Cases.

25713475.5

13. Young Conaway intends to perform the services including, but not limited to, the following:

    i. providing legal advice and services with respect to the Debtors' powers and duties as debtors in possession, management of their properties, and the sale of their assets;

    ii. preparing and pursuing confirmation of a plan and approval of a disclosure statement;

    iii. preparing, on behalf of the Debtors, necessary applications, motions, answers, orders, reports, and other legal papers;

    iv. appearing in Court and at any meeting with the U.S. Trustee and any meeting of creditors at any given time on behalf of the Debtors;

    v. performing various services in connection with the administration of the Chapter 11 Cases, including, without limitation, (i) preparing agenda letters, certificates of no objection, certifications of counsel, notices of fee applications and hearings, and hearing binders of documents and pleadings, (ii) monitoring the docket for filings on pending matters that need responses; (iii) preparing and maintaining critical dates memoranda to monitor pending applications, motions, hearing dates, and other matters and the deadlines associated with the same, and (iv) handling inquiries and calls from creditors and counsel to interested parties regarding pending matters and the general status of the Chapter 11 Cases; and

    vi. performing all other legal services assigned by the Debtors to Young Conaway.

14. The facts set forth in the Application are true and correct to the best of my knowledge, information, and belief.

Dated: February 6, 2020  
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ M. Blake Cleary*  
M. Blake Cleary

# EXHIBIT 1

## Interested Parties

# **EARTH FARE, INC.**

*List of Potential Parties in Interest*

### Debtors

Earth Fare, Inc.
EF Investment Holdings, Inc.

### Debtor Directors and Officers

John C. Brouillard
Paul Dale
David A. Jones
Harold S. Little
Kevin Mailender
Justin McDougal
Frank V. Scorpiniti
Chris Williams
Tyler J. Wolfram

### Known Affiliates

Monitor Clipper Equity Partners II, L.P.
Monitor Clipper Equity Partners (NQP) II, L.P.
OHCMP III LP
OHCP III LP
OHCP GenPar III, L.P.

### Stockholders Greater than 5%

MCP Heirloom LLC
Oak Hill Capital Partners III, LP

### Debtors' Professionals

Deutsche Bank Securities Inc.
FTI Consulting, Inc.
Young Conaway Stargatt & Taylor, LLP

### Banks/Lender/UCC Lien Parties/Administrative Agents

Fifth Third Bank
First Western Bank & Trust
Oak Hill Capital Management Partners III, L.P.
Oak Hill Capital Partners III, L.P.
Wells Fargo & Company

### Lenders' Professionals

Conway MacKenzie
Paul, Weiss, Rifkind, Wharton & Garrison, LLP

### Material Vendors and Contract Counterparties

Acosta Sales & Marketing
ADP
Adplex, Inc.
Albert's
AMEX
Amtekco Industries Inc.
Ancient Nutrition
Aramark Uniform Services
Blue Hill by Hand
Braswell Scale & Equipment
BREIT MP EP II LLC
Bunzl Distribution Southeast, LLC
Carolina Refrigeration Services, Inc.
Certified Commercial Service & Equipment
Counter Culture
Crosset Company, Cincinnati
CV Sciences, Inc.
CWB Holdings, Inc.
Dell Marketing L.P.
Elite Flower
Enzymedica, Inc.
Fasteners For Retail, Inc. (FFR)
Federal Express
FEELGOODZ, LLC
First Source, LLC
Flowers Baking Company of Villa Rica LLC
Frontier Natural Products
Gaia Herbs, Inc.
Garden of Life, Inc
Gemini Place Towne Center LLC
Georgia Air Solutions, LLC
Gourmet Foods International
Hissho Sushi
Homestead Creamery, Inc
Hoover Mall Limited, LLC
Hubert Company
Hussman Corporation
Inland Seafood

| | |
|---|---|
| Instacart | **Landlords** |
| Invatron Systems USA Corp. | |
| Irwin Naturals/4Health | 3939 Everhard LLC |
| Jadeco, Inc. | 5070 South Westnedge LLC |
| Kamp Washington | Atlantic North Shopping Center |
| Katalyst Network Group | Battleground Associates, LP |
| KPS Global, LLC | Blackfin Nona LLC |
| Madix | Brierdale |
| Mainstreet at Midtown Limited Partnership | Broad Street Realty LLC |
| Marathon Equipment Company | Central Realty Holdings LLC |
| Mineral Fusion Natural Brands, LLC | CH Forest Park Partners |
| Muzak - AVL,GSO,BOO, GVL2,AVL2 | Cobblestone Plaza at Boynton, LLC |
| NADG/ Blackfin Partners | Cole GS Huntersville NC, LLC |
| National Water Services | Colonial Development Company |
| Natural Dynamics | Cox Investments |
| NCR Corporation | Crescent CCRE Lucerne Venture, LLC |
| New Chapter, Inc. | Dupont Crossing, LLC |
| Nexsen Pruet, LLC | EF 160 Fort Mill, LLC |
| Nordic Naturals | Ferncroft Morrison, LLC |
| Notes & Queries, Inc. | FIRC Westgate LLC |
| Novel Lucerne | Forsyth Owner 3, L.P. c/o Core Property |
| NP/I&G EastChase Property Owner, LLC | Capital LLC |
| Nutraceutical Corporation | Gateway Arthur, Inc. |
| Nutranext, LLC | Gator Argate Gainesville, LLC |
| OneSource Magazine Dist., LLC | Gould and Company |
| Palladium Delvelopment V, LLC | Gunbarrel Commons, LLC |
| Pangea-CDS, Inc. | Hamilton Town Center |
| Peet's Coffee & Tea | Harbour-Gramling Summerville, LLC |
| Piedmont Graphics | Harvest Market, LLC |
| Pye-Barker Fire & Safety, LLC | Holrob Schaffler Parnership I |
| Rainier Woodlands Square Acquisition | HRP Ivy Market, LLC |
| Renew Life | HRP Renaissance Market, LLC |
| RGIS Inventory Specialists | Hull Storey Retail Group - Fury's Ferry |
| SEMINOLE MALL LP | Shoppes |
| Sequel Naturals, Inc. | Hutton Pasco Power Center Ex, LLC |
| Skyview Naturals CO dba Sunsoil | Icebreaker Development, LLC |
| Southeastern Products Inc. | IRC Retail Centers |
| SRK Viera Village Associates L.P. | Kamp Washington c/o USRP I, LLC |
| SRS Real Estate Partners - Southeast, LLC | KRG Centre, LLC |
| Sumotext Corporation | KRG Toringdon Market, LLC |
| Supermarket Systems, Inc. | MFBY Ocala LLC |
| The Charlotte Observer | Midtown West EF, LLC |
| The Republic Of Tea | Palladium Development V. LLC |
| The Stores Consulting Group, LLC | Park West Village c/o CASTO |
| UNFI | Parkway Terrace Properties, Inc. |
| Valassis Digital, Inc | PGP Jacksonville LLC |
| Vitamer Laboratories | RECS Flint's Crossing LLC |
| Waste Management Asheville | RGOP 2, LLC |
| Zenith Insurance Company | Sams Investments Inc |
| Zero Zone | Seminole Mall LP c/o Centrecorp |
| | Shops of Fairlawn Delaware LLC |

Skyland Town Centre Investors
SRK Viera Village Associates LP
St. Johns Parkway Land Trust
TDC Lakewood I, LLC
Turnhart Acquisition Corporation
Wood Rock Hill Center, LLC
Woodlands Square
Yale Huntsville, LLC

**Insurers**

American Bankers Insurance Company of Florida
Cincinnati Insurance Company
Fireman's Fund Insurance Company
Great American Insurance Company
Liberty Insurance Underwriters, Inc.
Lloyds of London
Ohio State Insurance Fund
Travelers Casualty & Surety Company of America
Westchester Surplus Lines Insurance Company
Zenith Insurance Company

**Utilities**

AEP Ohio
Alabama Power
Appalachian Power
AT&T
Athens Clarke County
Atmos Energy
Bandwave Systems
Bright House Networks
BrightRidge
Cape Fear Public Utility Authority
Century Link
Champion Utility Billing Services
Charleston Water System
Charter Communications
Chattanooga Gas
Chattanooga Gas
Citizens Energy
City of Asheville
City of Carmel Utilities
City of Charlotte - Water
City of Chattanooga - Sewer
City of Clearwater
City of Cocoa
City of Columbia
City of Concord

City of Greensboro
City of High Point
City of Kalamazoo - City Treasurer
City of North Canton - Water Dept.
City of Oldsmar
City of Portage
City of Raleigh
City of Rock Hill
City of Tallahassee
Columbia County Water
Comporium Communications
Concord Mills NC LLC
Conservice
Consumers Energy
Curbside Management, Inc.
Danny's Dumpsters
Dayton Power and Light Comp
Dish Network
Dixie Electric Coop
Dominion East Ohio
Dominion Energy South Carolina
Dominion Energy Virginia
Duke Energy
Duke Energy - Indiana
Duke Energy Progress
Duke Power
Energy United
EPB Electric Power
Fairfax Water
FCC SA
Fireside Natural Gas LLC
First Utility District
Florida City Gas
Florida Power & Light
Florida Public Utilities
Forsyth County - Water/Sewer Dept
Frontier Florida
Frontier Natural Gas
Gainesville Regional Utilities
GEMPTC/Colliers International
Georgia Power
Greenville Water System
Hamilton Town Center
Henderson County Sewer
Hendersonville Water & Sewer
Hixson Utility District
Huntsville Utilities
Illuminating Company
Indiana Michigan Power
Indianapolis Power & Light Company
Infinite Energy Inc

| | |
|---|---|
| JEA | **Taxing Authorities** |
| Johnson City Utility System | |
| Knoxville Utilities Board | Alabama Department of Revenue |
| Lenoir City Utilities Board | City of Auburn |
| Manatee County Utilities Dept | City of Charleston |
| Metropolitan Sewerage District of Buncombe County | City of Columbia |
| | City of Fairfax |
| Montgomery County Water | City of Huntsville |
| Montgomery Water Works | City of Roanoke |
| New River Light & Power Co. | City of Rock Hill |
| NIPSCO | City of Williamsburg |
| Ocala Utility Services | County of Greenville |
| Ohio Edison | Florida Department of Revenue |
| Orlando Utilities Commission | Georgia Department of Revenue |
| Palm Beach County Water Utilities | Indiana Department of Revenue |
| Peace River Electric Coop | Lee County Revenue Office |
| Piedmont Natural Gas Co. | Madison County Revenue Office |
| Pinellas County Utilities | Mecklenburg County |
| PSNC Energy | Michigan Department of Treasury |
| Republic Service | North Carolina Department of Revenue |
| Roanoke Gas Company | Ohio Department of Taxation |
| Rock Hill South Carolina | South Carolina Department of Revenue |
| Sawnee Electric Membership | Tennessee Department of Revenue |
| Sewer & Water Utility Bill | Town of Summerville |
| Spire | Virginia Department of Taxation |
| Stark County Metropolitan Sewer | Wake County Revenue Department |
| Suburban Natural Gas Company | York County Treasurer |
| Summerville CPW | |
| TDS Telecom | **Litigation Parties** |
| Teco | |
| Tennessee American Water | Kevin Bradley |
| The Illuminating Company | Destanee Roller |
| Time Warner Cable | |
| Time Warner Cable - Northeast | **Significant Competitors** |
| Town of Boone | |
| Town of Cary | Whole Foods |
| VA Natural Gas | Sprouts |
| Vectren Energy | The Fresh Market |
| Verizon Wireless | Natural Grocers |
| Washington Gas | Lucky's Market |
| Waste Management | |
| WCA Waste Corporation | **United States Bankruptcy Judges in the District of Delaware** |
| Western Virginia Water Authority | |
| Windstream Communications | |
| Withlacoochee River Electric Coop | John T. Dorsey |
| WM Compactor Solutions | Kevin Gross |
| York County Natural Gas Authority | Karen B. Owens |
| York County Water/Sewer | Brendan L. Shannon |
| York Electric Cooperative Inc. | Laurie Selber Silverstein |
| | Christopher S. Sontchi |
| | Mary F. Walrath |

02/06/20
20-10256-KBO
67-2

**Office of the United States Trustee**

Lauren Attix
David Buchbinder
Linda Casey
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Christine Green
Benjamin Hackman
Jeffrey Heck
Jane Leamy
Hannah M. McCollum
James R. O'Malley
Michael Panacio
Linda Richenderfer
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Karen Starr
T. Patrick Tinker
Andrew Vara
Ramona Vinson
Michael West
Dion Wynn

25701123.1

5