**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Earth Fare, Inc., et al. | : | Case No. 20-10256 (KBO) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **United Natural Foods, Inc.**, Attn: Nicholas Leitzes, 313 Iron Horse Way, Providence, RI 02908, Phone: 401-528-8634, Ext. 32315, Fax: 866-284-2288

2. **Inland Fresh Seafood Corporation of America, Inc.**, Attn: Les A. Schneider, 969 Castle Falls Drive NE, Atlanta, GA 30329, Phone: 678-662-3816

3. **Southeastern Products, Inc.,** Attn: Colleen Teodosio, 145 Southchase Blvd., Fountain Inn, SC 29644, Phone: 864-233-9023, Fax: 864-235-0775

4. **First Source, LLC,** Attn: Nancy Nehl, 100 Pirson Parkway, Tonawanda, NY 14150, Phone: 716-389-0235, Fax: 716-864-2211

5. **National Water Services,** Attn: Ramon Lovato, 1217 Parkway Drive, Ste. B, Santa Fe, NM 87507, Phone: 505-471-5200


ANDREW R. VARA
United States Trustee, Region 3


 /s/ *Jane Leamy* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: February 11, 2020

Attorney assigned to this Case: Jane Leamy, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: M. Blake Cleary, Esq., Phone: 302-571-6600, Fax: 302-571-1253