## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EARTH FARE, INC., *et al.*, | Case No.: 20-10256 (KBO) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Stacy H. Rubin of Ballard Spahr LLP to represent MDC Coastal 12, LLC in the above cases.

Dated:  February 12, 2020
       Wilmington, Delaware

*/s/ Laurel D. Roglen*
Leslie C. Heilman, Esquire (No. 4716)
Laurel D. Roglen, Esquire (No. 5759)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone:  (302) 252-4465
Facsimile:  (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
        roglenl@ballardspahr.com
*Counsel for MDC Coastal 12, LLC*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing  and in good standing as a member of the Bar of the States of California and Nevada and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: February 12, 2020

*/s/ Stacy H. Rubin*
Stacy H. Rubin, Esquire
BALLARD SPAHR LLP
One Summerlin
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV  89135
Telephone: (702) 868-7537
Facsimile: (702) 471-7070
E-mail:  rubins@ballardspahr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: February 12th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**