# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| EARTH FARE, INC., *et al.*[1] ) | Case No. 20-10256 (KBO) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Domicor L.L.C. ("Landlord"), creditor and party in interest in the above-captioned cases, hereby appears by its counsel, Cooch and Taylor, P.A. and such counsel hereby enters its appearance pursuant to section 1109(b) of the 11 U.S.C. §§ 101-1532 (as amended and applicable hereto, the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 9010(b) (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following address, including email addresses, telephone, and facsimile numbers:

> Robert W. Pedigo, Esquire
> R. Grant Dick IV, Esquire
> **COOCH AND TAYLOR P.A.**
> The Nemours Building
> 1007 N. Orange Street, Suite 1120
> Wilmington, DE 19801
> Telephone: (302) 984-3832
> Facsimile: 302-984-3939
> Email: rpedigo@coochtaylor.com
> Email: gdick@coochtaylor.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, hearing, motion, petition, plan and disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, courier service, hand-delivery, electronic mail, internet or otherwise filed or made with regard to the above-captioned cases and proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of (a) Landlord's rights (i) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Landlord is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments, Landlord expressly reserves.

| | |
|---|---|
| Dated: February 14, 2020<br>Wilmington, Delaware | COOCH AND TAYLOR P.A.<br><br>/s/ Robert W. Pedigo<br>Robert W. Pedigo (Del. No. 4047)<br>R. Grant Dick IV (Del. No. 5123)<br>The Nemours Building<br>1007 N. Orange Street, Suite 1120<br>Wilmington, DE 19801<br>Telephone: (302) 984-3800<br>Email: rpedigo@coochtaylor.com<br>Email: gdick@coochtaylor.com<br><br>*Attorneys for Domicor, L.L.C.* |