# SIGN – IN SHEET

CASE NAME: Earth Fare, Inc.  
CASE NO.: 20-10256-KBO  

COURTROOM: 3  
DATE: February 14, 2020 1:30 PM

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Morgan Patterson | Womble Bond Dickinson | Fifth Third Bank |
| Mark Olivere | Chipman Brown Cicero & Cole | Gaston-Angesta Gainesville, LLC; KRG Central, LLC; RGCGR2, LLC; KRG Tomgtw Hts, LLC |
| Sean Greecher | Young Conaway | Debtors |
| Ian Bambrick | " | " |
| Colin R. Robinson | Pachulski Stang Ziehl + Jones | Committee |
| Pete Keane | " | " |
| Evan Miller | Bayard | CCRE Crescent |

# Court Conference

Calendar Date: 02/14/2020

Calendar Time: 01:30 PM ET

# U.S. Bankruptcy Court-District of Delaware
# Confirmed Telephonic Appearance Schedule
# Honorable Karen B. Owens
# Courtroom

*2nd Revision  Feb 14 2020  8:23AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Earth Fare, Inc. | 20-10256 | Hearing | 10382654 | Robert A. Bell | (614) 464-5469 ext. | Vorys Sater Seymour and Pease LLP | Interested Party, Rob Bell / LISTEN ONLY |
| | | Earth Fare, Inc. | 20-10256 | Hearing | 10383583 | Melissa Hager | (212) 808-5142 ext. | Kelley Drye & Warren LLP | Creditor, Regency / LIVE |
| | | Earth Fare, Inc. | 20-10256 | Hearing | 10385314 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Earth Fare, Inc. | 20-10256 | Hearing | 10379624 | Miriam Levi | (212) 373-3050 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Oak Hill Capital Partners / LISTEN ONLY |
| | | Earth Fare, Inc. | 20-10256 | Hearing | 10386801 | Evan T. Miller | (302) 429-4227 ext. | Bayard P.A. | Creditor, Crescent CCRE Lucerne Venture, LLC / LIVE |
| | | Earth Fare, Inc. | 20-10256 | Hearing | 10382458 | Stacy H. Rubin | (702) 387-3082 ext. | Ballard Spahr LLP | Creditor, MDC Coastal 12, LLC / LIVE |
| | | Earth Fare, Inc. | 20-10256 | Hearing | 10386704 | Keaton Stoneking | (919) 835-4100 ext. | Troutman Sanders LLP | Interested Party, Troutman Sanders LLP / LIVE |
| | | Earth Fare, Inc. | 20-10256 | Hearing | 10385845 | Michael B. Sullivan | (312) 288-4041 ext. | Alvarez & Marsal | Interested Party, Michael Sullivan / LISTEN ONLY |
| | | Earth Fare, Inc. *SUB* | 20-10256 | Hearing *AARON KRIGER* | 10383578 | Stephen Tetro | (312) 845-3859 ext. | Chapman & Cutler LLP - Chicago | Creditor, Fifth Third Bank / LIVE |