**DIAMOND McCARTHY LLP**
Sheryl P. Giugliano
Kathy Bazoian Phelps
295 Madison Avenue, 27$^{\text{sth}}$ Floor
New York, New York 10017
Tel: (212) 430-5400
Fax: (212) 430-5499

*Attorneys for Pangea-CDS, Inc., Creditor*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EARTH FARE, INC., *et al.*,[1] | Case No. 20-10256 (KBO) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
AND REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002
AND ALL PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

**PLEASE TAKE NOTICE,** that Sheryl P. Giugliano and Kathy Bazoian Phelps,

attorneys with the law firm Diamond McCarthy LLP, attorneys for Pangea-CDS, Inc., a

creditor of the above-captioned debtors and debtors in possession, file this Notice of

Appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b) and request that they

receive copies of all pleadings filed or noticed by any party pursuant to Federal Rules of

Bankruptcy Procedure 2002(a) and (b) and 3017(a).  Copies should be sent as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

Sheryl P. Giugliano
Kathy Bazoian Phelps
Diamond McCarthy LLP
295 Madison Avenue, 27th Floor
New York, New York 10017
Tel.: (212) 430-5400
Fax: (212) 430-5499
Email: sgiugliano@diamondmccarthy.com
       kphelps@diamondmccarthy.com


**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code set forth above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, e-mail or otherwise.

Dated: New York, New York
      February 14, 2020

DIAMOND McCARTHY LLP

By:   _s/Sheryl P. Giugliano_
     Sheryl P. Giugliano
    295 Madison Avenue, 27th Floor
    New York, NY  10017
    Telephone: 212-430-5400
    Facsimile:  212-430-5499

    *Attorneys for Pangea-CDS, Inc.*