UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| EARTH FARE, INC., *et al.*, | ) | Case No. 20-10256 (KBP) |
| | ) | Chapter 11 |
| Debtor. | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the undersigned counsel hereby enters an appearance on behalf of HRP Renaissance Market, LLC, pursuant to 11 U.S.C. § 342 and Federal Rules of Bankruptcy Procedure 2002, 3017(a), and 9010, and requests that his name be added to the mailing list maintained by the Clerk in the above-referenced case so that all notices in this case or any proceeding herein be given to and served upon the undersigned counsel at the address set forth below.  Please take further notice that the submission of this Notice and Request constitutes only a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court in this case, including, without limitation, the jurisdiction of the Court to adjudicate non-core matters or the waiver of right to jury trial, all of which HRP Renaissance Market, LLC reserves without prejudice.

This the 19th day of February, 2020.

        /s/ Cameron T. Kirby
        Cameron T. Kirby (#6363)
        ELLIS & WINTERS LLP
        Post Office Box 33550
        Raleigh, North Carolina 27636
        Telephone:    (919) 865-7000
        Facsimile:    (919) 865-7010
        cam.kirby@elliswinters.com
        *Counsel for HRP Renaissance Market, LLC*

## **CERTIFICATE OF SERVICE**

I, Cameron T. Kirby of ELLIS & WINTERS LLP, hereby certify:

That I am, and at all times hereinafter-mentioned was, more than eighteen (18) years of age;

That on the 19th day of February, 2020, copies of the foregoing Notice of Appearance was served upon the following parties by the Court's CM/ECF system:

Ian J. Bambrick (ibambrick@ycst.com)
Sean T. Greecher (sgreecher@ycst.com)
M. Blake Cleary (mbcleary@ycst.com)
Allison S. Mielke (bankfilings@ycst.com)
Shane M. Reil (bankfilings@ycst.com)
*Counsel for Debtors*

Jane M. Leamy, Esq. (jane.m.leamy@usdoj.gov)
*U.S. Trustee*

and to all other parties receiving notices via the Court's CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

This the 19th day of February, 2020.

/s/ Cameron T. Kirby
Cameron T. Kirby (#6363)
ELLIS & WINTERS LLP
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone:    (919) 865-7000
Facsimile:    (919) 865-7010
cam.kirby@elliswinters.com
*Counsel for HRP Renaissance Market, LLC*