IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>EARTH FARE, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10256<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT:**

1. I, David W. Giattino, Esquire of Stevens & Lee, P.C., hereby appear in these cases as counsel to Skyland Town Centre Investors, LLC ("**Skyland**").

2. Skyland hereby requests that any notice or other paper that is filed in these cases or served on a party to these cases or a party in interest also be served on Skyland, by providing a copy of any such notice or other paper to:

> David W. Giattino (No. 5614)
> **STEVENS & LEE, P.C.**
> 919 North Market Street, Suite 1300
> Wilmington, Delaware 19801
> Tel:    (302) 654-5180
> Fax:    (610) 371-7988
> E-mail:   dwg@stevenslee.com

3. Neither filing or serving this notice nor anything in this Notice is a waiver of, and Skyland does not waive, any claim, defense, or other right, such as, without limiting the generality of the foregoing, any right

> (a) to have the final order in any non-core matter be entered only
> (i) by a U.S. District Judge or (ii) after *de novo* review by one,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

(b)  to have a jury try any claim or issue relating to or triable in (i) these cases or (ii) any proceeding arising under the Bankruptcy Code, 11 U.S.C. §§ 101 – 1532, or arising in or relating to these cases,

(c)  to have the U.S. District Court withdraw the reference of (i) these cases or (ii) any proceeding arising under the Bankruptcy Code, 11 U.S.C. §§ 101 – 1532, or arising in or relating to these cases,

(d)  to object to the Court's jurisdiction, but not a right to object to the Court's jurisdiction of this notice, or

(e)  to elect or otherwise pursue another remedy.

Dated: February 20, 2020
Wilmington, Delaware

Very truly yours,

/s/ David W. Giattino
David W. Giattino (No. 5614)
**STEVENS & LEE, P.C.**
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
Tel:    (302) 654-5180
Fax:    (610) 371-7988
E-mail:  dwg@stevenslee.com

*Counsel to Skyland Town Centre Investors, LLC*