# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| EARTH FARE, INC., *et al.*[1], | Case No. 20-10256 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Bielli & Klauder, LLC and Wick Phillips, hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for Seminole Mall, L.P. and Seminole Office, L.P. (collectively, "Seminole") in the above-referenced cases; and hereby request that copies of all notices and pleadings given or filed in this case be given and served upon the following:

| | |
|---|---|
| David M. Klauder, Esquire<br>**BIELLI & KLAUDER, LLC**<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Facsimile: (302) 397-2557<br>dklauder@bk-legal.com | Jason Rudd, Esquire<br>Lauren K. Drawhorn, Esquire<br>**WICK PHILLIPS**<br>100 Throckmorton Street, Suite 1500<br>Fort Worth, Texas 76102<br>Phone (817) 984-7423<br>Facsimile: (817) 332-7789<br>jason.rudd@wickphillips.com<br>lauren.drawhorn@wickphillips.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

|  |  |
|---|---|
|  | **BIELLI & KLAUDER, LLC** |
| Dated: February 21, 2020<br>Wilmington, Delaware | */s/ David M. Klauder*<br>David M. Klauder, Esquire (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Fax: (302) 397-2557<br>Email: dklauder@bk-legal.com |

and

**WICK PHILLIPS**

Jason Rudd, Esquire
Lauren K. Drawhorn, Esquire
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Phone: (817) 984-7423
Fax: (817) 332-7789
Email: Jason.rudd@wickphillips.com
lauren.drawhorn@wickphillips.com

*Co-counsel to Seminole Mall, L.P.
and Seminole Office, L.P.*