FILED

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

2020 FEB 20  PM 12: 30

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| EARTH FARE, INC., et al.,[1] | ) | CASE NO. 20-10256 (KBO) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors[1]. | ) | |
| | ) | |

## OBJECTION OF FURY'S FERRY SHOPPES, LLC TO FIRST NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT AND CURE AMOUNTS WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS

**COMES NOW** Fury's Ferry Shoppes, LLC ("Creditor"), landlord of the Earth Fare Store #310, located within the Fury's Ferry Shopping Center at 366 Fury's Ferry Road, Martinez, Georgia 30907, a creditor in the above-styled action, and gives notice that it objects to the Cure Amount of $74,710.90 proposed in the above captioned Notice, filed by the Debtors on February 7, 2020, Docket Number 70 (the "Notice").

In support of its objection, Creditor states as follows:

1. Debtors filed as Exhibit A to the Notice, a schedule of Cure Amounts for Unexpired Leases that may be assumed and assigned pursuant to Debtor's Notice.

2. Included under Exhibit A is the Creditor's lease at the Fury's Ferry Shopping Center in Martinez, Georgia.

3. The Notice lists the Cure Amount as $75,710.90.

4. The listed amount is incorrect.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Holdings, Inc. (8084). The mailing addresses for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

5. Prepetition amounts totaling $11,683.75 for the 2019 Common Area reconciliation remain outstanding on Debtor's ledger and should be included in the Cure Amount. An accounting is set forth on the attached Exhibit A.

WHEREFORE, Creditor hereby gives notice of the correct cure amount according to its books and records of $87,394.67.

Respectfully submitted this 18th day of February, 2020.

FURY'S FERRY SHOPPES, LLC<br>
BY: Hull Property Group, LLC<br>
ITS: Managing Agent<br>
<br>
By: _____<br>
Ashley W. Dolce, Agent for Creditor<br>
1190 Interstate Parkway<br>
Augusta, Georgia 30909<br>
(P) 706.434.1728<br>
(F) 706.863.4933<br>
(E) adolce@hullpg.com

Exhibit A = Earth Fare, Inc - Cure Amount

| Description of Charge | Amount Due | Due Date | Number of Days Interest Has Accrued | Date Payment Received | Payment Amount | Subtotal | Late Fee | Late Fee | Interest | Amount Owed |
|---|---|---|---|---|---|---|---|---|---|---|
| 2019 Tax Reconciliation | $25,864.58 | 27-Nov-19 | 83 | | | $25,864.58 | | | | $25,864.58 |
| CTI | $2,154.31 | 01-Dec-19 | 79 | | | $2,154.31 | | | | $2,154.31 |
| Rent | $21,543.13 | 01-Dec-19 | 79 | | | $21,543.13 | | | | $21,543.13 |
| CTI | $2,154.31 | 01-Jan-20 | 48 | | | $2,154.31 | | | | $2,154.31 |
| Rent | $21,543.13 | 01-Jan-20 | 48 | | | $21,543.13 | | | | $21,543.13 |
| 2019 CAM Reconciliation | $11,683.75 | 22-Jan-20 | 27 | | | $11,683.75 | | | | $11,683.75 |
| February 1-3, 2020 Prepetition CTI | $222.86 | 01-Feb-20 | 17 | | | $222.86 | | | | $222.86 |
| February 1-3, 2020 Rent | $2,228.60 | 01-Feb-20 | 17 | | | $2,228.60 | | | | $2,228.60 |
| | | | | | | $87,394.67 | $0.00 | $0.00 | $0.00 | **$87,394.67** |

Today's Date   18-Feb-20

10.000%


**HULL**
PROPERTY
GROUP

January 12, 2020

Earth Fare, Inc.
Attention: Real Estate Accounting
220 Continuum Drive
Fletcher, NC 28732

Re:   **Earth Fare - Store #310**
      **Fury's Ferry Shoppes - Augusta, GA**
      **2019 CAM Reconciliation**

Dear Tenant:

In accordance with the terms of the Lease Agreement, your share of the Common Area Expenses has been calculated. Enclosed is an invoice of the expenses along with the calculation of your share which totals $11,683.75.

Please remit the amount shown for the reconciliation as summarized below.

   Reconciliation amount including applicable tax due   $11,683.75

If you have any questions regarding this matter, please do not hesitate to contact me. My direct number is (706) 434-2709 or email me at hbeitzel@hullpg.com.

Very truly yours,

Hank Beitzel
Lease Compliance

JRYS FERRY SHOPPES, LLC - AUGUSTA, GA
RECONCILIATION OF COMMON AREA EXPENSES
FOR THE YEAR ENDED DECEMBER 31, 2019

## EARTH FARE #310

| | |
|---|---:|
| TENANT'S SQUARE FOOTAGE | 34,364 |
| GROSS LEABLE SQUARE FOOTAGE | 64,371 |
| TENANT'S PRO RATA SHARE | 53.3843% |
| | |
| COMMON ARE EXPENSES (SEE ATTACHED) | $66,276.35 |
| TENANT'S PRO RATA SHARE | 53.3843% |
| TENANT'S SHARE | $35,381.16 |
| | |
| TENANT'S CAP - COMMON AREA EXPENSES | $36,746.14 |
| LESS TENANT'S ESCROW PAYMENTS | (23,697.41) |
| **BALANCE OWED - COMMON AREA EXPENSES** | **$11,683.75** |

**FURYS FERRY SHOPPES LLC**
**COMMON AREA EXPENSES**
**FOR THE YEAR ENDED DECEMBER 31, 2019**

| | |
|---|---:|
| ELECTRICITY | $5,687.26 |
| GROUNDS MAINTENANCE | 7,869.94 |
| INSURANCE | 4,618.73 |
| PARKING LOT EXPENSE | 26,977.25 |
| SECURITY | 0.00 |
| SWEEPING | 5,535.00 |
| WATER / SEWER - EXTERIOR USAGE | 248.86 |
| EXTERIOR MAINTENANCE | 6,077.57 |
| PROPERTY REPAIRS | 617.00 |
| 15% ADMINISTRATIVE FEES | 8,644.74 |
| **TOTAL COMMON AREA EXPENSES** | **$66,276.35** |

## Hank Beitzel

| | |
|---|---|
| **From:** | Hank Beitzel |
| **Sent:** | Sunday, January 12, 2020 3:41 PM |
| **To:** | Whitney Orr |
| **Subject:** | EARTH FARE #310 - AUGUSTA, GA  ** 2019 CAM RECONCILIATION |
| **Attachments:** | 2652_001.pdf |

Whitney,

I have attached the 2019 CAM reconciliation.  Please remit payment to our office in Augusta, GA.

Thanks.
Hank

**Hank Beitzel**
**Lease Compliance Mgr /**
**Internal Audit Director**

Hull Property Group
Gemini Construction Company
1190 Interstate Parkway
Augusta, GA  30909
O. 706-434-2709 / F 706-868-7457
www.hullpg.com

1

FILED

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

2020 FEB 20  PM 12: 30

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 11 |
| | ) | |
| EARTH FARE, INC., et al., | ) | CASE NO. 20-10256 (KBO) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors[1]. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Creditor's *OJECTION OF FURY'S FERRY SHOPPES, LLC TO FIRST NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT AND CURE AMOUNTS WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF THE DEBTORS* was delivered via Federal Express to the following parties:

(i) Young Conaway Stargatt & Taylor, LLC
Rodney Square
100 North King Street
Wilmington, Delaware 19801
Attn: M. Blake Cleary, Esq., Sean T. Greecher, Esq. and Ian J. Bambrick, Esq.

(ii) Chapman & Cutler, LLP
111 West Monroe Street
Chicago, Illinois 60603-4080
Attn: Stephen R. Tetro II, Esq., and Aaron M. Krieger, Esq.

(iii) Office of United States Trustee for the District of Delaware
855 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn: Jane M. Leamy, Esq.

(iv) Pachulski, Stang, Ziehl & Jones, LLC
Counsel to the Unsecured Creditors Committee
Attn: Bradford J. Sandler, Robert J. Feinstein and Colin R. Robins, Esqs.
919 N Market Street, 17th Floor
Wilmington, Delaware 19801

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Holdings, Inc. (8084). The mailing addresses for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

Respectfully submitted this 18th day of February, 2020.

FURY'S FERRY SHOPPES, LLC
BY: Hull Property Group, LLC
ITS: Managing Agent

By: *[signature]*
Ashley W. Dolce, Agent for Creditor
1190 Interstate Parkway
Augusta, Georgia 30909
(P) 706.434.1728
(F) 706.863.4933
(E) adolce@hullpg.com

2