ORIGINAL FILED

2020 FEB 19 AM 8:58

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                           Case No: 20-10256-KBO

Earth Fare, Inc.                                 Chapter: 11

_____/
Debtor(s)

## AMENDED
### REQUEST FOR NOTICES

**I HEREBY FILE** this Request for Notices on behalf of creditor, KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR, and request that he is provided with copies of all further notices and pleadings filed herein.

Name to be added to the Matrix as follows:

> Jennifer Francis, Legal Support and Collections Specialist, CFCA
> KEN BURTON, JR., Manatee County Tax Collector
> 1001 3RD Ave W, Suite 240
> Bradenton, FL 34205-7863
> Phone: 941.741.4832
> Facsimile: 941.708.4934
> e-mail: legal@taxcollector.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was delivered by U.S. Mail this 14th day of February, 2020 to the following:

**Debtor:**    Earth Fare, Inc.
               220 Continuum Drive, Fletcher, NC 28732

**Attorney for Debtor:**   M. Blake Cleary
                           1000 North King Street, Wilmington, DE 19801

**Trustee:**   N/A


/s/Jennifer Francis
_____
Jennifer Francis, Legal Support Collections Specialist, CFCA
**KEN BURTON, JR., TAX COLLECTOR**
**MANATEE COUNTY, FLORIDA**
1001 3rd Ave W, Suite 240
Bradenton, FL 34205-7863
(941) 741-4832