## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EARTH FARE, INC., *et al.*,[1] | ) ) ) | Case No. 20-10256 (KBO) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Ref. Docket No.** ____ |

**ORDER AUTHORIZING THE DEBTORS TO REJECT CERTAIN CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS EFFECTIVE AS OF THE REJECTION EFFECTIVE DATE**

Upon consideration of the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for the entry of an order, pursuant to sections 105(a), 365(a), and 554(a) of the Bankruptcy Code, authorizing the Debtors to (i) reject the Rejected Agreements set forth on Exhibits 1 and 2 to this Order, effective as of February 28, 2020 (the "**Rejection Effective Date**"); and (ii) abandon, effective as of the Rejection Effective Date, any Personal Property that remains on any of the Premises subject to the Rejected Leases; and upon consideration of the First Day Declaration and the record of the Chapter 11 Cases; and having determined that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and having determined that this is a core matter pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and having determined that venue of the Chapter 11 Cases and of the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and having determined that

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

26053660.6

due and adequate notice of the Motion has been given under the circumstances, and that no other or further notice need be given; and having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, the Rejected Agreements, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected by the Debtors, with such rejection being effective as of the Rejection Effective Date.

3. Pursuant to sections 105(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rule 6007, any Personal Property remaining, as of the Rejection Effective Date, on any of the Premises is hereby abandoned by the Debtors, with such abandonment being effective as of the Rejection Effective Date.

4. Landlords of the Rejected Leases may dispose of any and all abandoned Personal Property remaining on the Premises without further notice or liability to any third party.

5. Effective as of the Rejection Effective Date, all personal property leased by the Debtors pursuant to a Rejected Agreement, including equipment (the "**Rejected Personal Property**"), is no longer property of the Debtors' bankruptcy estates in accordance with section 365(p)(1) of the Bankruptcy Code, the automatic stay under section 362(a) of the Bankruptcy Code is terminated in accordance with section 365(p)(1) of the Bankruptcy Code, and the non-Debtor party to such Rejected Agreement shall have all rights, legal and equitable, in and to the respective Rejected Personal Property, free and clear of all liens, claims, and encumbrances. Nothing herein

shall prejudice the rights of any non-Debtor party to a Rejected Agreement to assert an administrative expense claim related to a Rejected Agreement, including, without limitation, on account of repairs to the Rejected Personal Property required under the Rejected Agreement and charges related to taking possession of the Rejected Personal Property, and all rights of the Debtors, their estates, and interested parties in the Chapter 11 Cases shall be reserved with respect to any such asserted administrative expense claims.

6. If the Debtors have deposited monies with a Counterparty to a Rejected Agreement as a security deposit or other arrangement, such Counterparty may not setoff or recoup or otherwise use such deposit without the prior authority of this Court.

7. Any person or entity that holds a claim that arises from the Rejected Agreements must file a proof of claim based on such rejection by the later of: (i) the last date and time for each person or entity to file proofs of claim based on prepetition claims against any of the Debtors as set by an order of this Court; or (ii) thirty (30) days after the entry of this Order.

8. Nothing in this Order shall impair, prejudice, waive, or otherwise affect any rights of the Debtors or their estates to assert that any claims for damages arising from the Debtors' rejection of the Rejected Agreements are limited to any remedies available under any applicable termination provisions of such Rejected Agreements, or that any such claims are obligations of a third party, and not those of the Debtors or their estates.

9. The Debtors are authorized to execute and deliver all instruments and documents, and take such other actions as may be necessary or appropriate, to implement and effectuate the relief granted by this Order.

10. The rights of the Debtors and their estates to assert that the Rejected Agreements rejected hereby expired by their own terms or were terminated prior to the date hereof are fully

26053660.6

3

preserved, and the Debtors and their estates do not waive any claims that they may have against the Counterparties, whether or not such claims arise under, are related to the rejection of, or are independent of the Rejected Agreements.

11. This Order is immediately effective and enforceable, notwithstanding the possible applicability of Bankruptcy Rule 6004(h) or otherwise.

12. The requirements in Bankruptcy Rule 6006 and 6007 are satisfied.

13. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**EXHIBIT 1**

**Rejected Leases**

| Store Number | Counterparty Name | Counterparty Address | Premises Name | Address of Premises |
|---|---|---|---|---|
| 310 | Fury's Ferry Shoppes, LLC | Fury's Ferry Shoppes, LLC<br>c/o Hull Property Group, LLC<br>1190 Interstate Parkway<br>Augusta, GA 30909<br>Attn: James M. Hull | Fury's Ferry Shoppes | 368 Fury's Ferry Road<br>Martinez, GA 30907 |
| 500 | Flint's Crossing, LLC | Flint's Crossing, LLC<br>P.O. Box 807<br>Auburn, AL 36831-0807<br>Attn: Ava Prince | Flint's Crossing | 1550 Opelika Road, Ste. 18<br>Auburn, AL 36830 |
| 510 | NP Huntsville Limited Liability Company | NP Huntsville Limited Liability Company<br>c/o CASTO<br>191 W. Nationwide Blvd., Ste. 200<br>Columbus, OH 43215-2568 | N/A | 5900-A University Dr., NW<br>Huntsville, AL 35806 |
| 563 | Benchmark Lady Lake 25 Associates LLC | Benchmark Lady Lake 25 Associates LLC<br>c/o Benchmark Management Corp.<br>4053 Maple Road, #200<br>Amherst NY 14226<br>Attn: Director of Real Estate<br><br>with a copy to:<br>Lippes Mathias Wexler Friedman LLP<br>50 Fountain Plaza, Suite 1700 | Lady Lake Commons Shopping Center | 745 North Highway 27/441<br>Lady Lake, FL 32159 |

| | | Buffalo, NY 14020<br>Attn: Thomas J. Fennell | | |
|---|---|---|---|---|
| 585 | West Volusia Investors, LLC | West Volusia Investors, LLC<br>c/o Victory Real Estate Investments, LLC<br>240 Brookstone Centre Parkway<br>Columbus, GA 31904<br>Attn:  Lease Administration<br><br>with a copy to:<br>David Kendrick, Esq.<br>Floyd & Kendrick, LLC<br>415 South West Street<br>Bainbridge, GA 39819 | West Volusia Shopping Center | 2701 S. Woodland Blvd., Deland, FL 32720 |

# EXHIBIT 2

## Rejected Contracts

| Counterparty Name | Service Provided | Counterparty Address | Agreement Information | Rejection Effective Date |
|---|---|---|---|---|
| All-Lines Leasing | Operations | All-Lines Leasing<br>100 Prairie Center Drive<br>Eden Prairie, MN 55344 | Agreement No. R12646401FMV | 2/28/20 |
| Aramark Uniform Services, a division of Aramark Uniform & Career Apparel, LLC | Operations | Aramark Uniform & Career Apparel, LLC<br>141 Longwater Drive<br>Norwell, MA 02061 | Service Agreement, dated as of 11/11/11 as amended by First Amendment dated as of 8/1/17 | 2/28/20 |
| Blackhawk Network, Inc. | Marketing | Blackhawk Network Inc.<br>Attn: SVP – US Sales<br>6220 Stoneridge Mall Road<br>Pleasanton, CA 94588<br>CC: General Counsel | U.S. Distribution Partner Agreement, effective as of 7/31/18 | 2/28/20 |
| Bunzl Distribution Southeast, LLC | Operations | Bunzl Distribution Southeast, LLC<br>5285 National Center Dr.<br>Colfax, NC 27235<br>Attn: Brian Barrett<br><br>Bunzl Distribution Southeast, LLC<br>Attn: General Counsel<br>One CityPlace Drive, Suite 200<br>St. Louis, MO 63141 | Exclusive Supply Agreement, entered into as of 11/3/17 | 2/28/20 |
| CareerBuilder, LLC | Human Resources | CareerBuilder, LLC<br>5550-A Peachtree Parkway<br>Norcross, GA 30092<br>Attn: Legal Department<br><br>CareerBuilder, LLC<br>200 N. LaSalle Street<br>Chicago, IL 60606 | Service Agreement, effective as of 7/8/19 | 2/28/20 |

| Compliant IA | Consultant | Compliant IA<br>PO Box 98201 Carlaw<br>Toronto, ON M4M 1JO, Canada<br>Attn: Fabien Tiburce, President | Service Agreement, effective as of 10/17/18 | 2/28/20 |
|---|---|---|---|---|
| DigiWipes Media LLC | Operations | DigiWipes Media LLC<br>5200 Maywood Road<br>Mound, MN 55634<br>Attn: Brian Swanson | Dispenser Program Agreement, effective as of 8/16/18 | 2/28/20 |
| Engage3 (MyWorld, Inc. d/b/a Engage3) | Merchant | 213 E Street, 2nd Floor<br>Davis, CA 95616 | Master Subscription and Services Agreement, effective as of 8/31/16 | 2/28/20 |
| Instacart (Maplebear, Inc. d/b/a Instacart) | Marketing | 50 Beale Street, Suite 600<br>San Francisco, CA 94105<br>Attn: Legal Department | Instacart Services Agreement dated as of 5/17/18, including addendums | 2/28/20 |
| Invatron Systems USA Corp., and Invatron Systems Corp. | Merchant | Invatron Systems USA Corp.<br>55261 Kingsway Drive<br>Shelby Township, MI 48316<br><br>Invatron Systems Corp.<br>6835 Century Avenue, Suite 201<br>Mississauga, Ontario LSN 7K2 | Invatron Software Agreement, dated 3/22/16, as amended | 2/28/20 |
| iPrint Technologies | Operations | iPrint Technologies<br>9321 Eton Avenue<br>Chatsworth, CA 91311<br>818-700-7400 | HP- Managed Print Services Agreement, dated as of 7/10/17 | 2/28/20 |
| Label Insight, Inc. | Operations | Label Insight, Inc.<br>641 West Lake Street, Ste. 402<br>Chicago, IL 60661<br>Attn: Chief Financial Officer<br>legal@labelinsight.com | Master-Software-As-A-Service (SAAS) Agreement, effective as of 12/31/18 | 2/28/20 |
| Marketo, Inc. | Marketing | Marketo, Inc.,<br>901 Mariners Island Blvd.,<br>Suite 200<br>San Mateo, CA 94404 | Subscription Services Renewal dated 5/28/19 | 2/28/20 |
| National Water Services, LLC | Operations | National Water Services, LLC<br>524 NE Third Street<br>P.O. Box 230<br>Paoli, IN 47454 | Water Vending Machine – Placement Agreement, dated as of May 1, 2005 | 2/28/20 |

| | | | | |
|---|---|---|---|---|
| Novolex Holdings, LLC | Operations | Novolex Holdings, LLC<br>3436 Toringdon Way, #100<br>Charlotte, NC 28277<br>Attn: Paul Frantz, Chief Commercial Officer | Business Services Agreement, dated as of December 21, 2017 | 2/28/20 |
| OneSource Magazine Distribution, LLC | Magazine Supply | OneSource Magazine Distribution, LLC<br>401 East 124th Ave.<br>Thornton, CO 80241<br>Attn: Executive Vice President<br>tamir@onesourcedirect.com<br><br>Paul J. Hanley, Esq.<br>David Miller, Esq.<br>Spencer Fane LLP<br>1700 Lincoln St., Ste. 2000<br>Denver, CO 80203<br>phanley@spencerfane.com | Retailer Agreement, effective as of February 1, 2015, and any and all amendments thereto. | 2/28/20 |
| Oracle America, Inc. | Consultant | Oracle America, Inc.<br>500 Oracle Parkway<br>Redwood Shores, CA 94065<br>Attn: Legal Department | Data License and Processing Agreement, dated 12/3/15, as amended by that certain Amendment One, dated as of 11/14/17. | 2/28/20 |
| Pangea CDS, Inc. | Operations | Pangea CDS, Inc.<br>1411 W. 190th St.<br>Gardena, CA 90248<br>Attn: Mike Hay, Sr. Vice President | Master Application and Services Agreement, effective as of 6/7/17 | 2/28/20 |
| Pitney Bowes, Inc. | Postage Machine Lease | Pitney Bowes, Inc.<br>3001 Summer St<br>Stamford, CT 06926-0700<br>Attn: Salvatore Poletta, Director of Credit and New Business Operations | Installation Account # 0010346046<br><br>Lease Contract: 0040029632 | 2/28/20 |
| Relationshop, Inc. | Marketing | Relationshop Inc.<br>33130 Magnolia Ct., Ste. B<br>Magnolia, TX 77354 | Relationshop Digital Engagement Platform (DEP) Agreement, dated as of 3/15/19 | 2/28/20 |
| Relationshop, Inc. | Marketing | Relationshop Inc.<br>33130 Magnolia Ct., Ste. B<br>Magnolia, TX 77354 | Relationshop Master Services Agreement, dated as of 3/15/19 | 2/28/20 |
| RGIS, LLC | Finance | RGIS, LLC<br>2000 Taylor Road<br>Auburn Hills, MI 48326 | Inventory Services Agreement, dated June 16, 2011 | 2/28/20 |

3

| | | | | |
|---|---|---|---|---|
| RGIS, LLC | Finance | RGIS, LLC<br>2000 Taylor Road<br>Auburn Hills, MI 48326 | Statement of Work ("SOW") – SOW #3 for Inventory Services for Stores, dated May 2014, effective until 6/30/16 | 2/28/20 |
| RGIS, LLC | Finance | RGIS, LLC<br>2000 Taylor Road<br>Auburn Hills, MI 48326 | Statement of Work ("SOW") – SOW #4 for Trucks, effective as of May 2014, effective until 6/30/16 | 2/28/20 |
| SilkRoad Technology, Inc. | H.R. | SilkRoad Technology, Inc.<br>100 South Wacker Dr., Suite 425<br>Chicago, IL 60606 | SAAS Subscription Order Form EF20120316 dated 9/29/14, as amended | 2/28/20 |
| SilkRoad Technology, Inc. | H.R. | SilkRoad Technology, Inc.<br>100 South Wacker Dr., Suite 425<br>Chicago, IL 60606 | SAAS Subscription Order Form EF20120316 dated 3/5/15, as amended | 2/28/20 |
| Tetrad Computer Applications, Inc. (d/b/a) | Software License | Tetrad Computer Applications, Inc.<br>1788 West 5th Avenue, Suite 318<br>Vancouver, British Columbia, V6J1P2, Canada | Sitewise Pro License & Data Agreement dated 3/3/14, as amended | 2/28/20 |
| SPINS LLC | Merchant | SPINS LLC<br>222 W. Hubbard St., Ste. 300<br>Chicago, IL 60654 | Retailer Relationship Agreement, effective as of 5/5/19 | 2/28/20 |
| Valassis Communications, Inc. | Marketing | Valassis Communications, Inc.<br>19975 Victor Parkway<br>Livonia, Michigan 48152 | Valassis Services Agreement, effective as of 10/13/19 for Contract # 7-1782.5STD and Account#: 4305391 | 2/28/20 |
| Workfront, Inc. | License | Workfront, Inc.<br>3301 N. Thanksgiving Way,<br>Suite 100<br>Lehi, UT 84043<br>Attn: Jon Duncan<br>jonduncan@workfront.com | Sales Order Q-118708-2, effective as of 7/20/19 | 2/28/20 |
| You M.D., LLC (Dr. Angela Hind) | Consultant | 15 Rankin Ave.,<br>Asheville, NC 28801 | Consulting Agreement, effective as of July 1, 2017 | 2/28/20 |

4