**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 20-10256 (KBO) |
| EARTH FARE, INC., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 4, 2020, AT 3:00 P.M. (ET)**

**RESOLVED MATTER:**

1. Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Thereto [D.I. 4, 2/4/20]

    Response Deadline:         February 20, 2020, at 4:00 p.m. (ET)

    Responses Received:

    A.  Limited Objection of Waste Management National Services, Inc. [D.I. 35, 2/6/20]

    B.  Informal comments from the Official Committee of Unsecured Creditors

    C.  Objection of Certain Utility Companies [D.I. 157, 2/20/20]

    Related Documents:

    D.  Interim Order [D.I. 48, 2/6/20]

    E.  Omnibus Notice of Pleadings and Hearing Thereon [D.I. 69, 2/7/20]

    Status:  The parties have resolved the issues raised in the objection of certain utility companies, and the Debtors intend to submit an agreed final order under certification of counsel prior to the hearing.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

26080011.1

**MATTER GOING FORWARD:**

2. Debtors' Motion for Interim and Final Orders (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief [D.I. 14, 2/4/20]

   Response Deadline: February 20, 2020, at 4:00 p.m. (ET) [Extended to March 2, 2020, at 11:59 p.m. (ET) for the Official Committee of Unsecured Creditors]

   Responses Received:

   A. Limited Objection of Waste Management National Services, Inc. [D.I. 35, 2/6/20] *(See 1.A)*

   Related Documents:

   B. Interim Order [D.I. 54, 2/6/20]

   C. Omnibus Notice of Pleadings and Hearing Thereon [D.I. 69, 2/7/20] *(See 1.E)*

   Status: The Debtors and Prepetition Revolving Loan Lenders are finalizing a resolution of the issues raised by the Committee, in which case they intend to submit an agreed final order under certification of counsel prior to the hearing. Otherwise, this matter is going forward.

Dated: March 2, 2020　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

*/s/ Sean T. Greecher*
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean T. Greecher (No. 4484)
Ian J. Bambrick (No. 5455)
Shane M. Reil (No. 6195)
Allison S. Mielke (No. 5934)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
EF@ycst.com

*Counsel to the Debtors and Debtors in Possession*