**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 20-10256 (KBO) <br> ) <br> ) (Jointly Administered) <br> ) |
| EARTH FARE, INC., *et al.*,[1] | |
| Debtors. | |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MARCH 4, 2020, AT 3:00 P.M. (ET)**

**RESOLVED MATTER:**

1. Debtors' Motion for Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Thereto [D.I. 4, 2/4/20]

    Response Deadline:             February 20, 2020, at 4:00 p.m. (ET)

    Responses Received:

    A.    Limited Objection of Waste Management National Services, Inc. [D.I. 35, 2/6/20]

    B.    Informal comments from the Official Committee of Unsecured Creditors

    C.    Objection of Certain Utility Companies [D.I. 157, 2/20/20]

    Related Documents:

    D.    Interim Order [D.I. 48, 2/6/20]

    E.    Omnibus Notice of Pleadings and Hearing Thereon [D.I. 69, 2/7/20]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

[2] **Amended items are bolded**.

26101516.1

2

**Additional Documents**:

F. **Notice of Withdrawal of Objection of Certain Utility Companies [D.I. 234, 3/2/20]**

G. **Certification of Counsel [D.I. 235, 3/2/20]**

H. **Proposed Final Order**

Status: **A certification of counsel has been filed. The proposed final order may be entered without further notice or hearing.**

**MATTER GOING FORWARD**

2. Debtors' Motion for Interim and Final Orders (A) Authorizing Postpetition Use of Cash Collateral, (B) Granting Adequate Protection, (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001(b), and (D) Granting Related Relief [D.I. 14, 2/4/20]

   Response Deadline: February 20, 2020, at 4:00 p.m. (ET) [Extended to March 2, 2020, at 11:59 p.m. (ET) for the Official Committee of Unsecured Creditors]

   Responses Received:

   A. Limited Objection of Waste Management National Services, Inc. [D.I. 35, 2/6/20] *(See 1.A)*

   Related Documents:

   B. Interim Order [D.I. 54, 2/6/20]

   C. Omnibus Notice of Pleadings and Hearing Thereon [D.I. 69, 2/7/20] *(See 1.E)*

   **Additional Documents**:

   D. **Certification of Counsel [D.I. 237, 3/3/20]**

   E. **Proposed Final Order**

   Status: **A certification of counsel has been filed. The proposed final order may be entered without further notice or hearing.**

3

| | |
|---|---|
| Dated: March 3, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Sean T. Greecher*<br>Pauline K. Morgan (No. 3650)<br>M. Blake Cleary (No. 3614)<br>Sean T. Greecher (No. 4484)<br>Ian J. Bambrick (No. 5455)<br>Shane M. Reil (No. 6195)<br>Allison S. Mielke (No. 5934)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>EF@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |