|   |   |
|---|---|
| 1 | PAUL J. PASCUZZI, SBN 148810 |
| 2 | FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP |
| 3 | 500 Capitol Mall, Suite 2250<br>Sacramento, CA  95814 |
| 4 | Telephone: (916) 329-7400<br>Fax: (916) 329-7435 |
| 5 | ppascuzzi@ffwplaw.com |
| 6 | Attorneys for The McClatchy Company, The News & Observer, The Charlotte Observer, The Herald, and The State |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| In re: | Bankruptcy Case No.  20-10256 (KBO) |
|---|---|
| EARTH FARE, INC., | Chapter 11 |
| Debtor. | |

**REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that Paul J. Pascuzzi of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP represents The McClatchy Company, The News & Observer, a division of The News and Observer Publishing Company, The Charlotte Observer, a division of Charlotte Observer Publishing Company, The Herald, a division of East Coast Newspapers, Inc., and The State, a division of The State Media Company, creditors and parties in interest in the above-captioned matter (collectively, "McClatchy").  The undersigned, pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests copies of all notices and pleadings pursuant to Bankruptcy Rule 2002(a).  The undersigned requests that all such notices be addressed as follows:

> Paul J. Pascuzzi
> Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
> 500 Capitol Mall, Suite 2250
> Sacramento, CA  95814
> ppascuzzi@ffwplaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Sections 342 and 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or personal delivery, telephone, telegraph, telex, or otherwise filed or made with regard to this matter.

PLEASE TAKE FURTHER NOTICE that neither this Request for Service of Documents nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to be a waiver of McClatchy's (i) rights to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which these creditors are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 6, 2020

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

By:/s/ Paul J. Pascuzzi
Paul J. Pascuzzi

Attorneys for The McClatchy Company, The News & Observer, The Charlotte Observer, The Herald, and The State

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, I electronically filed the foregoing REQUEST FOR SERVICE OF DOCUMENTS with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Karen L. Widder*
Karen L. Widder