## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| EARTH FARE, INC., *et al.*,[1] | ) Case No. 20-10256 (KBO) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) **Ref. Docket No. 231** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 231

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Unexpired Leases and Executory Contracts Effective as of the Petition Date* [Docket No. 231] (the "**Motion**") filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on February 28, 2020.

The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on March 13, 2020.

Accordingly, it is hereby respectfully requested that the Court enter the form of order that was filed with the Motion at its earliest convenience.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>March 18, 2020 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>Pauline K. Morgan (No. 3650)<br>M. Blake Cleary (No. 3614)<br>Sean T. Greecher (No. 4484)<br>Shane M. Reil (No. 6195)<br>Allison S. Mielke (No. 5934)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>EF@ycst.com<br><br>*Counsel to the Debtors and*<br>*Debtors in Possession* |