**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | Case No. 20-10256 (KBO) |
| EARTH FARE, INC., *et al.,* | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Related to:  D.I. 206** |

*SUPPLEMENT* **TO OBJECTION TO**
**DEBTORS' SCHEDULE OF CURE AMOUNTS**

MP Subsidiary, LLC (Park West Village) and Lakes at Woodmont, LLC (successor to EF 160 Fort Mill, LLC) (the "Landlords"), by and through the undersigned counsel, respectfully submit this Supplement to their prior *Objection to Debtors' Schedule of Cure Amounts*, filed February 25, 2020 [D.I. 206]:

The bid deadline has passed.  It is the Landlords' understanding that there were no bids for either of the premises located in Morrisville, North Carolina and Fort Mill, South Carolina prior to the governing deadline and that the leases should therefore be rejected.  In the event circumstances change and the assumption and assignment of one or both leases is proposed, Landlords reserve the right to be heard in connection with same, including whether the March 24, 2020 sale/assumption hearing should go forward as scheduled as to the Landlords.

42186865_1

Respectfully submitted,

CIARDI CIARDI & ASTIN

Dated:  March 19, 2020
      Wilmington, Delaware

*/s/ Joseph J. McMahon, Jr.*
Daniel K. Astin (No. 4068)
Joseph J. McMahon, Jr. (No. 4819)
1204 N. King Street
Wilmington, Delaware 19801
302-658-1100 (Main)
302-658-1300 (Fax)
jmcmahon@ciardilaw.com

-and-

Holmes P. Harden
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, NC  27601
919-981-4011
919-981-4300 (Fax)
hharden@williamsmullen.com

*Counsel to Landlords*

42186865_1