# **CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esquire, certify that on March 23, 2020, I caused a true and correct copy of the *Limited Adequate Assurance Objection and Reservation of Rights of Sofield Childrens' Limited Partnership* to be served via CM/ECF upon those parties registered to receive such electronic notifications and via electronic mail upon the parties listed below:

                                        */s/ Michael Busenkell*
                                        Michael Busenkell (DE 3933)

**Via Electronic Mail**
Young Conaway Stargatt & Taylor, LLP
Attn: M. Blake Cleary, Esq.,
Sean T. Greecher, Esq.,
Ian J. Bambrick, Esq
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

Chapman & Cutler LLP
Stephen R. Tetro II, Esq.,
Aaron M. Krieger, Esq.
111 West Monroe
Street, Chicago, IL 60603-4080

Office of the United States Trustee
For the District of Delaware
Jane M. Leamy, Esq
844 King Street
Suite 2207, Lockbox 35
Wilmington, Delaware 19801

Pachulski Stang Ziehl & Jones LLP
Robert J. Feinstein, Esq.
780 Third Avenue, 36th Floor
New York, NY 10017-2024

Pachulski Stang Ziehl & Jones LLP
Colin R. Robinson, Esq.
Bradford J. Sandler, Esq.
919 North Market Street, 17th Floor
Wilmington, DE 19801