**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**In re Earth Fare, Inc., et al.**  **Case No. 20-10256**
  Debtors  Reporting Period: 03/01/20-03/31/20

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|   Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
|   Schedule of Professional Fees Paid | MOR-1b | X | | |
|   Copies of bank statements | | | | |
|   Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
|   Copies of IRS Form 6123 or payment receipt | | | | |
|   Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|   Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_/s/ Mindy Harvey_    4/20/2020
Signature of Authorized Individual*    Date

Mindy Harvey    Chief Financial Officer
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**In re Earth Fare, Inc., et al.**                                                                                                           **Case No. 20-10256**
            Debtors                                                          Reporting Period:   03/01/20-03/31/20

**MONTHLY OPERATING REPORT**

**NOTES**

On February 4, 2020 (the "**Petition Date**"), Earth Fare, Inc. and EF Investment Holdings, Inc. (together, the "**Debtors**") each filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware (the " **Bankruptcy Court**"). The Debtors' bankruptcy filings are jointly administered under Case No. 20-10256.

The accompanying schedules MOR-1 through MOR-5 are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America (" **U.S. GAAP**") in all material respects.  In addition, the financial statements and the supplemental information contained herein represent the financial information on a consolidated basis of the Debtors.

The Monthly Operating Report is limited in scope, covers a limited time period, and has been prepared solely for the purpose of complying with the monthly reporting requirements of the Bankruptcy Court and the United States Trustee.  The unaudited financial statements have been derived from the books and records of the Debtors. The information presented herein has not been subjected to all procedures that would typically be applied to financial information presented in accordance with U.S. GAAP.  Upon the application of such procedures, the financial information could be subject to changes, and these changes could be material.  The information furnished in this Monthly Operating Report includes normal recurring adjustments, but does not include all of the adjustments that would typically be made for interim financial statements in accordance with U.S. GAAP.

Given the complexity of the Debtors' business, inadvertent errors, omissions or over inclusions may have occurred.  Accordingly, the Debtors hereby reserve all of their rights to dispute the validity, status, enforceability, or executory nature of any claim amount, representation or other statement in this Monthly Operating Report and reserve the right to amend or supplement this Monthly Operating Report, if necessary, but shall be under no obligation to do so.

**In re Earth Fare, Inc., et al.**  Case No. 20-10256
Debtors  Reporting Period: 03/01/20-03/31/20

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1). Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | OPER. | PAYROLL | TAX | OTHER | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | 36,851,580 | | | 499,504 | | | | |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | - | | | | | | | |
| ACCOUNTS RECEIVABLE | 127,941 | | | | | | | |
| LOANS AND ADVANCES | - | | | | | | | |
| SALE OF ASSETS | 6,708,933 | | | | | | | |
| OTHER (ATTACH LIST) | | | | | | | | |
| TRANSFERS (FROM DIP ACCTS) | - | | | | | | | |
| | | | | | | | | |
| TOTAL RECEIPTS | 6,836,874 | | | | | | | |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | 2,271,973 | | | | | | | |
| PAYROLL TAXES | 969,199 | | | | | | | |
| SALES, USE, & OTHER TAXES | 1,209,170 | | | | | | | |
| INVENTORY PURCHASES | - | | | | | | | |
| SECURED/ RENTAL/ LEASES | 1,872,096 | | | | | | | |
| INSURANCE | 128,585 | | | | | | | |
| ADMINISTRATIVE | 2,734,599 | | | 533 | | | | |
| SELLING | 189,243 | | | | | | | |
| OTHER (ATTACH LIST) | 9,004,197 | | | | | | | |
| | | | | | | | | |
| OWNER DRAW * | - | | | | | | | |
| TRANSFERS (TO DIP ACCTS) | - | | | | | | | |
| | | | | | | | | |
| PROFESSIONAL FEES | 1,841,815 | | | | | | | |
| U.S. TRUSTEE QUARTERLY FEES | - | | | | | | | |
| COURT COSTS | - | | | | | | | |
| TOTAL DISBURSEMENTS | 20,220,877 | | | | | | | |
| | | | | | | | | |
| NET CASH FLOW | (13,384,003) | | | | | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 23,467,577 | | | 498,971 | | | | |
| | | | | | 23,966,548 | | | |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED

**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| TOTAL DISBURSEMENTS | 20,220,877 |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 20,220,877 |

### SCHEDULE OF OTHER FEES AND EXPENSES PAID

| Payee | Period Covered | Amount Approved | Payor | Check Number | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|
| Debtor Professional Fees Escrow & Committee Professional Fees Escrow | | | | wire | 841,000.00 | | |
| Director Fee | 03/01/20-03/31/20 | | | wire | 25,000.00 | | |
| Hilco/Gordon Brothers | 02/03/20-02/07/20 | | | wire | 4,226.89 | | |
| Hilco/Gordon Brothers | 02/17/20-02/21/20 | | | wire | 356,180.83 | | |
| Hilco/Gordon Brothers | 02/17/20-02/21/20 | | | wire | 14,598.51 | | |
| Hilco/Gordon Brothers | 02/24/20-02/28/20 | | | wire | 99,013.54 | | |
| Hilco/Gordon Brothers | 02/24/20-02/28/20 | | | wire | 172,726.75 | | |
| Hilco/Gordon Brothers | Legal Fees | | | wire | 15,000.00 | | |
| Hilco/Gordon Brothers | 03/02/20-03/06/20 | | | wire | 237,203.62 | | |
| Hilco/Gordon Brothers | 03/02/20-03/06/20 | | | wire | 76,864.44 | | |
| | | | | | 1,841,814.58 | | |

**In re Earth Fare, Inc., et al.**  
Debtors

**Case No. 20-10256**  
Reporting Period: 03/01/20-03/31/20

**BANK RECONCILIATIONS**  
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

|  | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
|  | # |  | # |  | # |  | # |  |
| **BALANCE PER BOOKS** | - |  |  |  |  |  | - |  |
|  |  |  |  |  |  |  |  |  |
| BANK BALANCE | 23,467,577 |  |  |  |  |  | 498,971 |  |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) |  |  |  |  |  |  |  |  |
| (-) OUTSTANDING CHECKS (ATTACH LIST) |  |  |  |  |  |  |  |  |
| OTHER (ATTACH EXPLANATION) |  |  |  |  |  |  |  |  |
| ADJUSTED BANK BALANCE * | 23,467,577 |  |  |  |  |  | 498,971 |  |
| * Adjusted bank balance must equal |  |  |  |  |  |  | - |  |
| balance per books |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| **DEPOSITS IN TRANSIT** | Date | | | | Amount | | | |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| OTHER |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**In re Earth Fare, Inc., et al.**                          **Case No. 20-10256**
    Debtors                                          Reporting Period: 03/01/20-03/31/20

**SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID**
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| | | | None. | | | | | | |

**In re Earth Fare, Inc., et al.**  **Case No. 20-10256**
Debtors  Reporting Period: 03/01/20-03/31/20

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | - | 34,330,432 |
| Less: Returns and Allowances |  | - |
| Net Revenue | - | 34,330,432 |
| **COST OF GOODS SOLD** |  | - |
| Beginning Inventory | - | 31,432,692 |
| Add: Purchases | - | 140,003 |
| Add: Cost of Labor | - | - |
| Add: Other Costs (attach schedule) | - | - |
| Less: Ending Inventory | - | - |
| Cost of Goods Sold | - | 31,572,695 |
| Gross Profit | - | 2,757,737 |
| **OPERATING EXPENSES** |  | - |
| Advertising | - | 76,006 |
| Auto and Truck Expense | - | - |
| Bad Debts | - | - |
| Contributions | - | - |
| Employee Benefits Programs | 466,421 | 1,065,551 |
| Insider Compensation* | 158,936 | 317,872 |
| Insurance | 128,585 | 394,546 |
| Management Fees/Bonuses | - | - |
| Office Expense | 153,567 | 153,567 |
| Pension & Profit-Sharing Plans | - | - |
| Repairs and Maintenance | - | 3,883 |
| Rent and Lease Expense | 1,872,096 | 1,872,096 |
| Salaries/Commissions/Fees | 2,113,037 | 5,342,340 |
| Supplies | 8,916 | 57,041 |
| Taxes - Payroll | 231,954 | 498,917 |
| Taxes - Real Estate | - | 24,124 |
| Taxes - Other | - | - |
| Travel and Entertainment | 16,929 | 30,700 |
| Utilities | 672,639 | 1,022,080 |
| Other (attach schedule) | 189,243 | 754,473 |
| Total Operating Expenses Before Depreciation | 6,012,323 | 11,613,196 |
| Depreciation/Depletion/Amortization | - | - |
| Net Profit (Loss) Before Other Income & Expenses | (6,012,323) | (8,855,459) |
| **OTHER INCOME AND EXPENSES** |  | - |
| Other Income (attach schedule) | 6,708,933 | 6,839,134 |
| Interest Expense | - | - |
| Other Expense (attach schedule) | - | - |
| Net Profit (Loss) Before Reorganization Items | 696,611 | (2,016,324) |
| **REORGANIZATION ITEMS** |  | - |
| Professional Fees | 1,841,815 | 3,576,948 |
| U. S. Trustee Quarterly Fees | - | - |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | - | - |

| | | |
|---|---:|---:|
| Gain (Loss) from Sale of Equipment | - | - |
| Other Reorganization Expenses (attach schedule) | | - |
| Total Reorganization Expenses | 1,841,815 | 3,576,948 |
| Income Taxes | - | - |
| Net Profit (Loss) | (1,145,204) | (5,593,272) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**In re Earth Fare, Inc., et al.**  **Case No. 20-10256**
   Debtors  Reporting Period:  03/01/20-03/31/20

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---:|---:|
| **Other Costs** | | |
| | | |
| | | |
| PACA PASA CLAIMS | 9,004,197 | |
| | | |
| | | |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| Sale of Minor Fixtures in Stores during Inventory Liquidation | - | 56,813 |
| Sale of Supplies in Stores during Inventory Liquidation | - | 73,388 |
| Sale of Fixtures and Equipments, managed by Hilco/Gordon Brothers | 3,051,990 | 3,051,990 |
| Sale of Fixtures and Equipment to Landlords | 230,000 | 230,000 |
| Sale of Leases | 3,126,943 | 3,126,943 |
| Sale of Brand Name & IP | 300,000 | 300,000 |
| | | |
| **Other Expenses** | | |
| | | |
| Credit Card Fees (on Sales Transactions) | 189,243 | 754,473 |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

**In re Earth Fare, Inc., et al.**  
Debtors

**Case No. 20-10256**  
Reporting Period: 03/01/20-03/31/20

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 23,966,548 | 11,405,448 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | - | - |
| Accounts Receivable (Net) | 1,995,322 | 2,197,913 |
| Notes Receivable | - | - |
| Inventories | - | 31,432,692 |
| Prepaid Expenses | 2,039,533 | 2,056,393 |
| Professional Retainers | - | - |
| Other Current Assets (attach schedule) | - | - |
| *TOTAL CURRENT ASSETS* | 28,001,403 | 47,092,446 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | - | - |
| Machinery and Equipment | 94,736,712 | 94,736,712 |
| Furniture, Fixtures and Office Equipment | 58,152,471 | 58,152,471 |
| Leasehold Improvements | 71,904,290 | 77,881,545 |
| Vehicles | - | 328,624 |
| Less Accumulated Depreciation | (132,334,615) | (132,334,615) |
| *TOTAL PROPERTY & EQUIPMENT* | 92,458,858 | 98,764,736 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | - | - |
| Other Assets (attach schedule) ** | 42,720,128 | 42,527,305 |
| *TOTAL OTHER ASSETS* | 42,720,128 | 42,527,305 |
| **TOTAL ASSETS** | 163,180,389 | 188,384,488 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | - | - |
| Taxes Payable (refer to FORM MOR-4) | 1,832,780 | 2,348,950 |
| Wages Payable | 474,232 | 1,628,368 |
| Notes Payable | - | - |
| Rent / Leases - Building/Equipment | 2,082,368 | 2,300,000 |
| Secured Debt / Adequate Protection Payments | - | - |
| Professional Fees | - | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities (attach schedule) | - | - |
| *TOTAL POSTPETITION LIABILITIES* | 4,389,380 | 6,277,318 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 60,250,000 | 60,250,000 |
| Priority Debt | 14,800,000 | 14,800,000 |
| Unsecured Debt | 97,848,906 | 115,571,794 |
| *TOTAL PRE-PETITION LIABILITIES* | 172,898,906 | 190,621,794 |
| *TOTAL LIABILITIES* | 177,288,285 | 196,899,112 |
| *OWNER EQUITY* | | |
| Capital Stock | 46,000,000 | 46,000,000 |
| Additional Paid-In Capital | 68,465,270 | 68,465,270 |
| Partners' Capital Account | - | - |
| Owner's Equity Account | - | - |
| Retained Earnings - Pre-Petition | (122,979,894) | (122,979,894) |
| Retained Earnings - Postpetition | (5,593,272) | - |
| Adjustments to Owner Equity (attach schedule) | - | - |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | - | - |

| | | |
|---|---:|---:|
| *NET OWNER EQUITY* | (14,107,896) | (8,514,624) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 163,180,389 | 188,384,488 |
| | - | (0) |

*"Insider" is defined in 11 U.S.C. Section 101(31).
** Certain "Other Assets" are listed at historical estimates and are used solely for accounting purposes.

In re Earth Fare, Inc., et al.  
Debtor

Case No. 20-10256  
Reporting Period: 03/01/20-03/31/20

**BALANCE SHEET - continuation sheet**

| | ASSETS | BOOK VALUE AT END OF CURRENT MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---:|---:|
| Other Current Assets | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Other Assets | | | |
| | Prepaid Expense - Non Current | 435,485 | 435,485 |
| | Deposits | 815,752 | 622,352 |
| * | Goodwill | 25,779,218 | 25,779,218 |
| * | Non Amortizable Intangible - Brand Name | 15,200,000 | 15,200,000 |
| * | UPC Registration | 10,842 | 10,842 |
| * | Brand Mark | 79,886 | 79,886 |
| * | Loan Fees | 1,229,251 | 1,229,251 |
| * | Alcohol Licenses | 191,921 | 191,921 |
| * | Deferred Leasing Costs | 390,709 | 391,286 |
| * | Accumulated Amortization | (1,412,935) | (1,412,935) |
| * | Intangible Assets - Net | 42,720,128 | 41,469,469 |
| | | | |

| | LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---:|---:|
| Other Postpetition Liabilities | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Adjustments to Owner Equity | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Postpetition Contributions (Distributions) (Draws) | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

* These "Other Assets" are listed at historical estimates and are used solely for accounting purposes.

**In re Earth Fare, Inc., et al.**  **Case No. 20-10256**
 Debtors  Reporting Period: 03/01/20-03/31/20

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | - | | 289,858 | 03/10/20; 03/24/20 | EFT or Wire | 0 |
| FICA-Employee | - | | 223,220 | 03/10/20; 03/24/20 | EFT or Wire | 0 |
| FICA-Employer | - | | 223,231 | 03/10/20; 03/24/20 | EFT or Wire | 0 |
| Unemployment | - | | 5,209 | 03/10/20; 03/24/20 | EFT or Wire | 0 |
| Income | - | | - | - | - | 0 |
| Other:_____ | - | | - | - | - | 0 |
|   Total Federal Taxes | - | | 741,517 | - | - | 0 |
| **State and Local** | | | | | | |
| Withholding | - | | 73,883 | 03/10/20; 03/24/20 | EFT or Wire | 0 |
| Sales | 1,235,174 | | 1,209,170 | 03/15/20 - 03/20/20 | EFT or Wire | 9,850 |
| Excise | - | | - | - | - | 0 |
| Unemployment | - | | 3,514 | 03/10/20; 03/24/20 | EFT or Wire | 0 |
| Real Property | 462,472 | | - | various | - | 462,472 |
| Personal Property | 1,360,458 | | - | various | - | 1,360,458 |
| Other:_____ | - | | - | - | - | 0 |
|   Total State and Local | 3,058,105 | | - | - | - | 1,832,780 |
| **Total Taxes** | 3,058,105 | | - | - | - | 1,832,780 |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | \multicolumn{5}{c}{Number of Days Past Due} | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | | | | - |
| Wages Payable | - | | | | | - |
| Taxes Payable | | | | | | - |
| Rent/Leases-Building | | - | 2,082,368 | | | 2,082,368 |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Professional Fees | | | | | | - |
| Amounts Due to Insiders* | | | | | | - |
| Other:_____ | | | | | | - |
| Other:_____ | | | | | | - |
| **Total Postpetition Debts** | - | - | 2,082,368 | - | - | 2,082,368 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

Except to the extent waived pursuant to any applicable lease termination agreement, the Debtors
will pay postpetition rent in accordance with the provisions of 11 U.S.C. § 365.

*"Insider" is defined in 11 U.S.C. Section 101(31).

**In re Earth Fare, Inc., et al.**                     **Case No. 20-10256**
        Debtors                     Reporting Period: <u>03/01/20-03/31/20</u>

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | 2,123,263 |
| + Amounts billed during the period | - |
| - Amounts collected during the period | 127,941 |
| Total Accounts Receivable at the end of the reporting period | 1,995,322 |

| Accounts Receivable Aging | Amount |
|---|---:|
| 0 - 30 days old | - |
| 31 - 60 days old | 1,093,940 |
| 61 - 90 days old | 657,073 |
| 91+ days old | 1,879,462 |
| Total Accounts Receivable | 3,630,475 |
| Amount considered uncollectible (Bad Debt) | (1,635,153) |
| Accounts Receivable (Net) | 1,995,322 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. * | X | |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

*The Debtors sold certain of their assets pursuant to various orders issued by the Bankruptcy Court
[Docket Nos. 122, 302, 303, 304, 305, & 314].