**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 20-10256 (KBO) |
| EARTH FARE, INC., *et al.*,[1] | ) ) (Jointly Administered) |
| Debtors. | ) ) |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR TELEPHONIC HEARING ON APRIL 30, 2020, AT 1:30 P.M. (ET)

PARTIES WISHING TO PARTICIPATE IN THE
STATUS CONFERENCE SHOULD CONTACT COURTCALL
BY PHONE 866-582-6878, OR FAX 866-533-2946

**MATTER GOING FORWARD**

1. Status Conference in connection with these chapter 11 cases.

    Status: This matter is going forward.

Dated: April 28, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean T. Greecher*
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean T. Greecher (No. 4484)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
EF@ycst.com

*Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

26404329.1