**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EARTH FARE, INC., *et al.*,[1] | ) Case No. 20-10256 (KBO) |
| | ) |
| Debtors. | ) (Joint Administered) |
| | ) |
| | ) **Ref Docket No. 349** |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

THIERRY LAMOUR, being duly sworn, deposes and says:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 16, 2020, I caused to be served the "Order Authorizing the Debtors to Reject Certain Unexpired Leases and Executory Contracts Effective as of the Rejection Effective Date", dated April 16, 2020, [Docket 349], by causing true and correct copies:

    i.   to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    ii.  to be delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Thierry Lamour*
Thierry Lamour

Sworn to before me this
22nd day of April, 2020
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ADPLEX, INC. | KEN SCHWERTNER 490 GALLIMORE DAIRY RD. GREENSBORO NC 27409 |
| ALBERT'S | CHRISTOPHER DIBELLO PO BOX 877 SWEDESBORO NJ 08085 |
| AMEX | CELIA COULOMBE PO BOX 981535 EL PASO TX 79998-1535 |
| BAIRD MANDALAS BROCKSTEDT, LLC | (COUNSEL FOR WESTGATE LAND UNIT 4, LLC) ATTN STEPHEN W. SPENCE, ESQUIRE 1413 SAVANNAH ROAD, SUITE 1 LEWES DE 19958 |
| BALLARD SPAHR LLP | COUNSEL TO MDC COASTAL 12, LLC LESLIE C HEILMAN & LAUREL D ROGLEN, ESQS. 919 N MARKET ST., 11TH FLOOR WILMINGTON DE 19801-3034 |
| BALLARD SPAHR LLP | COUNSEL TO MDC COASTAL 12, LLC CRAIG SOLOMON GANZ, ESQ. E. WASHINGTON STREET, SUITE 2300 PHOENIX AZ 85004 |
| BALLARD SPAHR LLP | COUNSEL TO MDC COASTAL 12, LLC STACY H. RUBIN, ESQ. ONE SUMMERLIN 1980 FESTIVAL PLAZA DRIVE, SUITE 900 LAS VEGAS NV 89135 |
| BIELLI & KLAUDER | (COUNSEL TO FERNCROFT MORRISON LLC, SEMINOLE, NADG/BLACKFIN PARTNERS (LAKE NONA) LP, AND LAKEWOOD RANCH OWNER, L.P.) ATTN DAVID M. KLAUDER, ESQ. 1204 N. KING STREET WILMINGTON DE 19801 |
| BREIT MP EP II LLC | PO BOX 27627 SAN DIEGO CA 92198-1627 |
| BUNZL DISTRIBUTION SOUTHEAST, LLC | BRIAN BARRETT PO BOX 402337 ATLANTA GA 30384-8940 |
| CHAPMAN AND CUTLER LLP | (COUNSEL TO FIFTH THIRD BANK) ATTN STEPHEN R. TETRO II, AARON M. KRIEGER 111 WEST MONROE STREET CHICAGO IL 60603 |
| CHAPMAN AND CUTLER LLP | (COUNSEL TO DEBTORS PREPETITION LENDERS) ATTN: STEPHEN R. TETRO II, ESQ. 111 WEST MONROE STREET CHICAGO IL 60603-4080 |
| CHIPMAN BROWN CICERO & COLE, LLP | (COUNSEL FOR RGOP 2, LLC AND STEELE CREEK (1997), LLC) ATTN: MARK L. DESGROSSEILLIERS HERCULES PLAZA 1313 NORTH MARKET STREET, SUITE 5400 WILMINGTON DE 19801 |
| CHRISTIAN & SMALL LLP | (COUNSEL FOR RECS FLINT'S CROSSING LLC) ATTN DANIEL D. SPARKS, ESQ. 505 NORTH 20TH STREET SUITE 1800 BIRMINGHAM AL 35203-2696 |
| CONNOLLY GALLAGHER LLP | (COUNSEL TO IRC WESTGATE, LLC) ATTN: KAREN C. BIFFERATO, KELLY M. CONLAN 1201 N. MARKET STREET, 20TH FLOOR WILMINGTON DE 19801 |
| COOCH AND TAYLOR P.A. | (COUNSEL TO DOMICOR L.L.C.) ATTN ROBERT W. PEDIGO, ESQ, R. GRANT DICK IV, ESQ THE NEMOURS BUILDING 1007 N. ORANGE STREET, SUITE 1120 WILMINGTON DE 19801 |
| CROSSET COMPANY, CINCINNATI | GREG KURKJIAN PO BOX 932305 CLEVELAND OH 44193 |
| CWB HOLDINGS, INC. | DARRIN WALVOORD 1720 S. BELLAIR ST. #600 DENVER CO 80222 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| DIAMOND MCCARTHY LLP | (COUNSEL TO PANGEA-CDS, INC.) ATTN: SHERYL P. GIULIANO, KATHY BAZOIAN PHELPS 295 MADISON AVENUE, 27TH FLOOR NEW YORK NY 10017 |
| ELLIS & WINTERS LLP | (COUNSEL FOR HRP RENAISSANCE MARKET, LLC) ATTN CAMERON T. KIRBY PO BOX 33550 RALEIGH NC 27636 |
| FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS | LLC (COUNSEL TO THE MCCLATCHY COMPANY, THE NEWS & OBSERVER, THE CHARLOTTE OBSERVER, THE HERALD, AND THE STATE) ATTN: PAUL J. PASCUZZI 500 CAPITOL MALL, SUITE 2250 SACRAMENTO CA 95814 |
| FIRST SOURCE, LLC | ATTN: NANCY NEHL 100 PIRSON PARKWAY TONAWANDA NY 14150 |
| FIRST SOURCE, LLC | CATHALENE WORELDS 3612 LA GRANGE PARKWAY TOANO VA 23168 |
| FRANKLIN & PROKOPIK | (COUNSEL FOR SRS REAL ESTATE PARNTERS – SOUTHEAST, LLC) ATTN WILLIAM A. CRAWFORD, MICHAEL P. TORRICE 500 CREEK VIEW ROAD, SUITE 502 NEWARK DE 19711 |
| FRONTIER NATURAL PRODUCTS | MOLLY TRIMBLE 3021 78TH STREET NORWAY IA 52318 |
| GAIA HERBS, INC. | ANGELA MCELWEE PO BOX 639306 CINCINNATI OH 45263-9306 |
| GARDEN OF LIFE, INC | ERIK SCHMITT 4200 NORTHCORP PARKWAY SUITE 200 PALM BEACH GARDENS FL 33410 |
| GEMINI PLACE TOWNE CENTER LLC | ASHLEY SEASLY C/O COLLIERS INTERNATIONAL 425 WALNUT ST CINCINNATI OH 45202 |
| GOODWIN PROCTER LLP | (COUNSEL FOR WASTE MANAGEMENT) ATTN GREGORY W. FOX, ESQ., BARRY Z. BAZIAN, ESQ. THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| GOURMET FOODS INTERNATIONAL | CHRISTOPHER EASTWOOD 29205 NETWORK PLACE CHICAGO IL 60673-1292 |
| HAYNES AND BOONE, LLP | (COUNSEL FOR WHOLE FOODS MARKET) ATTN KENRIC D. KATTNER & ARSALAN MUHAMMAD 1221 MCKINNEY STREET, SUITE 2100 HOUSTON TX 77010 |

| Claim Name | Address Information |
|---|---|
| HISSHO SUSHI | DANIEL RUTHERFORD LWIN FAMILY CO DBA HISSHO SUSHI LOCKBOX, DEPT 223 PO BOX 4458 HOUSTON TX 77210-4458 |
| HOGAN MCDANIEL | COUNSEL TO FIRST SOURCE, LLC DANIEL K HOGAN & DANIEL C KERRICK, ESQS. 1311 DELAWARE AVENUE, SUITE 1 WILMINGTON DE 19806 |
| HOMESTEAD CREAMERY, INC | MIKE GRISETTI PO BOX 506 WIRTZ VA 24184 |
| HUBERT COMPANY | MARK RUDY 25401 NETWORK PLACE CHICAGO IL 60673-1254 |
| HUSSMAN CORPORATION | TINA ODONNELL 26372 NETWORK PLACE CHICAGO IL 60673-1263 |
| INLAND FRESH SEAFOOD CORPORATION OF AMERICA, INC. | ATTN: LES A. SCHNEIDER 969 CASTLE FALLS DRIVE NE ATLANTA GA 30329 |
| INLAND SEAFOOD | DALE BORNE PO BOX 450669 ATLANTA GA 31145 |
| INSTACART | SAGAR SANGHVI 50 BEALE STREET SUITE 600 SAN FRANCISCO CA 94105 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| INTERNAL REVENUE SERVICE | 2970 MARKET ST PHILADELPHIA PA 19255 |
| JENNIFER FRANCIS | OBO KEN BURTON, JR. MANATEE COUNTY TAX COLLECTOR 1001 3RD AVE W, SUITE 240 BRADENTON FL 34205-7863 |
| KELLEY DRYE & WARREN LLP | (COUNSEL FOR REGENCY CENTERS, L.P.) ATTN ROBERT L. LEHANE, MELISSA A. HAGER 101 PARK AVENUE NEW YORK NY 10178 |
| LANDIS RATH & COBB LLP | (COUNSEL FOR UNFI) ATTN RICHARD S. COBB, ESQ. ATTN KERRI K. MUMFORD, ESQ. ATTN JENNIFER L. CREE, ESQ. 919 MARKET STREET, SUITE 1800 WILMINGTON DE 19801 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | (COUNSEL FOR REGENCY CENTERS, L.P.) ATTN SUSAN E. KAUFMAN, LLC 919 NORTH MARKET STREET, SUITE 460 WILMINGTON DE 19801 |
| MCCARRTER & ENGLISH, LLP | (COUNSEL TO ADVANCE ACCEPTANCE) ATTN WILLIAM F. TAYLOR, JR., ESQ., SHANNON D. HUMISTON, ESQ. RENNAISANCE CENTRE 405 N. KING STREET, 8TH FLOOR WILMINGTON DE 19801 |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | (COUNSEL FOR SHOPS OF FAIRLAWN DELAWARE, LLC) ATTN DAVID M. NEUMANN 28601 CHAGRIN BLVD., SUITE 600 CLEVELAND OH 44122 |
| MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | COUNSEL TO GATEWAY ARTHUR, INC. KATE P FOLEY AND JOSEPH H BALDIGA, ESQS. 1800 WEST PARK DR., SUITE 400 WESTBOROUGH MA 01581 |
| MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | COUNSEL TO GATEWAY ARTHUR, INC. PAUL W CAREY, ESQ. 100 FRONT STREET WORCESTER MA 01608 |
| MORRIS JAMES LLP | (COUNSEL FOR RECS FLINT'S CROSSING LLC) ATTN CARL. N. KUNZ, III, ESQ. 500 DELAWARE AVENUE, SUITE 1500 P.O. BOX 2306 WILMINGTON DE 19899-2306 |
| NATIONAL WATER SERVICES | ATTN: RAMON LOVATO 1217 PARKWAY DRIVE, SUITE B SANTA FE NM 87592 |
| NUTRACEUTICAL CORPORATION | KARA MITCHELL ATTN: ACCOUNTS RECEIVABLE P.O. BOX 12850 OGDEN UT 84412-2850 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANE LEAMY 844 KING STREET, SUITE 2207 LOCK BOX 35 WILMINGTON DE 19801 |
| ONESOURCE MAGAZINE DIST., LLC | THOMAS TARBERT[ 401 E. 124TH AVE THORNTON CO 80241 |
| PACHULSKI STANG ZIEHL & JONES LLP | COUNSEL TO THE UNSECURED CREDITORS COMMITTEE BRADFORD J SANDLER, ROBERT J FEINSTEIN AND COLIN R ROBINSON, ESQS. 919 N MARKET ST., 17TH FLOOR WILMINGTON DE 19801 |
| PANGEA-CDS, INC. | LUNDY SMITH 1411 W. 190TH STREET STE. 675 GARDENA CA 90248 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ALICE EATON 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| PEPPER HAMILTON LLP | (COUNSEL TO HILCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC) ATTN DOUGLAS D. HERRMAN, MARCY J. MCLAUGHLIN SMITH HERCULES PLAZA, SUITE 5100 1313 N. MARKET STREET WILMINGTON DE 19899-1709 |
| PIEDMONT GRAPHICS | ANGIE MELTON PO BOX 4509 GREENSBORO NC 27404-4509 |
| POLSINELLI PC | (COUNSEL FOR WHOLE FOODS MARKET) ATTN CHRISTOPHER A. WARD 222 DELAWARE AVE, SUITE 1101 WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| RUBIN & LEVIN, P.C. | (COUNSEL FOR ALDI) ATTN JAMES E. ROSSOW, JR. 135 N. PENNSYLVANIA ST., SUITE 1400 INDIANAPOLIS IN 19899 |
| SECRETARY OF STATE | JOHN G TOWNSEND BLDG 401 FEDERAL ST STE 4 DOVER DE 19901 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 |
| SHOPCORE PROPERTIES | ATTN: WILLIAM F. MCDONALD III, ESQ. 10920 VIA FRONTERA, SUITE 220 SAN DIEGO CA 92127 |
| SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER, ESQ. 225 WEST WASHINGTON STREET INDIANAPOLIS IN 46204 |
| SMITH, KATZENSTEIN & JENKINS LLP | (COUNSEL FOR ALDI) ATTN KATHLEEN M. MILLER 100 WEST STREET, SUITE 1501 P.O. BOX 410 WILMINGTON DE 19899 |
| SOUTHEASTERN PRODUCTS, INC. | ATTN: COLLEEN TEODOSIO 145 SOUTHCHASE BLVD. FOUNTAIN INN SC 29644 |
| ST. JOHNS PARKWAY LAND TRUST | JIM MCCARTHY 120 SHOPS BLVD. JACKSONVILLE FL 32216 |
| STEVENS & LEE, P.C. | (COUNSEL TO ALVAREZ & MARSAL NORTH AMERICA, LLC) ATTN: ROBERT LAPOWSKY, ESQ. 620 FREEDOM BUSINESS CENTER, SUITE 200 KING OF PRUSSIA PA 19406 |
| STEVENS & LEE, P.C. | (COUNSEL TO SKYLAND TOWN CENTRE INVESTORS, LLC, ALVAREZ & MARSAL NORTH AMERICA, LLC) ATTN DAVID W. GIATTINO 919 NORTH MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| STORES CONSULTING GROUP | JAMES SWEENEY 106 BOUND BROOK AVE PISCATAWAY NJ 08854 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL FOR WASTE MANAGEMENT) ATTN WILLIAM D. SULLIVAN, ESQ., WILLIAM A. HAZELTINE, ESQ.) 901 NORTH MARKET STREET, SUITE 1300 WILMINGTON DE 19801 |
| THOMPSON COBURN LLP | (COUNSEL TO BUNZL PARTIES) ATTN DAVID D. FARRELL, ESQ. ONE US BANK PLAZA, SUITE 2700 ST LOUIS MO 63101 |
| TROUTMAN SANDERS LLP | (COUNSEL TO CRESCENT CCRE LUCERNE VENTURE, LLC) ATTN: AMY PRITCHARD WILLIAMS 301 S. COLLEGE STREET, SUITE 3400 CHARLOTTE NC 28202 |
| UNFI | CHRISTOPHER DIBELLO 1 ALBION RD. STE 101 LINCOLN RI 02865 |
| UNITED NATURAL FOODS, INC. | ATTN: NICHOLAS LEITZES 313 IRON HORSE WAY PROVIDENCE RI 02908 |
| WICK PHILLIPS | (COUNSEL FOR SEMINOLE, NADG/BLACKFIN PARTNERS LAKE NONA) LP, LAKEWOOD RANCH OWNER, L.P.) ATTN JASON RUDD, ESQ. AND LAUREN K. DRAWHORN, ESQ. 100 THROCKMORTON STREET, SUITE 1500 FORT WORTH TX 19801 |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO FIFTH THIRD BANK) ATTN MATTHEW P. WARD, MORGAN L. PATTERSON 1313 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| ZERO ZONE | JOHN DUIMSTRA BOX 78067 MILWAUKEE WI 53278-0067 |

**Total Creditor count  82**

| Claim Name | Address Information |
|---|---|
| 3939 EVERHARD, LLC | C/O DEVILLE DEVELOPMENTS 3951 CONVENIENCE CIRCLE NW CANTON OH 44718 |
| ADVANCED BUSINESS EQUIPMENT, INC. | 3072 SWEETEN CREEK ROAD ASHEVILLE NC 28803 |
| BRIERDALE LIMITED PARTNERSHIP | C/O AMERICAN ASSET CORP. 5950 FAIRVIEW RD, SUITE 800 ATTN: PRESIDENT CHARLOTTE NC 28210 |
| CBRE | C/O SUSO 4 BATTLEGROUND LP ATTN: BRAD SWIFT 101 CENTREPORT DRIVE, SUITE 160 GREENSBORO NC 27409 |
| COLE GS HUNTERSVILLE NC, LLC C/O COLE | 2325 EAST CAMELBACK RD, SUITE 1100 PHOENIX AZ 85016 |
| CONCORD MILLS NC, LLC | C/O THOMPSON THRIFT DEVELOPMENT INC. 901 WABASH AVENUE ATTN: JAN PRICE TERRE HAUTE IN 47807 |
| COX INVESTMENTS, GP | C/O COX PROPERTY MANAGEMENT PO BOX 3891, 2304 SILVERDALE DR. SUITE 200 JOHNSON CITY TN 37601 |
| CRESCENT COMMUNITIES | 3340 PEACHTREE RD. NE, SUITE 1560 ATLANTA GA 30326 |
| DE LAGE LANDEN FINANCIAL SERVICES, INC. | 1111 OLD EAGLE SCHOOL RD. WAYNE PA 19087 |
| DUPONT CROSSING LLC | PO BOX 10359 521 WEST WASHINGTON BLVD. ATTN: JOHN ROGERS OR ROBERTA DAVIS FORT WAYNE IN 46851 |
| FERNCROFT MORRISON LLC | 121 W TRADE STREET, SUITE 2500 ATTN: ANITA ADAMS CHARLOTTE NC 28202 |
| FORSYTH OWNER LP | C/O CORE PROPERTY CAPITAL, LLC 410 PEACHTREE PARKWAY CUMMING GA 30041 |
| HAMILTON TC, LLC | C/O SIMON PROPERTY GROUP 225 WEST WASHINGTON STREET ATTN: MEGAN EARNEST INDIANAPOLIS IN 46204 |
| HARBOR GRAMLING SUMMERVILLE LLC | C/O RETAIL PLANNING CORPORATION 35 JOHNSON FERRY ROAD ATTN: KIM TROTTER MARIETTA GA 30068 |
| HARVEST MARKET LLC | 1450 SHIRESTONE COURT SODDY DAISY TN 37379 |
| HOLROB-SCHAFFLER PARTNERSHIP I | C/O HOLROB COMMERCIAL REALTY, LLC 7741 S NORTHSHORE DRIVE, SUITE 103 KNOXVILLE TN 37919 |
| HOLROB-SCHAFFLER PARTNERSHIP I | C/O STRATEGIC ACQUISITIONS GROUPS, LLC 6480 KINGSTON PIKE KNOXVILLE TN 37919 |
| HRP RENAISSANCE MARKET, LLC | C/O RETAIL PLANNING CORPORATION 35 JOHNSON FERRY ROAD ATTN: KIM TROTTER MARIETTA GA 30068 |
| HUTTON PASCO POWER CENTER EX, LLC | 736 CHERRY ST. CHATTANOOGA TN 37421 |
| IRC RETAIL CENTERS | 814 COMMERCE DRIVE, SUITE 300 ATTN: ROBERT MRAZEK OAK BROOK IL 60523 |
| LAKES AT WOODMONT APARTMENTS, LLC | C/O CASTO 250 CIVIC CENTER DRIVE, SUITE 500 COLUMBUS OH 43215 |
| MP SUBSIDIARY, LLC | C/O CASTO SOUTHEAST REALTY SERVICES, LLC 5391 LAKEWOOD RANCH BLVD, SUITE 100 ATTN: LEGAL DEPARTMENT SARASOTA FL 34240 |
| NADG/BLACKFIN PARTNERS LP | C/O CENTRECORP MANAGEMENT SERVICES, LLLP (LAKE NONA) 1135 TOWN PARK AVENUE, SUITE 2165 LAKE MARY FL 32746 |
| PALLADIUM DEVELOPMENT V, LLC | 1111 METROPOLITAN AVENUE, #700 ATTN: LEGAL DEPARTMENT CHARLOTTE NC 28204 |
| PALLADIUM DEVELOPMENT V, LLC | PO BOX 36799 CHARLOTTE NC 28236-6799 |
| PELHAM @85 HOLDING COMPANY, LLC | PO BOX 1805 ATTN: NANCY PETERS GREENVILLE SC 29602 |
| PROPERTY MANAGEMENT SUPPORT | ATLANTIC KERNAN LAND TRUST C/O SLEIMAN 1 SLEIMAN PARKWAY, SUITE 230 ATTN: ELISE GREENBAUM JACKSONVILLE FL 32216 |
| RAINIER WOODLANDS SQ. ACQUISITION, LLC | C/O 5/TEN MANAGEMENT 4801 PGA BOULEVARD ATTN: LEGAL DEPARTMENT PALM BEACH GARDENS FL 33418 |
| RGOP 2, LLC C/O CHILDRESS KLIEN | 301 S. COLLEGE STREET, SUITE 2800 CHARLOTTE NC 28202 |
| SEMINOLE MALL LP | C/O NORTH AMERICAN DEVELOPMENT GROUP 400 CLEMATIS STREET, SUITE 201 ATTN: JEFF PRESTON WEST PALM BEACH FL 33401 |
| SHOPS OF FAIRLAWN DELAWARE LLC | C/O ROBERT L. STARK ENTERPRISES 629 EUCLID AVENUE, SUITE 1300 CLEVELAND OH 44114 |
| SLEIMAN ENTERPRISES | 1 SLEIMAN PARKWAY, SUITE 230 ATTN: LEGAL DEPARTMENT JACKSONVILLE FL 32216 |
| SOUTH WINDERMERE ASSOC. LTD PARTNERSHIP | C/O GOULD & COMPANY 715 BOYLSTON STREET ATTN: MR. GOULD BOSTON MA 02116 |
| SUSO 4 BATTLEGROUND LP | C/O SLATE ASSET MANAGEMENT, L.P. 121 KING STREET WEST, SUITE 200 ATTN: LEGAL DEPARTMENT TORONTO ON M5H 3T9 CANADA |
| SUSO 4 BATTLEGROUND LP, C/O SLATE ASSET | MNGMNT,LP LIPPES MATHIAS WEXLER FRIEDMAN LLP,ATTN: PAUL F. WELLS, ESQ, MS. MARCIA ZGODA, 50 FOUNTAIN PLAZA, STE 1700 BUFFALO NY 14202-2216 |

| Claim Name | Address Information |
|---|---|
| USRP I LLC | C/O REGENCY CENTERS CORPORATION ONE INDEPENDENT DR. SUITE 114 ATTN: LEASE ADMINISTRATOR JACKSONVILLE FL 32202 |
| VANBARTON GROUP | 8811 HARDEGAN STREET, SUITE 350 ATTN: LEGAL DEPARTMENT INDIANAPOLIS IN 46227 |

**Total Creditor count  37**

# EXHIBIT B

| NAME | EMAIL |
|---|---|
| BAIRD MANDALAS BROCKSTEDT, LLC  - ATTN STEPHEN W. SPENCE | SWS@BMDE.COM |
| BALLARD SPAHR LLP - ATTN LESLIE C. HEILMAN, LAUREL D. ROGLEN | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| BIELLI & KLAUDER, LLC - ATTN DAVID M. KLAUDER | DKLAUDER@BK-LEGAL.COM |
| CHAPMAN AND CUTLER LLP - ATTN: STEPHEN R. TETRO II, AARON M. KRIEGER | STETRO@CHAPMAN.COM; AKRIEGER@CHAPMAN.COM |
| CHIPMAN BROWN CICERO & COLE, LLP ATTN: MARK L. DESGROSSEILLIERS | DESGROSS@CHIPMANBROWN.COM |
| CHRISTIAN & SMALL LLP - ATTN DANIEL D. SPARKS | DDSPARKS@CSATTORNEYS.COM |
| CONNOLLY GALLAGHER LLP (COUNSEL TO IRC WESTGATE LLC) - ATTN: KAREN C. BIFFERATO, KELLY M. CONLAN | KBIFFERATO@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM |
| COOCH AND TAYLOR P.A. - ATTN ROBERT W. PEDIGO & R. GRANT DICK IV | RPEDIGO@COOCHTAYLOR.COM; GDICK@COOCHTAYLOR.COM |
| DIAMOND MCCARTHY LLP (COUNSEL TO PANGEA-CDS INC.) - ATTN SHERYL P. GIUGLIANO, KATHY BAZONIAN PHELPS | SGIUGLIANO@DIAMONDMCCARTHY.COM; KPHELPS@DIAMONDMCCARTHY.COM |
| ELLIS & WINTERS LLP | CAM.KIRBY@ELLISWINTERS.COM |
| FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP - ATTN PAUL J. PASCUZZI | PPASCUZZI@FFWPLAW.COM |
| HAYNES AND BOONE, LLP - ATTN KENRIC D. KATTNER, ARSALAN MUHAMMAD | KENRIC.KATTNER@HAYNESBOONE.COM; ARSALAN.MUHAMMAD@HAYNESBOONE.COM |
| HOGAN MCDANIEL - ATTN DANIEL K. HOGAN, DANIEL C. KERRICK | DKHOGAN@DKHOGAN.COM |
| JENNIFER FRANCIS OBO KEN BURTON, JR. MANATEE COUNTY TAX COLLECTOR | LEGAL@TAXCOLLECTOR.COM |
| KELLEY DRYE & WARREN LLP - ATTN ROBERT L. LEHAINE, MELISSA A. HAGER | RLEHANE@KELLEYDRYE.COM; MHAGER@KELLEYDRYE.COM |
| LANDIS RATH & COBB LLP (COUNSEL TO UNITED NATURAL FOODS, INC.) - ATTN: RICHARD S. COBB, KERRI K. MUMFORD, JENNIFER L. CREE | COBB@LRCLAW.COM; MUMFORD@LRCLAW.COM; CREE@LRCLAW.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC - ATTN SUSAN E. KAUFMAN | SKAUFMAN@SKAUFMANLAW.COM |
| LIPPES MATHIAS WEXLER FRIEDMAN LLP | PWELLS@LIPPES.COM; MZGODA@LIPPES.COM |
| MCCARTER & ENGLISH, LLP - ATTN WILLIAM F. TAYLOR, JR., SHANNON D. HUMISTON | WTAYLOR@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| MEYERS, ROMAN, FRIEDBERG & LEWIS - ATTN: DAVID M. NEUMANN | DNEUMANN@MEYERSROMAN.COM |

| MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP - ATTN PAUL W. CAREY, JOSEPH H. BALDIGA, KATE P. FOLEY | PCAREY@MIRICKOCONNELL.COM, JBALDIGA@MIRICKOCONNELL.COM, KFOLEY@MIRICKOCONNELL.COM |
|---|---|
| MORRIS JAMES LLP - ATTN CARL N. KUNZ, III | CKUNZ@MORRISJAMES.COM |
| PACHULSKI STANG ZIEHL & JONES LLP - ATTN BRADFORD J. SANDLER, ROBERT J. FEINSTEIN, COLIN R. ROBINSON | BSANDLER@PSZJLAW.COM, RFEINSTEIN@PSZJLAW.COM, CROBINSON@PSZJLAW.COM |
| PEPPER HAMILTON LLP (COUNSEL TO HILCO MERCHANT RESOURCES LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC) - ATTN: DOUGLAS D. HERRMANN, MARCY J. MCLAUGHLIN SMITH | HERRMANND@PEPPERLAW.COM; MCLAUGHLINM@PEPPERLAW.COM |
| POLSINELLI PC - ATTN CHRISTOPHER A. WARD | CWARD@POLSINELLI.COM |
| RUBIN & LEVIN, P.C. - ATTN JAMES E. ROSSOW, JR. | JIM@RUBIN-LEVIN.NET |
| SHOPCORE PROPERTIES - ATTN WILLIAM F. MCDONALD III | WMCDONALD@SHOPCORE.COM |
| SIMON PROPERTY GROUP, INC. - ATTN: RONALD M. TUCKER | RTUCKER@SIMON.COM |
| SMITH, KATZENSTEIN & JENKINS LLP - ATTN KATHLEEN M. MILLER | KMILLER@SKJLAW.COM |
| STEVENS & LEE, P.C. - ATTN DAVID W. GIATTINO, ROBERT LAPOWSKY | DWG@STEVENSLEE.COM; RL@STEVENSLEE.COM |
| SULLIVAN HAZELTINE ALLINSON LLC - ATTN WILLIAM A. HAZELTINE | WHAZELTINE@SHA-LLC.COM |
| THOMPSON COBURN LLP - ATTN DAVID D. FARRELL | DFARRELL@THOMPSONCOBURN.COM |
| TROUTMAN SANDERS LLP - ATTN AMY PRITCHARD WILLIAMS | AMY.WILLIAMS@TROUTMAN.COM |
| WICK PHILLIPS - ATTN JASON RUDD, LAUREN K. DRAWHORN | JASON.RUDD@WICKPHILLIPS.COM; LAUREN.DRAWHORN@WICKPHILLIPS.COM |
| WOMBLE BOND DICKINSON (US) LLP - MATTHEW P. WARD, MORGAN L. PATTERSON | MATTHEW.WARD@WBD-US.COM; MORGAN.PATTERSON@WBD-US.COM |