# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EARTH FARE, INC., *et al.*,[1] ) | Case No. 20-10256 (KBO) |
| ) | |
| Debtors. ) | (Joint Administered) |
| ) | |
| ) | **Ref Docket Nos. 352-353** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

THIERRY LAMOUR, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 17, 2020, I caused to be served the:

   a. "Summary of Second Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from March 1, 2020 through and Including March 31, 2020," dated April 17, 2020, [Docket 352],

   b. "Summary of First Monthly and Final Application of Malfitano Advisors, LLC for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Asset Disposition Advisor and Consultant for the Debtors for the Monthly Period from March 1, 2020 through March 31, 2020 and the Final Period from February 4, 2020 through March 31, 2020," dated April 17, 2020, [Docket No. 353],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Thierry Lamour*
                                              Thierry Lamour

Sworn to before me this
27th day of April, 2020
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

**EXHIBIT A**

| | |
|---|---|
| EARTH FARE, INC.<br>ATTN: MINDY HARVEY<br>220 CONTINUUM DRIVE<br>FLETCHER, NC 28732 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>ATTN.: M. BLAKE CLEARY<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON, DE 19801 |
| CHAPMAN AND CUTLER LLP<br>ATTN.: STEPHEN R. TETRO II<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603-4080 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: JANE M. LEAMY<br>855 KING STREET, SUITE 2207<br>LOCKBOX 35,<br>WILMINGTON, DE 19801 |
| PACHULSKI STANG ZIEHL &JONES LLP<br>ATTN.: BRADFORD J. SANDLER, ROBERT J. FEINSTEIN,<br>COLIN R. ROBINSON<br>919 N. MARKET STREET, 17T" FLOOR<br>WILMINGTON, DE 19801 | |