IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EARTH FARE, INC., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 20-10256 (KBO)<br>)<br>) Jointly Administered<br>)<br>) **Ref Docket Nos. 128**<br>) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

THIERRY LAMOUR, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 22, 2020, I caused to be served the "Notice of Chapter 11 Bankruptcy Case," filed on February 18, 2020 [Docket No. 128], (the "Commencement Notice"), by causing a true and correct copy to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to Corman USA, Inc., Attn: Jennifer Forte, 1140 Bay Street, 2nd Floor, Staten Island, NY 10305.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Thierry Lamour*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Thierry Lamour

Sworn to before me this
22nd day of April, 2020
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors Is 220 Continuum Drive, Fletcher, North Carolina 28732.