**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | Chapter 11 |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-10256 (KBO) |
| EARTH FARE, INC., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED
FOR TELEPHONIC HEARING ON APRIL 30, 2020, AT 1:30 P.M. (ET)

**THE HEARING IS CONTINUED TO MAY 21, 2020 AT 4:00 P.M. (ET)**

PARTIES WISHING TO PARTICIPATE IN THE
STATUS CONFERENCE SHOULD CONTACT COURTCALL
BY PHONE 866-582-6878, OR FAX 866-533-2946

MATTER GOING FORWARD

1. Status Conference in connection with these chapter 11 cases.

    Status:    This matter **is continued to May 21, 2020 at 4:00 p.m. (ET).**

Dated: April 30, 2020         YOUNG CONAWAY STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                              */s/ Sean T. Greecher*
                              Pauline K. Morgan (No. 3650)
                              M. Blake Cleary (No. 3614)
                              Sean T. Greecher (No. 4484)
                              Rodney Square
                              1000 North King Street
                              Wilmington, Delaware 19801
                              Telephone: (302) 571-6600
                              Facsimile: (302) 571-1253
                              EF@ycst.com

                              *Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

[2] **Amended items appear bold**.

26404329.1