# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EARTH FARE, INC., *et al.*,[1] | ) | Case No. 20-10256 (KBO) |
| | ) | |
| Debtors. | ) | (Joint Administered) |
| | ) | |
| | ) | **Ref Docket No. 363** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                        ) ss.:
COUNTY OF NEW YORK  )

THIERRY LAMOUR, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 28, 2020, I caused to be served the "Notice of Agenda of Matters Scheduled for Telephonic Hearing on April 30, 2020 at 1:30 P.M. (ET)," dated April 28, 2020, [Docket 363], by causing true and correct copies:

   i. to be delivered via electronic mail on the annexed Exhibit A, and

   ii. to be delivered via facsimile to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            */s/ Thierry Lamour*
                                                                            Thierry Lamour

Sworn to before me this
1st day of May, 2020
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

**EXHIBIT A**

| NAME | EMAIL |
| --- | --- |
| ADPLEX, INC. | KSCHWERTNER@ADPLEX.COM |
| ALBERT'S | CDIBELLO@UNFI.COM |
| AMEX | CELIA.COULOMBE@AEXP.COM |
| BAIRD MANDALAS BROCKSTEDT, LLC | SWS@BMBDE.COM |
| BALLARD SPAHR LLP | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; GANZC@BALLARDSPAHR.COM; RUBINS@BALLARDSPAHR.COM |
| BIELLI & KLAUDER | DKLAUDER@BK-LEGAL.COM |
| BREIT MP EP II LLC | PATTYR@STARPOINTPROPERTIES.COM |
| BUNZL DISTRIBUTION SOUTHEAST, LLC | BRIAN.BARRETT@BUNZLUSA.COM; KAREN.MARTIN@BUNZLUSA.COM |
| CHAPMAN AND CUTLER LLP | STETRO@CHAPMAN.COM AKRIEGER@CHAPMAN.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | DESGROSS@CHIPMANBROWN.COM |
| CHRISTIAN & SMALL LLP | DDSPARKS@CSATTORNEYS.COM |
| CONNOLLY GALLAGHER LLP | KBIFFERATO@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM |
| COOCH AND TAYLOR P.A. | RPEDIGO@COOCHTAYLOR.COM; GDICK@COOCHTAYLOR.COM |
| CROSSET COMPANY, CINCINNATI | TSLAUGHTER@CASTELLINICOMPANY.COM; MSAYLOR@CROSSET.COM; CROSSETACCOUNTING@CROSSET.COM |
| CWB HOLDINGS, INC. | DARRIN.WALVOORD@CHARLOTTESWEB.COM |
| DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US |
| DIAMOND MCCARTHY LLP | SGIULIANO@DIAMONDMCCARTHY.COM; KPHELPS@DIAMONDMCCARTHY.COM |
| ELLIS & WINTERS LLP | CAM.KIRBY@ELLISWINTERS.COM |
| FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS | PPASCUZZI@FFWPLAW.COM |
| FIRST SOURCE, LLC | AMANDAJO.FUCCELLA@FIRST-SOURCE.COM |
| FRONTIER NATURAL PRODUCTS | ORDERS@FRONTIERCOOP.COM; ACCOUNTSRECEIVABLE@FRONTIERCOOP.COM; MOLLY.TRIMBLE@FRONTIERCOOP.COM |
| GAIA HERBS, INC. | CS@GAIAHERBS.COM; MAZ@GAIAHERBS.COM |
| GARDEN OF LIFE, INC | KEYACCOUNTS@GARDENOFLIFE.COM |
| GEMINI PLACE TOWNE CENTER LLC | ASHLEY.SEASLY@COLLIERS.COM; KEITH.SHOUP@COLLIERS.COM; CANDACE.VRADENBURG@COLLIERS.COM |
| GOURMET FOODS INTERNATIONAL | CEASTWOOD@GFIFOODS.COM; JFOSTER@GFIFOODS.COM |
| HAYNES AND BOONE, LLP | KENRIC.KATTNER@HAYNESBOONE.COM |
| HISSHO SUSHI | DANIELRUTHERFORD@HISSHOSUSHI.COM |
| HOGAN MCDANIEL | DKHOGAN@DKHOGAN.COM |

| | |
|---|---|
| HOMESTEAD CREAMERY, INC | DONNA@HOMESTEADCREAMERYINC.COM |
| HUBERT COMPANY | KSHIRES@HUBERT.COM |
| HUSSMAN CORPORATION | TINA.ODONNELL@HUSSMANN.COM |
| INLAND SEAFOOD | DALE.BORNE@INLANDSEAFOOD.COM; CARTER.BALL@INLANDSEAFOOD.COM |
| INSTACART | AR@INSTACART.COM |
| JENNIFER FRANCIS | LEGAL@TAXCOLLECTOR.COM |
| KELLEY DRYE & WARREN LLP | RLEHANE@KELLEYDRYE.COM MHAGER@KELLEYDRYE.COM |
| LANDIS RATH & COBB LLP | COBB@LRCLAW.COM MUMFORD@LRCLAW.COM CREE@LRCLAW.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | SKAUFMAN@SKAUFMANLAW.COM |
| MCCARRTER & ENGLISH, LLP | WTAYLOR@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | DNEUMANN@MEYERSROMAN.COM |
| MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | KFOLEY@MIRICKOCONNELL.COM; JBALDIGA@MIRICKOCONNELL.COM; PCAREY@MIRICKOCONNELL.COM |
| MORRIS JAMES LLP | CKUNZ@MORRISJAMES.COM |
| NATIONAL WATER SERVICES | ACCOUNTING@FRESHPURE.COM |
| NUTRACEUTICAL CORPORATION | KEYACCOUNT@NUTRACORP.COM; CREDITS@NUTRACORP.COM; KARA.MITCHELL@NUTRACORP.COM |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.PRESS@USDOJ.GOV |
| ONESOURCE MAGAZINE DIST., LLC | ISELAD@ONESOURCEDIST.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | BSANDLER@PSZJLAW.COM; RFEINSTEIN@PSZJLAW.COM; CROBINSON@PSZJLAW.COM |
| PANGEA-CDS, INC. | SEDELMAN@PANGEA-CDS.COM |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | AEATON@PAULWEISS.COM; BLAVIN@PAULWEISS.COM |
| PEPPER HAMILTON LLP | HERRMANND@PEPPERLAW.COM; MCLAUGHLINM@PEPPERLAW.COM |
| PIEDMONT GRAPHICS | WMCDEARMON@PIEDMONTGRAPHICS.COM; AMELTON@PIEDMONTGRAPHICS.COM; THAYES@PIEDMONTGRAPHICS.COM |
| POLSINELLI PC | CWARD@POLSINELLI.COM |
| RUBIN & LEVIN, P.C. | JIM@RUBIN-LEVIN.NET |
| SECRETARY OF STATE | CORP@DELAWARE.GOV |
| SIMON PROPERTY GROUP, INC. | RTUCKER@SIMON.COM |

| | |
|---|---|
| SMITH, KATZENSTEIN & JENKINS LLP | KMILLE@SKJLAW.COM |
| SOUTHEASTERN PRODUCTS, INC. | CTEODOSIO@SERETAIL.COM |
| ST. JOHNS PARKWAY LAND TRUST | INFO@NFLT.ORG |
| STEVENS & LEE, P.C. | DWG@STEVENSLEE.COM; RL@STEVENSLEE.COM |
| STORES CONSULTING GROUP | RMARINO@STORESCONSULTING.COM; JSWEENEY@STORESCONSULTING.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | WHAZELTINE@SHA-LLC.COM |
| THOMPSON COBURN LLP | DFARRELL@THOMPSONCOBURN.COM |
| TROUTMAN SANDERS LLP | AMY.WILLIAMS@TROUTMAN.COM |
| UNFI | CDIBELLO@UNFI.COM |
| WICK PHILLIPS | JASON.RUDD@WICKPHILLIPS.COM LAUREN.DRAWHORN@WICKPHILLIPS.COM |
| WOMBLE BOND DICKINSON (US) LLP | MATTHEW.WARD@WBD-US.COM MORGAN.PATTERSON@WBD-US.COM |
| ZERO ZONE | JOHN.DUIMSTRA@ZERO-ZONE.COM |

**EXHIBIT B**

| NAME | FAX |
|---|---|
| BALLARD SPAHR LLP | 302-252-4466 |
| BALLARD SPAHR LLP | 602-798-5595 |
| BALLARD SPAHR LLP | 702-471-7070 |
| BIELLI & KLAUDER | 302-397-2557 |
| CHAPMAN AND CUTLER LLP | 312-701-2361 |
| CHAPMAN AND CUTLER LLP | 312-701-2361 |
| CHRISTIAN & SMALL LLP | 205-328-7234 |
| CONNOLLY GALLAGHER LLP | 302-757-7299 |
| CWB HOLDINGS, INC. | 720-744-0245 |
| DELAWARE STATE TREASURY | 302-739-2274 |
| DIAMOND MCCARTHY LLP | 212-430-5499 |
| ELLIS & WINTERS LLP | 919-865-7010 |
| FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS | 916-329-7435 |
| FIRST SOURCE, LLC | 757-566-5379 |
| FRONTIER NATURAL PRODUCTS | 319-227-7966 |
| GAIA HERBS, INC. | 800-717-1722 |
| GOODWIN PROCTER LLP | 212-355-3333 |
| HISSHO SUSHI | 704-926-2201 |
| HOGAN MCDANIEL | 302-656-7599 |
| HOMESTEAD CREAMERY, INC | 540-721-5808 |
| HUBERT COMPANY | 513-367-8603 |
| HUSSMAN CORPORATION | 704-821-4868 |
| JENNIFER FRANCIS | 941-708-4934 |
| KELLEY DRYE & WARREN LLP | 212-808-7897 |
| LANDIS RATH & COBB LLP | 302-467-4450 |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | 302-792-7420 |
| MCCARRTER & ENGLISH, LLP | 302-984-6399 |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | 216-831-0542 |
| MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | 508-898-1502 |
| MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | 508-791-8502 |
| MORRIS JAMES LLP | 302-571-1750 |
| NUTRACEUTICAL CORPORATION | 800-767-8514 |
| OFFICE OF THE UNITED STATES ATTORNEY | 302-573-6220 |
| OFFICE OF THE UNITED STATES TRUSTEE | 302-573-6497 |
| PEPPER HAMILTON LLP | 302-421-8390 |
| POLSINELLI PC | 302-252-0921 |
| SECRETARY OF STATE | 302-739-5635 |
| SECRETARY OF STATE | 302-739-5635 |
| SIMON PROPERTY GROUP, INC. | 317-263-7901 |
| SMITH, KATZENSTEIN & JENKINS LLP | 302-652-8405 |

| | |
|---|---|
| SOUTHEASTERN PRODUCTS, INC. | 864-235-0775 |
| STEVENS & LEE, P.C. | 610-371-7988 |
| STEVENS & LEE, P.C. | 610-371-7958 |
| SULLIVAN HAZELTINE ALLINSON LLC | 302-428-8195 |
| THOMPSON COBURN LLP | 314-552-7000 |
| TROUTMAN SANDERS LLP | 704-998-4051 |
| UNITED NATURAL FOODS, INC. | 866-284-2288 |
| WOMBLE BOND DICKINSON (US) LLP | 302-252-4330 |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 302-571-1253 |
| ZERO ZONE | 262-392-6420 |