# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EARTH FARE, INC., *et al.*,[1] | ) | Case No. 20-10256 (KBO) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF CHANGE IN CONTACT INFORMATION

The undersigned counsel gives notice of a change of contact information as follows.

Pepper Hamilton LLP has combined with Troutman Sanders LLP.  The new firm name is Troutman Pepper Hamilton Sanders LLP ("Troutman Pepper"), effective July 1, 2020.  While the office address, phone numbers and facsimile numbers for the undersigned Troutman Pepper attorneys have not changed, such attorneys' email addresses have changed as follows:

1. Douglas D. Herrmann -  douglas.herrmann@troutman.com

2. Marcy J. McLaughlin Smith – marcy.smith@troutman.com

Dated:  July 1, 2020  　　　　　　　　　 */s/ Marcy J. McLaughlin Smith*
Wilmington, DE　　　　　　　　　　　　Douglas D. Herrmann (DE No. 4872)
　　　　　　　　　　　　　　　　　　　Marcy J. McLaughlin Smith (DE No. 6184)
　　　　　　　　　　　　　　　　　　　**TROUTMAN PEPPER HAMILTON SANDERS LLP**
　　　　　　　　　　　　　　　　　　　Hercules Plaza, Suite 5100
　　　　　　　　　　　　　　　　　　　1313 N. Market Street, P.O. Box 170
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19899-1709
　　　　　　　　　　　　　　　　　　　Telephone:      (302) 777-6500
　　　　　　　　　　　　　　　　　　　Facsimile:       (302) 421-8390
　　　　　　　　　　　　　　　　　　　E-mail: douglas.herrmann@troutman.com
　　　　　　　　　　　　　　　　　　　E-mail: marcy.smith@troutman.com

　　　　　　　　　　　　　　　　　　　*Counsel for Counsel for Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

#58635258 v1

## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, hereby certify that on the 1st day of July, 2020, I caused the foregoing *Notice of Change of Contact Information* to be served on all parties which have entered their appearance via the Court's CM/ECF electronic filing system.

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith (DE No. 6184)

#58635258 v1