# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EARTH FARE, INC., *et al.*,[1] | ) Case No. 20-10256 (KBO) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Ref. Docket No. 219** |
| | ) |
| | ) **Objection Deadline:** |
| | ) July 24, 2020, at 4:00 p.m. (ET) |

## THIRD STAFFING AND COMPENSATION REPORT OF FTI CONSULTING, INC. FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Debtors and Debtors in Possession |
| Date of retention: | February 26, 2020, *nunc pro tunc* to February 4, 2020 |
| Period for which compensation and reimbursement is sought: | April 1, 2020 through April 30, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $ 62,486.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $ 0.00 |
| Exhibit A: | Summary of FTI Consulting, Inc. Professional Fees by Consultant |
| Exhibit B: | Summary of FTI Consulting, Inc. Fees by Project Activity |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is P.O. Box 1389, Fletcher, North Carolina 28732.

Exhibit C:                          FTI Consulting, Inc. Detailed Time and Fee Statement

FTI Consulting, Inc. ("**FTI**") hereby provides its staffing and compensation report (the "**Staffing and Compensation Report**") for the period of April 1, 2020 through April 30, 2020 (the "**Staffing and Compensation Report Period**") in accordance with that certain *Order Authorizing the Debtors to (I) Employ and Retain FTI Consulting, Inc. to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Charles Goad as Chief Restructuring Officer for the Debtors,* Nunc Pro Tunc *to the Petition Date* [D.I. 219] (the "**Retention Order**").

As set forth in the Staffing and Compensation Report, FTI incurred $62,486.00 in aggregate compensation and $0.00 for actual and necessary expenses during the Staffing and Compensation Report Period.

**WHEREFORE**, pursuant to the Retention Order, FTI hereby submits its Staffing and Compensation Report for the Staffing and Compensation Report Period.

Dated: Charlotte, North Carolina  
       July 6, 2020

FTI CONSULTING, INC.

*/s/ Charles Goad*  
Charles Goad  
Chief Restructuring Officer to the Debtors

**Earth Fare, Inc.,** *et al.*
**Summary of FTI Consulting, Inc. Professional Fees by Consultant**
**for the Period Apr. 1, 2020 Through Apr. 30, 2020**

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Samuel Star | Sr Managing Dir | 1,125 | 0.6 | 675.00 |
| John Strek | Sr Managing Dir | 1,085 | 3.0 | 3,255.00 |
| Charles Goad | Sr Managing Dir | 920 | 34.0 | 31,280.00 |
| Raffi Keuroglian | Sr Consultant | 495 | 48.6 | 24,057.00 |
| Clayton Cavallo | Consultant | 370 | 8.7 | 3,219.00 |
| **Totals** | | | **94.9** | **62,486.00** |

*Exhibit A*

*Page 1 of 1*

**Earth Fare, Inc., *et al.***
**Summary of FTI Consulting, Inc. Fees by Project Activity**
**for the Period Apr. 1, 2020 Through Apr. 30, 2020**

### Business Operations

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Raffi Keuroglian | Sr Consultant | 495 | 6.4 | 3,168.00 |
| Charles Goad | Sr Managing Dir | 920 | 1.5 | 1,380.00 |
| | Activity Total | | 7.9 | $ 4,548.00 |

### Cash, Liquidity Analysis & DIP Financing

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Charles Goad | Sr Managing Dir | 920 | 9.5 | 8,740.00 |
| Raffi Keuroglian | Sr Consultant | 495 | 19.9 | 9,850.50 |
| | Activity Total | | 29.4 | $ 18,590.50 |

### Claims Analysis

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Raffi Keuroglian | Sr Consultant | 495 | 20.4 | 10,098.00 |
| | Activity Total | | 20.4 | $ 10,098.00 |

### Communications with Stakeholders and Their Advisors

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Raffi Keuroglian | Sr Consultant | 495 | 0.7 | 346.50 |
| Charles Goad | Sr Managing Dir | 920 | 4.5 | 4,140.00 |
| | Activity Total | | 5.2 | $ 4,486.50 |

### Creditors' Committee Matters

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Charles Goad | Sr Managing Dir | 920 | 12.5 | 11,500.00 |
| | Activity Total | | 12.5 | $ 11,500.00 |

### Employment and Fee Applications

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Clayton Cavallo | Consultant | 370 | 8.7 | 3,219.00 |
| | Activity Total | | 8.7 | $ 3,219.00 |

### General Duties and Case Administration

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Raffi Keuroglian | Sr Consultant | 495 | 1.2 | 594.00 |
| John Strek | Sr Managing Dir | 1,085 | 3.0 | 3,255.00 |
| | Activity Total | | 4.2 | $ 3,849.00 |

**Earth Fare, Inc.,** *et al.*
**Summary of FTI Consulting, Inc. Fees by Project Activity**
**for the Period Apr. 1, 2020 Through Apr. 30, 2020**

**Plan of Reorganization/Liquidation**

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Charles Goad | Sr Managing Dir | 920 | 6.0 | 5,520.00 |
| Samuel Star | Sr Managing Dir | 1,125 | 0.6 | 675.00 |
| | **Activity Total** | | **6.6** | **$ 6,195.00** |

**Earth Fare, Inc.,** *et al.*
**FTI Consulting, Inc. Detailed Time and Fee**
**Statement for the Period Apr. 1, 2020 Through**
**Apr. 30, 2020**

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Business Operations** | | | | | |
| 4/14/20 | Raffi Keuroglian | 495 | 0.50 | $ 247.50 | Call with C. Goad (FTI) to discuss latest case updates |
| 4/14/20 | Charles Goad | 920 | 0.50 | $ 460.00 | Call with R. Keuroglian (FTI) to discuss latest case updates |
| 4/14/20 | Raffi Keuroglian | 495 | 1.50 | $ 742.50 | Summarizing payroll disbursement data and compiling output for comparison |
| 4/14/20 | Raffi Keuroglian | 495 | 1.00 | $ 495.00 | Reviewing payroll data in company file for comparison to forecast |
| 4/16/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Call with S. Greecher (YC), R. Keurglian (FTI) and board members for update call |
| 4/16/20 | Raffi Keuroglian | 495 | 0.70 | $ 346.50 | Call with S. Greecher (YC), C. Goad (FTI) and board members for update call |
| 4/22/20 | Raffi Keuroglian | 495 | 0.70 | $ 346.50 | Board update call |
| 4/24/20 | Raffi Keuroglian | 495 | 1.00 | $ 495.00 | Compiling summary of GOB proceeds for status conference |
| 4/28/20 | Raffi Keuroglian | 495 | 1.00 | $ 495.00 | Call with C. Goad (FTI) and M. Harvey (EF) to discuss cash flow and preference analysis |

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Cash, Liquidity Analysis & DIP Financing** | | | | | |
| 4/1/20 | Charles Goad | 920 | 3.00 | $ 2,760.00 | Updates on cash and liquidity forecasting and collecting aged deposits and other Matters; review of draft fee statement |
| 4/2/20 | Raffi Keuroglian | 495 | 1.80 | $ 891.00 | Updating cash collateral forecast and incorporating latest timing of proceeds |
| 4/2/20 | Raffi Keuroglian | 495 | 0.50 | $ 247.50 | Discussing cash collateral update with C. Goad (FTI) |
| 4/2/20 | Raffi Keuroglian | 495 | 0.60 | $ 297.00 | Incorporating changes to forecast per responses from YC |
| 4/2/20 | Charles Goad | 920 | 3.00 | $ 2,760.00 | Review of cash flows and waterfall analysis 2 Email communication regarding questions from UCC 1 |
| 4/6/20 | Raffi Keuroglian | 495 | 0.80 | $ 396.00 | Reviewing comments to latest cash flow forecast and response |
| 4/10/20 | Raffi Keuroglian | 495 | 1.50 | $ 742.50 | Updating cash forecast for latest detail |
| 4/15/20 | Raffi Keuroglian | 495 | 1.50 | $ 742.50 | Updating cash forecast for latest detail |
| 4/15/20 | Raffi Keuroglian | 495 | 1.00 | $ 495.00 | Call with C. Goad (FT) and M. Harvey (EF) to discuss payroll |
| 4/15/20 | Raffi Keuroglian | 495 | 0.50 | $ 247.50 | Call with C. Goad (FTI) to discuss forecast and variances |
| 4/15/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Call with R. Keuroglian (FTI) to discuss latest case updates |
| 4/16/20 | Raffi Keuroglian | 495 | 1.50 | $ 742.50 | Updating cash forecast for latest detail |
| 4/16/20 | Raffi Keuroglian | 495 | 1.00 | $ 495.00 | Updating waterfall to review various settlement scenarios |
| 4/16/20 | Raffi Keuroglian | 495 | 0.50 | $ 247.50 | Reviewing questions on forecast and summarizing responses |
| 4/17/20 | Charles Goad | 920 | 0.50 | $ 460.00 | Call with R. Keuroglian (FTI) to discuss latest case updates |
| 4/17/20 | Raffi Keuroglian | 495 | 2.00 | $ 990.00 | Incorporating changes to waterfall per discussion |
| 4/17/20 | Raffi Keuroglian | 495 | 0.50 | $ 247.50 | Call with C. Goad (FTI) to discuss changes to waterfall |
| 4/17/20 | Raffi Keuroglian | 495 | 0.50 | $ 247.50 | Summarizing changes to cash flow |
| 4/17/20 | Charles Goad | 920 | 2.00 | $ 1,840.00 | Restructuring committee update call, review of updated cash flows, email communication with YCST and discussions on UCC and plan related matters |
| 4/27/20 | Raffi Keuroglian | 495 | 2.00 | $ 990.00 | Updating cash collateral forecast for latest week of actuals |
| 4/28/20 | Raffi Keuroglian | 495 | 1.50 | $ 742.50 | Updating cash collateral forecast and waterfall per latest assumptions |
| 4/28/20 | Raffi Keuroglian | 495 | 2.20 | $ 1,089.00 | Reviewing bank reconciliations to compare with cash flow forecast |

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Claims Analysis** | | | | | |
| 4/2/20 | Raffi Keuroglian | 495 | 0.60 | $ 297.00 | Updating latest 503(b)(9) estimate |

*Exhibit C*     *Page 1 of 3*

**Earth Fare, Inc., *et al*.**
**FTI Consulting, Inc. Detailed Time and Fee**
**Statement for the Period Apr. 1, 2020 Through**
**Apr. 30, 2020**

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| 4/17/20 | Raffi Keuroglian | 495 | 1.00 | $ 495.00 | Reviewing priority tax claims against list of disbursements |
| 4/20/20 | Raffi Keuroglian | 495 | 2.00 | $ 990.00 | Compiling summary of payments to large vendors in 90 days before filing |
| 4/20/20 | Raffi Keuroglian | 495 | 1.50 | $ 742.50 | Reviewing historical and current AP balances for various vendors |
| 4/21/20 | Raffi Keuroglian | 495 | 2.00 | $ 990.00 | Update to preference analysis file |
| 4/22/20 | Raffi Keuroglian | 495 | 1.00 | $ 495.00 | Reviewing history of payment to respond to question from counsel |
| 4/22/20 | Raffi Keuroglian | 495 | 1.00 | $ 495.00 | Updating preference analysis |
| 4/24/20 | Raffi Keuroglian | 495 | 2.00 | $ 990.00 | Updating waterfall for latest assumptions for payoffs |
| 4/28/20 | Raffi Keuroglian | 495 | 1.10 | $ 544.50 | Analysis of historical payments to large vendors for preference analysis |
| 4/29/20 | Raffi Keuroglian | 495 | 0.80 | $ 396.00 | Call with C. Goad (FTI) to discuss cash flow and preference analysis |
| 4/29/20 | Raffi Keuroglian | 495 | 2.10 | $ 1,039.50 | Reconciling cash flow with bank statements |
| 4/29/20 | Raffi Keuroglian | 495 | 2.40 | $ 1,188.00 | Completing analysis of payments to major vendors for preference analysis |
| 4/29/20 | Raffi Keuroglian | 495 | 1.40 | $ 693.00 | Updating cash flow per latest update from company |
| 4/30/20 | Raffi Keuroglian | 495 | 1.50 | $ 742.50 | Finalizing preference analysis and summarizing output |

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Communications with Stakeholders and Their Advisors** | | | | | |
| 4/3/20 | Charles Goad | 920 | 0.50 | $ 460.00 | All hands call with UCC, lenders advisors to discuss a potential POR and settlement of remaining open items |
| 4/3/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Call with M. Harvey (EF) and S. Greecher (YCST) to discuss sale of assets to DJ3 and questions on transitional steps |
| 4/9/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Update call with restructuring committee |
| 4/13/20 | Raffi Keuroglian | 495 | 0.70 | $ 346.50 | Call with S. Greecher (YC), M. Harvey (EF), and advisors to UCC and lenders to discuss plan of liquidation |
| 4/22/20 | Charles Goad | 920 | 1.00 | $ 920.00 | RC meeting |
| 4/29/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Call with R. Keuroglian (FTI) on negotiations between UCC and lenders, update to RC committee |

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Creditors' Committee Matters** | | | | | |
| 4/6/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Responding to requests for information from the UCC |
| 4/14/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Review of minutes to be provided at request of committee |
| 4/20/20 | Charles Goad | 920 | 2.50 | $ 2,300.00 | Review of draft preference analysis and email to UCC re: same |
| 4/21/20 | Charles Goad | 920 | 2.00 | $ 1,840.00 | Review of detailed AP analysis for UNFI and Inland |
| 4/22/20 | Charles Goad | 920 | 3.00 | $ 2,760.00 | Preparation and review of high level preference and fraudulent transfer analysis |
| 4/23/20 | Charles Goad | 920 | 2.00 | $ 1,840.00 | TC with committee to discuss POR discussions and information requested. Associated information prepared and provided |
| 4/27/20 | Charles Goad | 920 | 1.00 | $ 920.00 | TC with S. Star (FTI) to discuss negotiations status between UCC and lenders |

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Employment and Fee Applications** | | | | | |
| 4/1/20 | Clayton Cavallo | 370 | 5.00 | $ 1,850.00 | February Fee App |
| 4/2/20 | Clayton Cavallo | 370 | 3.70 | $ 1,369.00 | March Fee App |

Exhibit C                                                                                                                              Page 2 of 3

**Earth Fare, Inc., *et al*.**
**FTI Consulting, Inc. Detailed Time and Fee**
**Statement for the Period Apr. 1, 2020 Through**
**Apr. 30, 2020**

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: General Duties and Case Administration** | | | | | |
| 4/1/20 | Raffi Keuroglian | 495 | 1.20 | $ 594.00 | Reviewing and compiling staffing summary |
| 4/9/20 | John Strek | 1,085 | 1.00 | $ 1,085.00 | Earth Fare – 1.0 hour (1.0 hour Call with Restructuring Committee to review wind-down performance) |
| 4/16/20 | John Strek | 1,085 | 1.00 | $ 1,085.00 | Earth Fare – 1.0 hour (1.0 hour Call with Restructuring Committee to review wind-down performance) |
| 4/18/20 | John Strek | 1,085 | 1.00 | $ 1,085.00 | Earth Fare - 1.0 hour (Review of Restructuring Alternatives) |

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Plan of Reorganization/Liquidation** | | | | | |
| 4/8/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Discussions with S. Greecher (YCST), both email and TC, regarding plan of reorganization planning |
| 4/13/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Plan discussion with parties in interest |
| 4/23/20 | Charles Goad | 920 | 1.00 | $ 920.00 | TC with R. Kuehn (CM) to discuss POR settlement discussions and 503b9 claims |
| 4/24/20 | Charles Goad | 920 | 2.00 | $ 1,840.00 | Email and analysis regarding POR negotiations |
| 4/26/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Email communication with S. Star (FTI) regarding POR planning and next steps |
| 4/26/20 | Samuel Star | 1,125 | 0.60 | $ 675.00 | Evaluate related settlement positions for bank lenders and administrative creditor. |

*Exhibit C*    *Page 3 of 3*