# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EARTH FARE, INC., *et al.*,[1] | Case No. 20-10256 (KBO) |
| Debtors. | Jointly Administered |
| | **Ref. Docket No. 219** |
| | <u>**Objection Deadline:**</u><br>**July 24, 2020, at 4:00 p.m. (ET)** |

## NOTICE OF FILING OF THIRD STAFFING AND COMPENSATION REPORT OF FTI CONSULTING, INC. FOR THE PERIOD APRIL 1, 2020 THROUGH APRIL 30, 2020

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order, Pursuant to 11 U.S.C. §§ 105(a) and 363(b), Authorizing the Debtors to (I) Employ and Retain FTI Consulting, Inc. to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Charles Goad as Chief Restructuring Officer for the Debtors,* Nunc Pro Tunc *to the Petition Date* [D.I. 219] (the "**Retention Order**"), FTI Consulting, Inc. ("**FTI**") has filed its staffing and compensation report for the period of April 1, 2020 through and including April 30, 2020 (the "**Staffing and Compensation Report**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing and Compensation Report (each, an "**Objection**") must be made in accordance with the Retention Order and must be filed and served upon the undersigned counsel so as to be received on or before **July 24, 2020, at 4:00 p.m. (ET)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that all compensation and staffing included in the Staffing and Compensation Report shall be subject to review by the Court and, in the event an Objection is filed and remains unresolved by agreement of the objecting party, the Debtors, and FTI, (i) all rights of the objecting party, the Debtors, and FTI are reserved and (ii) the Debtors shall deduct an amount equal to the unresolved amount objected to from the next payment to FTI for fees and expenses incurred in connection with FTI's engagement under the Retention Order until such Objection is resolved, either by agreement of the objecting party, the Debtors, and FTI or by order of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is P.O. Box 1389, Fletcher, North Carolina 28732.

**PLEASE TAKE FURTHER NOTICE** that, subject to any Objections as set forth above and in the Retention Order, the Debtors are authorized, but not directed, to pay, in the ordinary course of business, in accordance with the Retention Order, all amounts invoiced by FTI for fees and expenses incurred in connection with FTI's engagement under the Retention Order.

Dated:  July 6, 2020
       Wilmington, Delaware

/s/ Allison S. Mielke
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean T. Greecher (No. 4484)
Ian J. Bambrick (No. 5455)
Allison Mielke (No. 5934)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
EF@ycst.com

*Counsel to the Debtors and Debtors in Possession*