# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EARTH FARE, INC., *et al.*,[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 20-10256 (KBO)<br><br>(Jointly Administered)<br><br>**Objection Deadline: August 5, 2020 at 4:00 p.m. (ET)** |

## NOTICE OF FIFTH MONTHLY FEE APPLICATION

TO:   (I) THE DEBTORS; (II) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (III) COUNSEL TO THE COMMITTEE; AND (IV) COUNSEL TO THE DEBTORS' PREPETITION LENDERS

**PLEASE TAKE NOTICE** that the *Fifth Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from June 1, 2020 Through and Including June 30, 2020* (the "**Application**") has been filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Application seeks allowance of interim fees in the amount of $26,116.00 and interim expenses in the amount of $136.26.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application, if any, are required to be filed on or before **August 5, 2020 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801. You must also serve any such objection so as to be received by the following on or before the Objection Deadline: (i) Earth Fare, Inc., 220 Continuum Drive, Fletcher, NC 28732 (Attn: Mindy Harvey); (ii) counsel to the Debtors, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 (Attn.: M. Blake Cleary); (iii) counsel to the Prepetition Revolving Loan Lender, Chapman and Cutler LLP, 111 West Monroe Street, Chicago, IL 60603-4080 (Attn.: Stephen R. Tetro II); (iv) counsel to the Official Committee of Unsecured Creditors Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899 (Attn: Bradford J. Sandler);  and (v) the U.S. Trustee, 855 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn: Jane M. Leamy).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

26777570.1

**PLEASE TAKE FURTHER NOTICE** THAT, PURSUANT TO THE *ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS* [DOCKET NO. 222], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF THE REQUESTED FEES AND 100% OF THE REQUESTED EXPENSES WITHOUT FURTHER ORDER OF THE COURT.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES WILL A HEARING BE HELD ON THE APPLICATION.

Dated: July 16, 2020　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
　　　　Wilmington, Delaware

*/s/ M. Blake Cleary*
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean T. Greecher (No. 4484)
Ian J. Bambrick (No. 5455)
Allison S. Mielke (No. 5934)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
EF@ycst.com

*Counsel to the Debtors
and Debtors in Possession*