# **EXHIBIT A**

26777570.1

# YOUNG CONAWAY STARGATT & TAYLOR, LLP

RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600  
(800) 253-2234 (DE ONLY)

TAX I.D. NO. 51-0082644

(302) 571-1253 FAX
www.ycst.com

Writer's Direct Dial
(302) 571-6707

Writer's E-Mail
pmorgan@ycst.com

Earth Fare, Inc.  
220 Continuum Drive  
Fletcher, NC 28732

Invoice Date: July 15, 2020  
Invoice Number: 50016539  
Matter Number: 100312.1001

**Re: Debtor Representation**  
**Billing Period Through June 30, 2020**

**CURRENT INVOICE**

| | | |
|---|---|---|
| Professional Services | $ | 26,116.00 |
| Disbursements | $ | 136.26 |
| **Total Due** | **$** | **26,252.26** |

Page Number 1

| Earth Fare, Inc. | | Invoice Date: | July 15, 2020 |
|---|---|---|---|
| | | Invoice Number: | 50016539 |
| | | Matter Number: | 100312.1001 |

**Time Detail**

**Task Code:**   B001   Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/09/20 | SREIL | Emails with M. Doss re: draft motion to convert | 0.20 | 525.00 | 105.00 |
| 06/09/20 | MDOSS | Draft motion to convert | 0.60 | 375.00 | 225.00 |
| 06/09/20 | MDOSS | Emails with S. Greecher and S. Reil re: motion to convert | 0.30 | 375.00 | 112.50 |
| 06/09/20 | SGREE | Emails to/from M. Doss re: preparation of draft motion to convert | 0.20 | 715.00 | 143.00 |
| | | **Total** | **1.30** | | **585.50** |

**Task Code:**   B002   Court Hearings

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/08/20 | BWALT | Circulate transcript of status conference | 0.10 | 305.00 | 30.50 |
| 06/26/20 | BWALT | Prepare and file certification of counsel for 7/28/20 omnibus hearing and upload order | 0.40 | 305.00 | 122.00 |
| 06/26/20 | BWALT | Email from court re: 7/28/20 omnibus hearing date | 0.10 | 305.00 | 30.50 |
| 06/26/20 | SGREE | Review/execute certification of counsel re: hearing date (.1); emails with B. Walters re: same (.1) | 0.20 | 715.00 | 143.00 |
| | | **Total** | **0.80** | | **326.00** |

**Task Code:**   B003   Cash Collateral/DIP Financing

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/20 | SGREE | Multiple emails to/from S. Tetro/FTI/client re: cash collateral budget reconciliation (.5); review documents/correspondence re: same (.2); emails with FTI/board re: updates on process (.2) | 0.90 | 715.00 | 643.50 |
| 06/05/20 | SGREE | Emails to/from counsel to lenders/client re: payment of lender fees | 0.30 | 715.00 | 214.50 |
| | | **Total** | **1.20** | | **858.00** |

| | | Earth Fare, Inc. | Invoice Date: | July 15, 2020 |
|---|---|---|---|---|
| | | | Invoice Number: | 50016539 |
| | | | Matter Number: | 100312.1001 |

**Task Code:** B004    Schedules & Statements, U.S. Trustee Reports

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/20 | AMIEL | Emails with S. Reil re: monthly operating report | 0.10 | 490.00 | 49.00 |
| 06/01/20 | SREIL | Review and provide comments to draft monthly operating report | 0.30 | 525.00 | 157.50 |
| 06/02/20 | SGREE | Review documents/correspondence re: draft May monthly operating report | 0.30 | 715.00 | 214.50 |
| 06/03/20 | AMIEL | Emails with S. Reil and client re: comments to monthly operating report | 0.10 | 490.00 | 49.00 |
| 06/03/20 | SREIL | Review and reply to emails from company re: monthly operating report | 0.20 | 525.00 | 105.00 |
| 06/04/20 | AMIEL | Emails with YCST and client re: monthly operating report | 0.20 | 490.00 | 98.00 |
| 06/04/20 | SGREE | Review documents/correspondence (.2); emails to/from client re: monthly operating report data (.2) | 0.40 | 715.00 | 286.00 |
| 06/05/20 | SREIL | Emails with company and D. Willis re: monthly operating report | 0.10 | 525.00 | 52.50 |
| 06/08/20 | AMIEL | Emails with S. Reil and M. Harvey re: monthly operating report | 0.10 | 490.00 | 49.00 |
| 06/08/20 | SREIL | Emails with company re: monthly operating report | 0.10 | 525.00 | 52.50 |
| 06/12/20 | SREIL | Email with M. Harvey re: monthly operating report | 0.10 | 525.00 | 52.50 |
| 06/15/20 | SGREE | Emails to/from client/S. Reil re: May monthly operating report comments | 0.30 | 715.00 | 214.50 |
| 06/15/20 | SREIL | Call with M. Harvey re: monthly operating report (.2); emails with S. Greecher re: same (.1); review and coordinate filing of same (.3) | 0.60 | 525.00 | 315.00 |
| 06/15/20 | BWALT | Email from/to S. Reil; file monthly operating report for May and email to the UST | 0.20 | 305.00 | 61.00 |
| | | **Total** | **3.10** | | **1,756.00** |

**Task Code:** B005    Lease/Executory Contract Issues

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/11/20 | BWALT | Forward correspondence from E. Dechant to S. Greecher, S. Reil, A. Mielke, and M. Doss re: rejected lease | 0.10 | 305.00 | 30.50 |
| 06/11/20 | SREIL | Emails with M. Doss, S. Greecher and counsel for a certain landlord re: rent | 0.20 | 525.00 | 105.00 |

| | | | Invoice Date: | July 15, 2020 |
|---|---|---|---|---|
| Earth Fare, Inc. | | | Invoice Number: | 50016539 |
| | | | Matter Number: | 100312.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/11/20 | MDOSS | Emails with S. Reil, client and landlord's counsel re: security deposit | 0.20 | 375.00 | 75.00 |
| 06/12/20 | SREIL | Emails with M. Harvey and M. Doss re: stipulation re: landlord claim | 0.10 | 525.00 | 52.50 |
| 06/15/20 | MDOSS | Draft stipulation and order re: rent set off | 1.00 | 375.00 | 375.00 |
| 06/16/20 | MDOSS | Draft stipulation and order re: rent set-off | 0.80 | 375.00 | 300.00 |
| 06/16/20 | MDOSS | Emails with S. Reil, S. Greecher, client, and landlord's counsel re: rent set-off stipulation and order | 0.60 | 375.00 | 225.00 |
| 06/27/20 | SGREE | Review documents/correspondence re: lease termination documentation | 0.20 | 715.00 | 143.00 |
| 06/29/20 | MDOSS | Emails with S. Reil and landlord's counsel re: rent set-off stipulation and order | 0.20 | 375.00 | 75.00 |
| 06/29/20 | SREIL | Email from counsel to landlord and to M. Doss re: stipulation | 0.10 | 525.00 | 52.50 |
| | | **Total** | **3.50** | | **1,433.50** |

**Task Code:**     B006     Use, Sale or Lease of Property (363 issues)

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/09/20 | MDOSS | Research and emails with S. Reil re: sale of closed store | 0.40 | 375.00 | 150.00 |
| 06/10/20 | SGREE | Emails to/from DJ3 re: IP registration request | 0.20 | 715.00 | 143.00 |
| 06/10/20 | MDOSS | Call with individual interested in purchasing store location | 0.10 | 375.00 | 37.50 |
| 06/15/20 | SGREE | Emails to/from counsel to RGOP/client re: execution of lease termination document | 0.20 | 715.00 | 143.00 |
| 06/17/20 | SGREE | Call/emails with counsel to DJ3 re: IP assignment agreement issues | 0.50 | 715.00 | 357.50 |
| 06/17/20 | SREIL | Emails with company and counsel to interested party re: document request | 0.30 | 525.00 | 157.50 |
| 06/18/20 | SGREE | Emails to/from counsel to RGOP/M. Harvey re: execution of release per lease termination agreement | 0.20 | 715.00 | 143.00 |
| 06/19/20 | SGREE | Emails to/from counsel to Gator/client re: question on inventory sold | 0.20 | 715.00 | 143.00 |
| 06/19/20 | SGREE | Review IP assignment agreement (.4); emails with C. Goad re: same (.2) | 0.60 | 715.00 | 429.00 |

| Earth Fare, Inc. | | | Invoice Date: | | July 15, 2020 |
| --- | --- | --- | --- | --- | --- |
| | | | Invoice Number: | | 50016539 |
| | | | Matter Number: | | 100312.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/22/20 | SGREE | Emails to/from client/counsel to Gainesville landlord re: equipment in property | 0.40 | 715.00 | 286.00 |
| 06/23/20 | SGREE | Emails to/from FTI/counsel to DJ3 re: IP assignment agreement execution | 0.20 | 715.00 | 143.00 |
| | | **Total** | **3.30** | | **2,132.50** |

**Task Code:**   B007   Claims Analysis, Objections and Resolutions

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/01/20 | MDOSS | Emails with client, S. Greecher, and 503(b)(9) claimant re: asserted claim | 0.20 | 375.00 | 75.00 |
| 06/02/20 | SGREE | Emails to/from counsel to Piedmont Graphics re: 503(b)(9) claim | 0.20 | 715.00 | 143.00 |
| 06/03/20 | MDOSS | Emails with S. Reil and client re: invoice received for client | 0.30 | 375.00 | 112.50 |
| 06/03/20 | MDOSS | Emails with client and 503(b)(9) claimant re: analysis of 503(b)(9) claim | 0.20 | 375.00 | 75.00 |
| 06/03/20 | SGREE | Review documents/correspondence re: Piedmont 503(b)(9) claim | 0.20 | 715.00 | 143.00 |
| 06/05/20 | MDOSS | Emails with client re: analysis of 503(b)(9) claim | 0.20 | 375.00 | 75.00 |
| 06/08/20 | SREIL | Emails with claims agent re: claims register | 0.10 | 525.00 | 52.50 |
| 06/08/20 | MDOSS | Emails with S. Reil, client and vendor re: invoice received for prepetition services | 0.30 | 375.00 | 112.50 |
| 06/08/20 | MDOSS | Emails with client and 503(b)(9) claimant re: analysis of 503(b)(9) claim | 0.20 | 375.00 | 75.00 |
| 06/09/20 | BWALT | Email from/to Locknet re: deadline to file proof of claim | 0.10 | 305.00 | 30.50 |
| 06/09/20 | SREIL | Reply to emails from M. Doss re: 503(b)(9) claims | 0.20 | 525.00 | 105.00 |
| 06/09/20 | MDOSS | Draft 503(b)(9) order re: Piedmont Graphics | 1.00 | 375.00 | 375.00 |
| 06/09/20 | MDOSS | Emails with S. Greecher and S. Reil re: 503(b)(9) order re: Piedmont Graphics | 0.10 | 375.00 | 37.50 |
| 06/09/20 | SGREE | Emails to/from M. Doss/counsel to claimant re: 503(b)(9) claim reconciliation (.3); review proposed order re: same (.1) | 0.40 | 715.00 | 286.00 |
| 06/10/20 | SGREE | Emails to/from A. Mielke/client re: Ohio workers' comp claim reconciliation | 0.20 | 715.00 | 143.00 |
| 06/10/20 | MDOSS | Emails with client and 503(b)(9) claimant re: analysis of 503(b)(9) claim | 0.20 | 375.00 | 75.00 |

| | | Earth Fare, Inc. | Invoice Date: | | July 15, 2020 |
|---|---|---|---|---|---|
| | | | Invoice Number: | | 50016539 |
| | | | Matter Number: | | 100312.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/10/20 | MDOSS | Emails with vendor re: invoice received for prepetition services | 0.20 | 375.00 | 75.00 |
| 06/11/20 | SGREE | Emails to/from counsel to HQ landlord/S. Reil re: claim reconciliation | 0.30 | 715.00 | 214.50 |
| 06/11/20 | MDOSS | Emails and call with S. Reil re: invoice received for prepetition services | 0.30 | 375.00 | 112.50 |
| 06/11/20 | MDOSS | Call and emails with vendor re: invoice received for prepetition services | 0.50 | 375.00 | 187.50 |
| 06/12/20 | MDOSS | Emails with S. Greecher, S. Reil, Piedmont Graphics, lenders' counsel, and the committee's counsel re: 503(b)(9) order re: Piedmont Graphics | 0.60 | 375.00 | 225.00 |
| 06/15/20 | MDOSS | Emails with vendor re: invoice received for prepetition services | 0.20 | 375.00 | 75.00 |
| 06/16/20 | SGREE | Review draft certification/order re: HQ security deposit set-off (.2); emails with M. Doss re: same (.2) | 0.40 | 715.00 | 286.00 |
| 06/16/20 | SREIL | Review stipulation, proposed order, and related certification of counsel re: setoff (.5); emails with M. Doss re: same (.1) | 0.60 | 525.00 | 315.00 |
| 06/19/20 | SGREE | Multiple emails to/from FTI/client re: 503(b)(9) analysis (.4); review documents/correspondence re: same (.3); emails with counsel to committee re: same (.2) | 0.90 | 715.00 | 643.50 |
| 06/19/20 | MDOSS | Emails with S. Greecher, S. Reil, and Epiq re: bar date notices | 0.20 | 375.00 | 75.00 |
| 06/23/20 | MDOSS | Emails and calls with S. Greecher, S. Reil, Piedmont Graphics, lenders' counsel, and the committee's counsel re: 503(b)(9) order re: Piedmont Graphics | 0.50 | 375.00 | 187.50 |
| 06/23/20 | SREIL | Emails with M. Doss re: personal injury claimant | 0.10 | 525.00 | 52.50 |
| 06/23/20 | SREIL | Emails with M. Doss and S. Greecher 503(b)(9) claim (.2) and review reconciliation and back-up documentation re: same (.4) | 0.60 | 525.00 | 315.00 |
| 06/24/20 | SREIL | Emails with M. Doss re: personal injury claim | 0.10 | 525.00 | 52.50 |
| 06/24/20 | MDOSS | Emails with S. Greecher, S. Reil, FTI, and company re: 503(b)(9) order re: Piedmont Graphics | 0.20 | 375.00 | 75.00 |
| 06/24/20 | SGREE | Emails to/from M. Doss/S. Reil re: Piedmont 503(b)(9) claim | 0.20 | 715.00 | 143.00 |
| 06/25/20 | SGREE | Call/emails with Georgia Air re: prepetition claim | 0.30 | 715.00 | 214.50 |

| Earth Fare, Inc. | | | Invoice Date: | | July 15, 2020 |
| --- | --- | --- | --- | --- | --- |
| | | | Invoice Number: | | 50016539 |
| | | | Matter Number: | | 100312.1001 |

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/25/20 | SREIL | Call with insurer re: litigation claims | 0.20 | 525.00 | 105.00 |
| 06/27/20 | SGREE | Review draft pleadings re: claims bar date (.2); email M. Doss re: same (.2) | 0.40 | 715.00 | 286.00 |
| 06/29/20 | MDOSS | Revise bar date motion | 2.50 | 375.00 | 937.50 |
| 06/29/20 | MDOSS | Emails with S. Greecher, S. Reil, Piedmont Graphics, and client re: 503(b)(9) order re: Piedmont Graphics | 0.10 | 375.00 | 37.50 |
| 06/30/20 | SGREE | Emails to/from counsel to committee/FTI re: PACA/PASA claim payments (.3); review documents/correspondence re: same (.2) | 0.50 | 715.00 | 357.50 |
| 06/30/20 | SGREE | Review/comment on draft bar date motion (.5); emails with M. Doss/client/FTI re: same (.2) | 0.70 | 715.00 | 500.50 |
| 06/30/20 | SGREE | Emails to/from M. Doss re: Piedmont Graphics 503(b)(9) reconciliation | 0.20 | 715.00 | 143.00 |
| 06/30/20 | MDOSS | Emails with S. Reil, S. Greecher, client, and Piedmont Graphics re: 503(b)(9) order re: Piedmont Graphics | 0.50 | 375.00 | 187.50 |
| | | **Total** | **15.40** | | **7,719.00** |

**Task Code:**     B009     Stay Relief Matters

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/16/20 | MDOSS | Emails and call with S. Reil re: plaintiff's request for stay relief | 0.20 | 375.00 | 75.00 |
| 06/19/20 | SGREE | Review Jones stay relief motion (.2); emails with M. Doss re: same (.1) | 0.30 | 715.00 | 214.50 |
| 06/19/20 | AMIEL | Emails with M. Doss and S. Greecher re: relief from stay | 0.10 | 490.00 | 49.00 |
| 06/19/20 | BWALT | Update docket, circulate motion for stay relief (Jones) | 0.20 | 305.00 | 61.00 |
| 06/22/20 | SGREE | Email M. Doss re: Florida personal injury stay relief request | 0.20 | 715.00 | 143.00 |
| 06/22/20 | MDOSS | Call with counsel for personal injury plaintiff re: stay relief stipulation/order | 0.20 | 375.00 | 75.00 |
| 06/23/20 | MDOSS | Emails with S. Reil, company, and FTI re: stay relief stipulations and orders | 0.30 | 375.00 | 112.50 |
| 06/23/20 | AMIEL | Emails with creditor's counsel re: utility payment | 0.10 | 490.00 | 49.00 |
| 06/23/20 | MDOSS | Emails and call with S. Reil and plaintiffs' counsel re: stay relief stipulation and agreed order | 0.50 | 375.00 | 187.50 |
| 06/23/20 | MDOSS | Draft stay relief stipulations and order | 0.20 | 375.00 | 75.00 |

Earth Fare, Inc.                                Invoice Date:        July 15, 2020
                                                Invoice Number:         50016539
                                                Matter Number:        100312.1001

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/24/20 | MDOSS | Emails with S. Reil and plaintiffs' counsel re: stay relief stipulation and agreed order | 0.30 | 375.00 | 112.50 |
| 06/24/20 | MDOSS | Draft stay relief stipulations and orders | 0.70 | 375.00 | 262.50 |
| | | **Total** | **3.30** | | **1,416.50** |

**Task Code:**   B011       Other Adversary Proceedings

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/09/20 | BWALT | Prepare suggestion of bankruptcy in Hernstrom case (Circuit court, Orange County, Florida) and email to M. Doss | 0.90 | 305.00 | 274.50 |
| 06/10/20 | SGREE | Review/execute suggestion of bankruptcy re: Florida litigation filed | 0.10 | 715.00 | 71.50 |
| 06/10/20 | MDOSS | Revise suggestion of bankruptcy | 0.20 | 375.00 | 75.00 |
| 06/10/20 | MDOSS | Emails with S. Greecher, S. Reil, and B. Walters re: legal action and suggestion of bankruptcy | 0.20 | 375.00 | 75.00 |
| 06/11/20 | BWALT | Email and regular mail the suggestion of bankruptcy to Hernstrom counsel (Circuit court, Orange County Florida) | 0.20 | 305.00 | 61.00 |
| 06/12/20 | BWALT | Email from/to J. Bleakley re: notice of suggestion of bankruptcy | 0.10 | 305.00 | 30.50 |
| 06/12/20 | BWALT | Telephone call from J. Bleakley re: stay relief (Hernstrom) and email to S. Greecher, and M. Doss re: same | 0.20 | 305.00 | 61.00 |
| 06/12/20 | SREIL | Emails with S. Greecher and M. Harvey re: document request | 0.20 | 525.00 | 105.00 |
| 06/16/20 | MDOSS | Emails with S. Reil and B. Walters re: suggestion of bankruptcy | 0.20 | 375.00 | 75.00 |
| 06/19/20 | MDOSS | Emails with S. Reil and B. Walters re: suggestion of bankruptcy | 0.10 | 375.00 | 37.50 |
| 06/23/20 | MDOSS | Emails with S. Reil and B. Walters re: suggestion of bankruptcy | 0.10 | 375.00 | 37.50 |
| 06/24/20 | BWALT | Draft suggestion of bankruptcy for O'Rouke (OH Summit County) and emails with M. Doss | 1.20 | 305.00 | 366.00 |
| 06/24/20 | MDOSS | Emails with B. Walters and S. Reil re: suggestion of bankruptcy | 0.30 | 375.00 | 112.50 |
| | | **Total** | **4.00** | | **1,382.00** |

| Earth Fare, Inc. | | | Invoice Date: | | July 15, 2020 |
| --- | --- | --- | --- | --- | --- |
| | | | Invoice Number: | | 50016539 |
| | | | Matter Number: | | 100312.1001 |

**Task Code:**   B012   Plan and Disclosure Statement

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/02/20 | SGREE | Call with counsel to committee re: status of settlement discussions | 0.20 | 715.00 | 143.00 |
| 06/04/20 | SGREE | Emails to/from C. Goad re: status of negotiations (.2); call with S. Tetro re: same (.1) | 0.30 | 715.00 | 214.50 |
| 06/05/20 | SGREE | Emails to/from counsel to lenders/FTI re: plan negotiations/waterfall analysis | 0.30 | 715.00 | 214.50 |
| 06/08/20 | SGREE | Emails to/from C. Goad (.2) and counsel to lenders (.1) re: plan/waterfall issues | 0.30 | 715.00 | 214.50 |
| 06/12/20 | SGREE | Emails to/from client/counsel to lenders re: update on plan negotiations | 0.40 | 715.00 | 286.00 |
| 06/15/20 | SGREE | Emails to/from board member re: update on process | 0.20 | 715.00 | 143.00 |
| 06/19/20 | SGREE | Call with counsel to committee re: plan negotiation (.2); call with counsel to lenders (.2); emails with client/FTI/M. Doss re: same (.4); emails with S. Panagos re: same (.2) | 1.00 | 715.00 | 715.00 |
| 06/26/20 | SGREE | Emails to/from client (.2) and call with counsel to committee (.2) re: updates on plan negotiations; call re: same (.5) | 0.90 | 715.00 | 643.50 |
| 06/30/20 | SGREE | Review draft waterfall/plan budget (.2); emails to/from FTI re: same (.3); emails to/from counsel to lenders/UCC re: same (.4) | 0.90 | 715.00 | 643.50 |
| | | **Total** | **4.50** | | **3,217.50** |

**Task Code:**   B013   Creditor Inquiries

| Date | Initials | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 06/01/20 | BWALT | Forward correspondence from Mountain Xpress to S. Greecher and M. Doss | 0.10 | 305.00 | 30.50 |
| 06/03/20 | SREIL | Emails with M. Doss re: creditor inquiry | 0.10 | 525.00 | 52.50 |
| 06/11/20 | SREIL | Call with M. Doss re: creditor inquiry | 0.10 | 525.00 | 52.50 |
| 06/16/20 | SREIL | Call with M. Doss re: creditor inquiry | 0.10 | 525.00 | 52.50 |
| 06/19/20 | SREIL | Emails with M. Doss re: creditor inquiry | 0.10 | 525.00 | 52.50 |
| 06/23/20 | SREIL | Calls with M. Doss re: creditor inquiries | 0.20 | 525.00 | 105.00 |
| 06/24/20 | BWALT | Telephone call from M. Blagdon re: address change and email to claims agent | 0.20 | 305.00 | 61.00 |
| 06/26/20 | BWALT | Email from H. Kuhl re: case status | 0.10 | 305.00 | 30.50 |

| Earth Fare, Inc. | | | Invoice Date: | | July 15, 2020 |
| | | | Invoice Number: | | 50016539 |
| | | | Matter Number: | | 100312.1001 |

|  |  |  | **Total** | **1.00** |  | **437.00** |

**Task Code:**  B014  General Corporate Matters

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 06/15/20 | SGREE | Review draft restructuring committee minutes | 0.20 | 715.00 | 143.00 |
| 06/17/20 | SREIL | Review emails from company/insurer re: insurance matters | 0.10 | 525.00 | 52.50 |
|  |  | **Total** | **0.30** |  | **195.50** |

**Task Code:**  B015  Employee Matters

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 06/10/20 | AMIEL | Emails with creditor re: workers compensation policy payments (.1); emails with YCST team and client re: same (.1) | 0.20 | 490.00 | 98.00 |
| 06/12/20 | SGREE | Review documents (.2); emails to/from M. Harvey re: response to subpoena for employee records (.2) | 0.40 | 715.00 | 286.00 |
|  |  | **Total** | **0.60** |  | **384.00** |

**Task Code:**  B017  Retention of Professionals/Fee Issues

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 06/03/20 | MROMA | File YCST's third monthly fee application for April 2020 | 0.30 | 295.00 | 88.50 |
| 06/03/20 | SGREE | Review/coordinate filing/service of YCST April fee application | 0.30 | 715.00 | 214.50 |
| 06/03/20 | BWALT | Coordinate service of YCST's third monthly fee application | 0.10 | 305.00 | 30.50 |
| 06/10/20 | SREIL | Review Epiq fee application and emails with M. Doss and Epiq re: same | 0.20 | 525.00 | 105.00 |
| 06/10/20 | AMIEL | Emails with YCST team and R. Amporfro re: fee application | 0.10 | 490.00 | 49.00 |
| 06/10/20 | MDOSS | Emails with S. Reil, B. Walters and Epiq re: Epiq fee application | 0.30 | 375.00 | 112.50 |
| 06/10/20 | MDOSS | Review and provide comments on Epiq fee application | 0.60 | 375.00 | 225.00 |
| 06/11/20 | BWALT | Emails with M. Doss, finalize for filing and coordinate service of Epiq's first monthly fee application | 0.40 | 305.00 | 122.00 |
| 06/11/20 | MDOSS | Revise and coordinating filing of Epiq fee application | 0.80 | 375.00 | 300.00 |

| | | | | | |
|---|---|---|---|---|---|
| Earth Fare, Inc. | | | Invoice Date: | | July 15, 2020 |
| | | | Invoice Number: | | 50016539 |
| | | | Matter Number: | | 100312.1001 |

| **Date** | **Initials** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 06/18/20 | SGREE | Emails to/from counsel to committee/M. Harvey re: member expense reimbursement | 0.30 | 715.00 | 214.50 |
| 06/23/20 | SGREE | Emails to/from C. Goad re: Alvarez & Marsal fee application/payments (.2); review docket re: same (.1) | 0.20 | 715.00 | 143.00 |
| 06/24/20 | BWALT | Emails with M. Girello, and S. Greecher re: first interim fee request of debtor's professionals | 0.20 | 305.00 | 61.00 |
| 06/24/20 | MGIRE | Confer with B. Walters re: assistance in preparing debtors' professionals' first interim fee request (.1); review interim compensation procedures order (.1); review docket as to debtors' professionals' monthly fee applications filed (.1) and draft debtors' professionals' first interim fee request (.6) | 0.90 | 305.00 | 274.50 |
| 06/24/20 | SGREE | Emails to/from B. Walters re: interim fee application/hearing issues | 0.20 | 715.00 | 143.00 |
| 06/25/20 | BWALT | File certificate of no objection for YCST fee application (.2); and update debtors' first interim fee request (.2) | 0.40 | 305.00 | 122.00 |
| 06/25/20 | SGREE | Review draft interim fee application | 0.20 | 715.00 | 143.00 |
| 06/25/20 | SGREE | Review/execute certificate of no objection re: YCST May fee application (.1); emails with B. Walters re: same (.1) | 0.20 | 715.00 | 143.00 |
| 06/26/20 | BWALT | Email from court re: hearing date for interim fees and email to S. Greecher re: review and authorization to file debtors' first interim fee request (.3); Finalize for filing and coordinate service of debtors' first interim fee request (.3) | 0.60 | 305.00 | 183.00 |
| 06/26/20 | SGREE | Review/execute interim fee application (.2); emails to/from B. Walters re: same (.2) | 0.40 | 715.00 | 286.00 |
| | | **Total** | **6.70** | | **2,960.00** |

| Earth Fare, Inc. | | Invoice Date: | July 15, 2020 |
| | | Invoice Number: | 50016539 |
| | | Matter Number: | 100312.1001 |

**Task Code:**    B018        Fee Application Preparation

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/03/20 | MROMA | Draft YCST's third monthly fee application for April 2020; send to B. Cleary and S. Greecher for review/sign off for filing | 1.10 | 295.00 | 324.50 |
| 06/15/20 | SGREE | Review YCST May fee application for privilege/accuracy/compliance with local rules (.3); emails with M. Romano re: same (.1) | 0.40 | 715.00 | 286.00 |
| 06/30/20 | MROMA | Draft YCST's fourth monthly fee application for May 2020 | 0.90 | 295.00 | 265.50 |
| 06/30/20 | SGREE | Emails to/from M. Romano re: YCST May fee application preparation | 0.20 | 715.00 | 143.00 |
| | | **Total** | **2.60** | | **1,019.00** |

**Task Code:**    B020        Utility Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/16/20 | AMIEL | Emails with client (.1) and opposing counsel (.1) re: utility payments | 0.20 | 490.00 | 98.00 |
| 06/18/20 | AMIEL | Emails with client and opposing counsel re: utility payment | 0.10 | 490.00 | 49.00 |
| 06/24/20 | AMIEL | Emails with creditors' counsel (.1) and client (.1) re: payment of utility claim | 0.20 | 490.00 | 98.00 |
| 06/25/20 | AMIEL | Emails with client re: payment of utility claim | 0.10 | 490.00 | 49.00 |
| | | **Total** | **0.60** | | **294.00** |

**Timekeeper Summary**

| Initials | Name | Timekeeper Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| AMIEL | Allison S. Mielke | Associate | 1.60 | 490.00 | 784.00 |
| BWALT | Brenda Walters | Paralegal | 5.90 | 305.00 | 1,799.50 |
| MDOSS | Malak S. Doss | Associate | 17.90 | 375.00 | 6,712.50 |
| MROMA | Melissa Romano | Paralegal | 2.30 | 295.00 | 678.50 |
| MGIRE | Michael Girello | Paralegal | 0.90 | 305.00 | 274.50 |
| SGREE | Sean T. Greecher | Partner | 18.30 | 715.00 | 13,084.50 |
| SREIL | Shane M. Reil | Associate | 5.30 | 525.00 | 2,782.50 |
| **Total** | | | **52.20** | | **$26,116.00** |

| Earth Fare, Inc. | | Invoice Date: | July 15, 2020 |
| --- | --- | --- | --- |
| | | Invoice Number: | 50016539 |
| | | Matter Number: | 100312.1001 |

**Task Summary**

**Task Code:B001**          **Case Administration**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Sean T. Greecher | Partner | 0.20 | 715.00 | 143.00 |
| Malak S. Doss | Associate | 0.90 | 375.00 | 337.50 |
| Shane M. Reil | Associate | 0.20 | 525.00 | 105.00 |
| **Total** | | **1.30** | | **585.50** |

**Task Code:B002**          **Court Hearings**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Sean T. Greecher | Partner | 0.20 | 715.00 | 143.00 |
| Brenda Walters | Paralegal | 0.60 | 305.00 | 183.00 |
| **Total** | | **0.80** | | **326.00** |

**Task Code:B003**          **Cash Collateral/DIP Financing**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Sean T. Greecher | Partner | 1.20 | 715.00 | 858.00 |
| **Total** | | **1.20** | | **858.00** |

**Task Code:B004**          **Schedules & Statements, U.S. Trustee Reports**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Sean T. Greecher | Partner | 1.00 | 715.00 | 715.00 |
| Allison S. Mielke | Associate | 0.50 | 490.00 | 245.00 |
| Shane M. Reil | Associate | 1.40 | 525.00 | 735.00 |
| Brenda Walters | Paralegal | 0.20 | 305.00 | 61.00 |
| **Total** | | **3.10** | | **1,756.00** |

**Task Code:B005**          **Lease/Executory Contract Issues**

| Name | Timekeeper Title | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| Sean T. Greecher | Partner | 0.20 | 715.00 | 143.00 |
| Malak S. Doss | Associate | 2.80 | 375.00 | 1,050.00 |
| Shane M. Reil | Associate | 0.40 | 525.00 | 210.00 |
| Brenda Walters | Paralegal | 0.10 | 305.00 | 30.50 |
| **Total** | | **3.50** | | **1,433.50** |

| Earth Fare, Inc. | | Invoice Date: | July 15, 2020 |
| --- | --- | --- | --- |
| | | Invoice Number: | 50016539 |
| | | Matter Number: | 100312.1001 |

**Task Code:B006**    **Use, Sale or Lease of Property (363 issues)**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| Sean T. Greecher | Partner | 2.50 | 715.00 | 1,787.50 |
| Malak S. Doss | Associate | 0.50 | 375.00 | 187.50 |
| Shane M. Reil | Associate | 0.30 | 525.00 | 157.50 |
| **Total** | | **3.30** | | **2,132.50** |

**Task Code:B007**    **Claims Analysis, Objections and Resolutions**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| Sean T. Greecher | Partner | 4.90 | 715.00 | 3,503.50 |
| Malak S. Doss | Associate | 8.50 | 375.00 | 3,187.50 |
| Shane M. Reil | Associate | 1.90 | 525.00 | 997.50 |
| Brenda Walters | Paralegal | 0.10 | 305.00 | 30.50 |
| **Total** | | **15.40** | | **7,719.00** |

**Task Code:B009**    **Stay Relief Matters**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| Sean T. Greecher | Partner | 0.50 | 715.00 | 357.50 |
| Allison S. Mielke | Associate | 0.20 | 490.00 | 98.00 |
| Malak S. Doss | Associate | 2.40 | 375.00 | 900.00 |
| Brenda Walters | Paralegal | 0.20 | 305.00 | 61.00 |
| **Total** | | **3.30** | | **1,416.50** |

**Task Code:B011**    **Other Adversary Proceedings**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| Sean T. Greecher | Partner | 0.10 | 715.00 | 71.50 |
| Malak S. Doss | Associate | 1.10 | 375.00 | 412.50 |
| Shane M. Reil | Associate | 0.20 | 525.00 | 105.00 |
| Brenda Walters | Paralegal | 2.60 | 305.00 | 793.00 |
| **Total** | | **4.00** | | **1,382.00** |

**Task Code:B012**    **Plan and Disclosure Statement**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| Sean T. Greecher | Partner | 4.50 | 715.00 | 3,217.50 |
| **Total** | | **4.50** | | **3,217.50** |

**Task Code:B013**    **Creditor Inquiries**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- | --- |
| Shane M. Reil | Associate | 0.60 | 525.00 | 315.00 |
| Brenda Walters | Paralegal | 0.40 | 305.00 | 122.00 |

| Earth Fare, Inc. | | Invoice Date: | July 15, 2020 |
| | | Invoice Number: | 50016539 |
| | | Matter Number: | 100312.1001 |

**Task Code:B013**      **Creditor Inquiries**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| **Total** | | **1.00** | | **437.00** |

**Task Code:B014**      **General Corporate Matters**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| Sean T. Greecher | Partner | 0.20 | 715.00 | 143.00 |
| Shane M. Reil | Associate | 0.10 | 525.00 | 52.50 |
| **Total** | | **0.30** | | **195.50** |

**Task Code:B015**      **Employee Matters**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| Sean T. Greecher | Partner | 0.40 | 715.00 | 286.00 |
| Allison S. Mielke | Associate | 0.20 | 490.00 | 98.00 |
| **Total** | | **0.60** | | **384.00** |

**Task Code:B017**      **Retention of Professionals/Fee Issues**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| Sean T. Greecher | Partner | 1.80 | 715.00 | 1,287.00 |
| Allison S. Mielke | Associate | 0.10 | 490.00 | 49.00 |
| Malak S. Doss | Associate | 1.70 | 375.00 | 637.50 |
| Shane M. Reil | Associate | 0.20 | 525.00 | 105.00 |
| Brenda Walters | Paralegal | 1.70 | 305.00 | 518.50 |
| Melissa Romano | Paralegal | 0.30 | 295.00 | 88.50 |
| Michael Girello | Paralegal | 0.90 | 305.00 | 274.50 |
| **Total** | | **6.70** | | **2,960.00** |

**Task Code:B018**      **Fee Application Preparation**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| Sean T. Greecher | Partner | 0.60 | 715.00 | 429.00 |
| Melissa Romano | Paralegal | 2.00 | 295.00 | 590.00 |
| **Total** | | **2.60** | | **1,019.00** |

**Task Code:B020**      **Utility Services**

| **Name** | **Timekeeper Title** | **Hours** | **Rate** | **Amount** |
|---|---|---:|---:|---:|
| Allison S. Mielke | Associate | 0.60 | 490.00 | 294.00 |
| **Total** | | **0.60** | | **294.00** |