# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| EARTH FARE, INC., *et al.*,[1] | ) Case No. 20-10256 (KBO) ) |
| Debtors. | ) (Jointly Administered) ) |
| | ) **Ref. Docket No 424** |

## NOTICE OF WITHDRAWAL OF DOCKET NO. 424

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws the *Fifth Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from June 1, 2020 Through and Including June 30, 2020* filed at Docket No. 424. An incorrect image was inadvertently uploaded.

Dated: July 16, 2020     YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

*/s/ M. Blake Cleary*
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean T. Greecher (No. 4484)
Ian J. Bambrick (No. 5455)
Shane M. Reil (No. 6195)
Allison S. Mielke (No. 5934)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
EF@ycst.com

*Counsel to the Debtors and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.