IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EARTH FARE, INC., *et al.*,[1] | ) | Case No. 20-10256 (KBO) |
| | ) | |
| Debtors. | ) | (Joint Administered) |
| | ) | |
| | ) | **Ref Docket Nos. 398** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 3, 2020, I caused to be served the "Summary of Third Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the period from April 1, 2020," to which was attached the "Third Monthly Application of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses incurred for the period of April 1, 2020 Through and Including April 30, 2020," dated June 3, 2020 [Docket 398], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Geoff Zahm*
                                                       Geoff Zahm

Sworn to before me this
22nd day of June, 2020
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

**EXHIBIT A**

Earth Fare Inc
Case No. 20-10256 (KBO)

**EFI FEE APP DI 398 06-03-2020**

EARTH FARE, INC.
ATTN: MINDY HARVEY
220 CONTINUUM DRIVE
FLETCHER, NC 28732

**EFI FEE APP DI 398 06-03-2020**

YOUNG CONAWAY STARGATT & TAYLOR, LLP
ATTN.: M. BLAKE CLEARY
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE 19801

**EFI FEE APP DI 398 06-03-2020**

CHAPMAN AND CUTLER LLP
ATTN.: STEPHEN R. TETRO II
111 WEST MONROE STREET
CHICAGO, IL 60603-4080

**EFI FEE APP DI 398 06-03-2020**

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JANE M. LEAMY
855 KING STREET, SUITE 2207
LOCKBOX 35,
WILMINGTON, DE 19801

**EFI FEE APP DI 398 06-03-2020**

PACHULSKI STANG ZIEHL &JONES LLP
ATTN.: BRADFORD J. SANDLER, ROBERT J. FEINSTEIN,
COLIN R. ROBINSON
919 N. MARKET STREET, 17T" FLOOR
WILMINGTON, DE 19801