# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EARTH FARE, INC., *et al.*,[1] | ) Case No. 20-10256 (KBO) |
| | ) |
| Debtors. | ) (Joint Administered) |
| | ) |
| | ) **Ref Docket Nos. 418 and 419** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 6, 2020, I caused to be served the:

   a. "Notice of Filing of Second Staffing and Compensation Report of FTI Consulting, Inc. for the Period March 1, 2020 Through March 31, 2020," dated July 6, 2020, [Docket No. 418],

   b. "Notice of Filing of Third Staffing and Compensation Report of FTI Consulting, Inc. for the Period April 1, 2020 Through April 30, 2020," dated July 6, 2020, [Docket No. 419],

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first overnight mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

-2-

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*  
Geoff Zahm

Sworn to before me this  
10th day of July, 2020  
*/s/ Regina Amporfro*  
Notary Public, State of New York  
No. 01AM6064508  
Qualified in Bronx County  
Commission Expires September 24, 2021

# EXHIBIT A

| | |
|---|---|
| EFI_DI418, 419_7-6-2020<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: BRADFORD J. SANDLER, ROBERT J. FEINSTEIN, COLIN R. ROBINSON<br>919 N. MARKET STREET, 17TH FLOOR<br>WILMINGTON, DE 19801 | EFI_DI418, 419_7-6-2020<br><br>OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: JANE LEAMY<br>844 KING ST, STE 2207<br>LOCK BOX 35<br>WILIMINGTON, DE 19801 |