IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 20-10256 (KBO) |
| EARTH FARE, INC., *et al.*,[1] | ) <br> ) (Jointly Administered) |
| Debtors. | ) <br> ) **Re: Docket No. 414** |

**CERTIFICATE OF NO OBJECTION**
**REGARDING DOCKET NO. 414**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Fourth Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from May 1, 2020 through May 31, 2020* **[**Docket No. 414**]** (the "Application") filed on July 1, 2020. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m. (ET) on July 21, 2020.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* entered on February 26, 2020 [Docket No. 222], the Debtors are now authorized to pay 80% ($28,075.60) of requested fees ($35,094.50) and 100% of requested expenses ($14.50) on an interim basis without further Court order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

26695480.1

Dated: July 22, 2020  
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean T. Greecher*  
Pauline K. Morgan (No. 3650)  
M. Blake Cleary (No. 3614)  
Sean T. Greecher (No. 4484)  
Shane M. Reil (No. 6195)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
EF@ycst.com

*Counsel to the Debtors and Debtors in Possession*