# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EARTH FARE, INC., *et al.*,[1] | Case No. 20-10256 (KBO) |
| | (Jointly Administered) |
| Debtors. | **Related to Docket No. 455** |

## CERTIFICATE OF SERVICE

I, Kenneth A. Listwak, hereby certify that on August 3, 2020, a true and correct copy of the *Notice of Revised Proposed Order Granting Gourmet Foods International's Request for Payment of Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(9)* [Docket No. 455] was served by email upon the parties set forth on the attached service list; and all ECF participants registered in this case were served electronically on the date of filing through the court's ECF system at their respective email addresses registered with the court.

Dated: August 4, 2020
Wilmington, Delaware

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Kenneth A. Listwak*
David M. Fournier (DE No. 2812)
Kenneth A. Listwak (DE No. 6300)
Hercules Plaza, Suite 5100
1313 N. Market Street,
P.O. Box 1709
Wilmington, Delaware 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Email: david.fournier@troutman.com
Email: kenneth.listwak@troutman.com

*Counsel for Russell McCall's, Inc.*
*d/b/a Gourmet Foods International*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

108914365.2

Case 20-10256-KBO    Doc 456    Filed 08/04/20    Page 2 of 3

Earth Fare Inc., et al.  Case No. 20-10256 (KBO) Rule 2002 Service List
for 8.3.20 Service of DI 455

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|---|
| ADPLEX, INC. | KEN SCHWERTNER | 2981 MAPLE BRANCH DR | | | HIGH POINT | NC | 27265-8223 | KSCHWERTNER@ADPLEX.COM |
| ALBERT'S | CHRISTOPHER DIBELLO | PO BOX 877 | | | SWEDESBORO | NJ | 08085 | CDIBELLO@UNFI.COM |
| AMEX | CELIA COULOMBE | PO BOX 981535 | | | EL PASO | TX | 79998-1535 | CELIA.COULOMBE@AEXP.COM |
| BAIRD MANDALAS BROCKSTEDT, LLC | (COUNSEL FOR WESTGATE LAND UNIT 4, LLC) | ATTN STEPHEN W. SPENCE, ESQUIRE | 1413 SAVANNAH ROAD, SUITE 1 | | LEWES | DE | 19958 | SWS@BMBDE.COM |
| BALLARD SPAHR LLP | COUNSEL TO MDC COASTAL 12, LLC | LESLIE C HEILMAN & LAUREL D ROGLEN, ESQS. | 919 N MARKET ST., 11TH FLOOR | | WILMINGTON | DE | 19801-3034 | heilmanl@ballardspahr.com; roglenl@ballardspahr.com |
| BALLARD SPAHR LLP | COUNSEL TO MDC COASTAL 12, LLC | CRAIG SOLOMON GANZ, ESQ. | E. WASHINGTON STREET, SUITE 2300 | | PHOENIX | AZ | 85004 | ganzc@ballardspahr.com |
| BALLARD SPAHR LLP | COUNSEL TO MDC COASTAL 12, LLC | STACY H. RUBIN, ESQ. | ONE SUMMERLIN | 1980 FESTIVAL PLAZA DRIVE, SUITE 900 | LAS VEGAS | NV | 89135 | rubins@ballardspahr.com |
| BIELLI & KLAUDER | (COUNSEL TO FERNCROFT MORRISON LLC, SEMINOLE, NADG/BLACKFIN PARTNERS (LAKE NONA) LP, AND LAKEWOOD RANCH OWNER, L.P.) | ATTN DAVID M. KLAUDER, ESQ. | 1204 N. KING STREET | | WILMINGTON | DE | 19801 | DKLAUDER@BK-LEGAL.COM |
| BREIT MP EP II LLC | PO BOX 27627 | | | | SAN DIEGO | CA | 92198-1627 | PATTYR@STARPOINTPROPERTIES.COM |
| BUNZL DISTRIBUTION SOUTHEAST, LLC | BRIAN BARRETT | PO BOX 402337 | | | ATLANTA | GA | 30384-8940 | BRIAN.BARRETT@BUNZLUSA.COM; KAREN.MARTIN@BUNZLUSA.COM |
| CHAPMAN AND CUTLER LLP | (COUNSEL TO DEBTORS PREPETITION LENDERS) | ATTN: STEPHEN R. TETRO II, ESQ. | 111 WEST MONROE STREET | | CHICAGO | IL | 60603-4080 | STETRO@CHAPMAN.COM |
| CHAPMAN AND CUTLER LLP | (COUNSEL TO FIFTH THIRD BANK) | ATTN STEPHEN R. TETRO II, AARON M. KRIEGER | 111 WEST MONROE STREET | | CHICAGO | IL | 60603 | STETRO@CHAPMAN.COM AKRIEGER@CHAPMAN.COM |
| CHIPMAN BROWN CICERO & COLE, LLP | (COUNSEL FOR RGOP 2, LLC AND STEELE CREEK (1997), LLC) | ATTN: MARK L. DESGROSSEILLIERS | HERCULES PLAZA | 1313 NORTH MARKET STREET, SUITE 5400 | WILMINGTON | DE | 19801 | DESGROSS@CHIPMANBROWN.COM |
| CHRISTIAN & SMALL LLP | (COUNSEL FOR RECS FLINT'S CROSSING LLC) | ATTN DANIEL D. SPARKS, ESQ. | 505 NORTH 20TH STREET | SUITE 1800 | BIRMINGHAM | AL | 35203-2696 | DDSPARKS@CSATTORNEYS.COM |
| CONNOLLY GALLAGHER LLP | (COUNSEL TO IRC WESTGATE, LLC) | ATTN: KAREN C. BIFFERATO, KELLY M. CONLAN | 1201 N. MARKET STREET, 20TH FLOOR | | WILMINGTON | DE | 19801 | KBIFFERATO@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM |
| COOCH AND TAYLOR P.A. | (COUNSEL TO DOMICOR L.L.C.) | ATTN ROBERT W. PEDIGO, ESQ, R. GRANT DICK IV, ESQ | THE NEMOURS BUILDING | 1007 N. ORANGE STREET, SUITE 1120 | WILMINGTON | DE | 19801 | RPEDIGO@COOCHTAYLOR.COM; GDICK@COOCHTAYLOR.COM |
| CROSSET COMPANY, CINCINNATI | GREG KURKJIAN | PO BOX 932305 | | | CLEVELAND | OH | 44193 | TSLAUGHTER@CASTELLINICOMPANY.COM; MSAYLOR@CROSSET.COM; CROSSETACCOUNTING@CROSSET.COM |
| CWB HOLDINGS, INC. | DARRIN WALVOORD | 1720 S. BELLAIR ST. | #600 | | DENVER | CO | 80222 | DARRIN.WALVOORD@CHARLOTTESWEB.COM |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 | | | | DOVER | DE | 19904 | STATETREASURER@STATE.DE.US |
| DIAMOND MCCARTHY LLP | (COUNSEL TO PANGEA-CDS, INC.) | ATTN: KATHY BAZOIAN PHELPS | 295 MADISON AVENUE, 27TH FLOOR | | NEW YORK | NY | 10017 | KPHELPS@DIAMONDMCCARTHY.COM |
| ELLIS & WINTERS LLP | (COUNSEL FOR HRP RENAISSANCE MARKET, LLC) | ATTN CAMERON T. KIRBY | PO BOX 33550 | | RALEIGH | NC | 27636 | CAM.KIRBY@ELLISWINTERS.COM |
| FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLC | (COUNSEL TO THE MCCLATCHY COMPANY, THE NEWS & OBSERVER, THE CHARLOTTE OBSERVER, THE HERALD, AND THE STATE) | ATTN: PAUL J. PASCUZZI | 500 CAPITOL MALL, SUITE 2250 | | SACRAMENTO | CA | 95814 | PPASCUZZI@FFWPLAW.COM |
| FIRST SOURCE, LLC | AMANDAJO FUCCELLA | 3612 LA GRANGE PARKWAY | | | TOANO | VA | 23168 | AMANDAJO.FUCCELLA@FIRST-SOURCE.COM |
| FRONTIER NATURAL PRODUCTS | MOLLY TRIMBLE | 3021 78TH STREET | | | NORWAY | IA | 52318 | ORDERS@FRONTIERCOOP.COM; ACCOUNTSRECEIVABLE@FRONTIERCOOP.COM; MOLLY.TRIMBLE@FRONTIERCOOP.COM |
| GAIA HERBS, INC. | ANGELA MCELWEE | PO BOX 639306 | | | CINCINNATI | OH | 45263-9306 | CS@GAIAHERBS.COM; MAZ@GAIAHERBS.COM |
| GARDEN OF LIFE, INC | ERIK SCHMITT | 4200 NORTHCORP PARKWAY | SUITE 200 | | PALM BEACH GARD | FL | 33410 | KEYACCOUNTS@GARDENOFLIFE.COM; CNUNEZ@GARDENOFLIFE.COM |
| GEMINI PLACE TOWNE CENTER LLC | ASHLEY SEASLY | C/O COLLIERS INTERNATIONAL | 425 WALNUT ST | | CINCINNATI | OH | 45202 | ASHLEY.SEASLY@COLLIERS.COM; KEITH.SHOUP@COLLIERS.COM; CANDACE.VRADENBURG@COLLIERS.COM |
| GOURMET FOODS INTERNATIONAL | CHRISTOPHER EASTWOOD | 29205 NETWORK PLACE | | | CHICAGO | IL | 60673-1292 | CEASTWOOD@GFIFOODS.COM; JFOSTER@GFIFOODS.COM |
| HAYNES AND BOONE, LLP | (COUNSEL FOR WHOLE FOODS MARKET) | ATTN KENRIC D. KATTNER | 1221 MCKINNEY STREET, SUITE 2100 | | HOUSTON | TX | 77010 | KENRIC.KATTNER@HAYNESBOONE.COM |
| HOGAN MCDANIEL | COUNSEL TO FIRST SOURCE, LLC | DANIEL K HOGAN & DANIEL C KERRICK, ESQS. | 1311 DELAWARE AVENUE, SUITE 1 | | WILMINGTON | DE | 19806 | dkhogan@dkhogan.com |
| HUBERT COMPANY | MARK RUDY | 25401 NETWORK PLACE | | | CHICAGO | IL | 60673-1254 | KSHIRES@HUBERT.COM |
| HUSSMAN CORPORATION | TINA ODONNELL | 26372 NETWORK PLACE | | | CHICAGO | IL | 60673-1263 | TINA.ODONNELL@HUSSMANN.COM |
| INLAND SEAFOOD | DALE BORNE | PO BOX 450669 | | | ATLANTA | GA | 31145 | DALE.BORNE@INLANDSEAFOOD.COM; CARTER.BALL@INLANDSEAFOOD.COM |
| INSTACART | SAGAR SANGHVI | 50 BEALE STREET | SUITE 600 | | SAN FRANCISCO | CA | 94105 | AR@INSTACART.COM |
| JENNIFER FRANCIS | OBO KEN BURTON, JR. | MANATEE COUNTY TAX COLLECTOR | 1001 3RD AVE W, SUITE 240 | | BRADENTON | FL | 34205-7863 | LEGAL@TAXCOLLECTOR.COM |
| KELLEY DRYE & WARREN LLP | (COUNSEL FOR REGENCY CENTERS, L.P.) | ATTN ROBERT L. LEHANE | 101 PARK AVENUE | | NEW YORK | NY | 10178 | RLEHANE@KELLEYDRYE.COM |
| LANDIS RATH & COBB LLP | (COUNSEL FOR UNFI) | ATTN RICHARD S. COBB, ESQ. | ATTN KERRI K. MUMFORD, ESQ. & JENNIFER L. CREE, ESQ. | 919 MARKET STREET, SUITE 1800 | WILMINGTON | DE | 19801 | cobb@lrclaw.com mumford@lrclaw.com cree@lrclaw.com |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | (COUNSEL FOR REGENCY CENTERS, L.P.) | ATTN SUSAN E. KAUFMAN, LLC | 919 NORTH MARKET STREET, SUITE 460 | | WILMINGTON | DE | 19801 | SKAUFMAN@SKAUFMANLAW.COM |
| MCCARRTER & ENGLISH, LLP | (COUNSEL TO ADVANCE ACCEPTANCE) | ATTN WILLIAM F. TAYLOR, JR., ESQ., SHANNON D. | HUMISTON, ESQ. | RENNAISANCE CENTRE | WILMINGTON | DE | 19801 | WTAYLOR@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| MEYERS, ROMAN, FRIEDBERG & LEWIS LPA | (COUNSEL FOR SHOPS OF FAIRLAWN DELAWARE, LLC) | ATTN DAVID M. NEUMANN | 28601 CHAGRIN BLVD., SUITE 600 | | CLEVELAND | OH | 44122 | DNEUMANN@MEYERSROMAN.COM |
| MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | COUNSEL TO GATEWAY ARTHUR, INC. | KATE P FOLEY AND JOSEPH H BALDIGA, ESQS. | 1800 WEST PARK DR., SUITE 400 | | WESTBOROUGH | MA | 01581 | kfoley@mirickoconnell.com; jbaldiga@mirickoconnell.com |
| MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP | COUNSEL TO GATEWAY ARTHUR, INC. | PAUL W CAREY, ESQ. | 100 FRONT STREET | | WORCESTER | MA | 01608 | pcarey@mirickoconnell.com |

Case 20-10256-KBO    Doc 456    Filed 08/04/20    Page 3 of 3

Earth Fare Inc., et al.  Case No. 20-10256 (KBO) Rule 2002 Service List
for 8.3.20 Service of DI 455

| Name | Attn/Counsel | Address 1 | Address 2 | Address 3 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| MORRIS JAMES LLP | (COUNSEL FOR RECS FLINT'S CROSSING LLC) | ATTN CARL. N. KUNZ, III, ESQ. | 500 DELAWARE AVENUE, SUITE 1500 | P.O. BOX 2306 | WILMINGTON | DE | 19899-2306 | CKUNZ@MORRISJAMES.COM |
| NATIONAL WATER SERVICES | ATTN: RAMON LOVATO | 1217 PARKWAY DRIVE, SUITE B | | | SANTA FE | NM | 87592 | ACCOUNTING@FRESHPURE.COM |
| NUTRACEUTICAL CORPORATION | KARA MITCHELL | ATTN: ACCOUNTS RECEIVABLE | P.O. BOX 12850 | | OGDEN | UT | 84412-2850 | KEYACCOUNT@NUTRACORP.COM; CREDITS@NUTRACORP.COM; KARA.MITCHELL@NUTRACORP.COM |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE | HERCULES BUILDING | 1313 N. MARKET STREET, SUITE 400 | | WILMINGTON | DE | 19801 | USADE.PRESS@USDOJ.GOV |
| ONESOURCE MAGAZINE DIST., LLC | THOMAS TARBERT[ | 401 E. 124TH AVE | | | THORNTON | CO | 80241 | ISELAD@ONESOURCEDIST.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | COUNSEL TO THE UNSECURED CREDITORS COMMITTEE | BRADFORD J SANDLER, ROBERT J FEINSTEIN AND COLIN R ROBINSON, ESQS. | 919 N MARKET ST., 17TH FLOOR | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com; rfeinstein@pszjlaw.com; crobinson@pszjlaw.com |
| PANGEA-CDS, INC. | LUNDY SMITH | 1411 W. 190TH STREET | STE. 675 | | GARDENA | CA | 90248 | SEDELMAN@PANGEA-CDS.COM |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ALICE EATON | 1285 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10019-6064 | AEATON@PAULWEISS.COM; BLAVIN@PAULWEISS.COM |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ALICE EATON | 1285 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10019-6064 | AEATON@PAULWEISS.COM;BLAVIN@PAULWEISS.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | (COUNSEL TO HILCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC) | ATTN DOUGLAS D. HERRMAN, MARCY J. MCLAUGHLIN SMITH | HERCULES PLAZA, SUITE 5100 | 1313 N. MARKET STREET | WILMINGTON | DE | 19899-1709 | douglas.herrmann@troutman.com; marcy.smith@troutman.com; |
| PIEDMONT GRAPHICS | ANGIE MELTON | PO BOX 4509 | | | GREENSBORO | NC | 27404-4509 | WMCDEARMON@PIEDMONTGRAPHICS.COM; AMELTON@PIEDMONTGRAPHICS.COM; THAYES@PIEDMONTGRAPHICS.COM |
| POLSINELLI PC | (COUNSEL FOR WHOLE FOODS MARKET) | ATTN CHRISTOPHER A. WARD | 222 DELAWARE AVE, SUITE 1101 | | WILMINGTON | DE | 19801 | CWARD@POLSINELLI.COM |
| RUBIN & LEVIN, P.C. | (COUNSEL FOR ALDI) | ATTN JAMES E. ROSSOW, JR. | 135 N. PENNSYLVANIA ST., SUITE 1400 | | INDIANAPOLIS | IN | 19899 | jim@rubin-levin.net |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS | FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 | CORP@DELAWARE.GOV |
| SECRETARY OF STATE | JOHN G TOWNSEND BLDG | 401 FEDERAL ST | STE 4 | | DOVER | DE | 19901 | CORP@DELAWARE.GOV |
| SHOPCORE PROPERTIES | ATTN: WILLIAM F. MCDONALD III, ESQ. | 10920 VIA FRONTERA, SUITE 220 | | | SAN DIEGO | CA | 92127 | WMCDONALD@SHOPCORE.COM |
| SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER, ESQ. | 225 WEST WASHINGTON STREET | | | INDIANAPOLIS | IN | 46204 | RTUCKER@SIMON.COM |
| SMITH, KATZENSTEIN & JENKINS LLP | (COUNSEL FOR ALDI) | ATTN KATHLEEN M. MILLER | 100 WEST STREET, SUITE 1501 | P.O. BOX 410 | WILMINGTON | DE | 19899 | kmiller@skjlaw.com |
| SOUTHEASTERN PRODUCTS, INC. | ATTN: COLLEEN TEODOSIO | 145 SOUTHCHASE BLVD. | | | FOUNTAIN INN | SC | 29644 | CTEODOSIO@SERETAIL.COM |
| ST. JOHNS PARKWAY LAND TRUST | JIM MCCARTHY | 120 SHOPS BLVD. | | | JACKSONVILLE | FL | 32216 | INFO@NFLT.ORG |
| STEVENS & LEE, P.C. | (COUNSEL TO SKYLAND TOWN CENTRE INVESTORS, LLC, ALVAREZ & MARSAL NORTH AMERICA, LLC) | ATTN DAVID W. GIATTINO | 919 NORTH MARKET STREET, SUITE 1300 | | WILMINGTON | DE | 19801 | DWG@STEVENSLEE.COM |
| STEVENS & LEE, P.C. | (COUNSEL TO ALVAREZ & MARSAL NORTH AMERICA, LLC) | ATTN: ROBERT LAPOWSKY, ESQ. | 620 FREEDOM BUSINESS CENTER, SUITE 200 | | KING OF PRUSSIA | PA | 19406 | RL@STEVENSLEE.COM |
| STORES CONSULTING GROUP | JAMES SWEENEY | 106 BOUND BROOK AVE | | | PISCATAWAY | NJ | 08854 | RMARINO@STORESCONSULTING.COM; JSWEENEY@STORESCONSULTING.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL FOR WASTE MANAGEMENT) | ATTN WILLIAM D. SULLIVAN, ESQ., WILLIAM A. HAZELTINE, ESQ.) | | 901 NORTH MARKET STREET, SUITE 1300 | WILMINGTON | DE | 19801 | WHAZELTINE@SHA-LLC.COM |
| THOMPSON COBURN LLP | (COUNSEL TO BUNZL PARTIES) | ATTN DAVID D. FARRELL, ESQ. | ONE US BANK PLAZA, SUITE 2700 | | ST LOUIS | MO | 63101 | DFARRELL@THOMPSONCOBURN.COM |
| TROUTMAN SANDERS LLP | (COUNSEL TO CRESCENT CCRE LUCERNE VENTURE, LLC) | ATTN: AMY PRITCHARD WILLIAMS | 301 S. COLLEGE STREET, SUITE 3400 | | CHARLOTTE | NC | 28202 | AMY.WILLIAMS@TROUTMAN.COM |
| UNFI | CHRISTOPHER DIBELLO | 1 ALBION RD. STE 101 | | | LINCOLN | RI | 02865 | CDIBELLO@UNFI.COM |
| WICK PHILLIPS | (COUNSEL FOR SEMINOLE, NADG/BLACKFIN PARTNERS, LAKE NONA) LP, LAKEWOOD RANCH OWNER, L.P.) | ATTN JASON RUDD, ESQ. AND LAUREN K. DRAWHORN, ESQ. | 100 THROCKMORTON STREET, SUITE 1500 | | FORT WORTH | TX | 19801 | JASON.RUDD@WICKPHILLIPS.COM LAUREN.DRAWHORN@WICKPHILLIPS.COM |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO FIFTH THIRD BANK) | ATTN MATTHEW P. WARD, MORGAN L. PATTERSON | 1313 NORTH MARKET STREET, SUITE 1200 | | WILMINGTON | DE | 19801 | MATTHEW.WARD@WBD-US.COM MORGAN.PATTERSON@WBD-US.COM |
| ZERO ZONE | JOHN DUIMSTRA | BOX 78067 | | | MILWAUKEE | WI | 53278-0067 | JOHN.DUIMSTRA@ZERO-ZONE.COM |