# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 20-10256 (KBO) |
| EARTH FARE, INC., *et al.*,[1] | ) )  ) (Jointly Administered) |
| Debtors. | ) )  ) **Re: Docket No. 418** |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 418

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Second Staffing and Compensation Report of FTI Consulting, Inc. for the Period from March 1, 2020 through March 31, 2020* [Docket No. 418] (the "Staffing and Compensation Report") filed on July 6, 2020. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Staffing and Compensation Report appears thereon. As was provided in the notice filed and served with the Staffing and Compensation Report, objections to the Staffing and Compensation Report, if any, were required to be filed and served no later than July 24, 2020 at 4:00 p.m. (ET).

Pursuant to the *Order Authorizing the Debtors to (I) Employ and Retain FTI Consulting, Inc. to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel and (II) Designate Charles Goad as Chief Restructuring Officer for the Debtors, Nunc Pro Tunc to the Petition Date* [D.I. 219], the Debtors are authorized, but not directed, to pay to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

26894359.1

FTI Consulting, Inc. all fees and expenses included in the Staffing and Compensation Report without further order of the Court.

| | |
|---|---|
| Dated: August 12, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Sean T. Greecher*<br>Pauline K. Morgan (No. 3650)<br>M. Blake Cleary (No. 3614)<br>Sean T. Greecher (No. 4484)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>EF@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |