**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| EARTH FARE, INC., *et al.*,[1] ) | |
| ) | Case No. 20-10256 (KBO) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |
| ) | **Ref. Docket No. 219** |
| ) | |
| ) | **Objection Deadline:** |
| ) | **September 8, 2020, at 4:00 p.m. (ET)** |

**NOTICE OF FILING OF FOURTH STAFFING AND COMPENSATION
REPORT OF FTI CONSULTING, INC. FOR THE PERIOD
MAY 1, 2020 THROUGH JUNE 30, 2020**

   **PLEASE TAKE NOTICE** that in, accordance with that certain *Order, Pursuant to 11 U.S.C. §§ 105(a) and 363(b), Authorizing the Debtors to (I) Employ and Retain FTI Consulting, Inc. to Provide the Debtors Chief Restructuring Officers and Certain Additional Personnel and (II) Designate Charles Goad as Chief Restructuring Officers for the Debtors,* Nunc Pro Tunc *to the Petition Date* [D.I. 219] (the "**Retention Order**"), FTI Consulting, Inc. ("**FTI**") has filed its staffing and compensation report for the period of May 1, 2020, through and including June 30, 2020 (the "**Staffing and Compensation Report**"), with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

   **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Staffing and Compensation Report (each, an "**Objection**") must be made in accordance with the Retention Order and must be filed and served upon the undersigned counsel so as to be received on or before **September 8, 2020, at 4:00 p.m. (ET)** (the "**Objection Deadline**").

   **PLEASE TAKE FURTHER NOTICE** that all compensation and staffing included in the Staffing and Compensation Report shall be subject to review by the Court and, in the event an Objection is filed and remains unresolved by agreement of the objecting party, the Debtors, and FTI, (i) all rights of the objecting party, the Debtors, and FTI are reserved and (ii) the Debtors shall deduct an amount equal to the unresolved amount objected to from the next payment to FTI for fees and expenses incurred in connection with FTI's engagement under the Retention Order until such Objection is resolved, either by agreement of the objecting party, the Debtors, and FTI or by order of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is P.O. Box 1389, Fletcher, North Carolina 28732.

**PLEASE TAKE FURTHER NOTICE** that, subject to any Objections as set forth above and in the Retention Order, the Debtors are authorized, but not directed, to pay, in the ordinary course of business, in accordance with the Retention Order, all amounts invoiced by FTI for fees and expenses incurred in connection with FTI's engagement under the Retention Order.

Dated: August 18, 2020
       Wilmington, Delaware

/s/ Allison S. Mielke
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean T. Greecher (No. 4484)
Ian J. Bambrick (No. 5455)
Allison Mielke (No. 5934)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
EF@ycst.com

*Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| EARTH FARE, INC., *et al.*,[1] | ) Case No. 20-10256 (KBO) |
|  | ) |
| Debtors. | ) Jointly Administered |
|  | ) |
|  | ) **Ref. Docket No. 219** |
|  | ) |
|  | ) **Objection Deadline:** |
|  | ) **September 8, 2020, at 4:00 p.m. (ET)** |

**FOURTH STAFFING AND COMPENSATION REPORT OF FTI CONSULTING, INC. FOR THE PERIOD May 1, 2020 THROUGH June 30, 2020**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Debtors and Debtors in Possession |
| Date of retention: | February 26, 2020, *nunc pro tunc* to February 4, 2020 |
| Period for which compensation and reimbursement is sought: | May 1, 2020 through June 30, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $ 31,164.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $ 0.00 |
| Exhibit A: | Summary of FTI Consulting, Inc. Professional Fees By Consultant |
| Exhibit B: | Summary of FTI Consulting, Inc. Fees By Project Activity |
| Exhibit C: | FTI Consulting, Inc. Detailed Time and Fee Statement |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is P.O. Box 1389, Fletcher, North Carolina 28732.

FTI Consulting, Inc. ("**FTI**") hereby provides its staffing and compensation report for the period of May 1, 2020 through June 30, 2020 (the "**Fourth Staffing and Compensation Report" and the "Fourth Staffing and Compensation Report Period**," as the context indicates) in accordance with that certain *Order Authorizing the Debtors to (I) Employ and Retain FTI Consulting, Inc. to Provide the Debtors Chief Restructuring Officers and Certain Additional Personnel and (II) Designate Charles Goad as Chief Restructuring Officers for the Debtors,* Nunc Pro Tunc *to the Petition* Date *[D.I. 219] (the "***Retention Order***")*.

As set forth in the Fourth Staffing and Compensation Report, FTI incurred $31,164.00 in aggregate compensation and $0.00 for actual and necessary expenses during the Fourth Staffing and Compensation Report Period.

**WHEREFORE**, pursuant to the Retention Order, FTI hereby submits its Fourth Staffing and Compensation Report for the Fourth Staffing and Compensation Report Period.

| | |
|---|---|
| Dated: Charlotte, NC<br>August 17, 2020 | FTI CONSULTING, INC.<br>Chief Restructuring Officers to the Debtors |
| | */s/Charles Goad*<br>Charles Goad<br>Senior Managing Director<br>214 North Tryon St., Suite 1900<br>Charlotte, NC 28202 |

**Earth Fare, Inc., *et al.***
**Summary of FTI Consulting, Inc. Professional Fees By Consultant**
**For the Period May 1, 2020 Through June 30, 2020**

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Charles Goad | Sr Managing Dir | 920 | 25.0 | 23,000.00 |
| Raffi Keuroglian | Sr Consultant | 495 | 14.4 | 7,128.00 |
| Clayton Cavallo | Consultant | 370 | 2.8 | 1,036.00 |
| **Totals** | | | **42.2** | **$31,164.00** |

*Exhibit A*                                                                 *Page 1 of 1*

**Earth Fare, Inc., et al.**
**Summary of FTI Consulting, Inc. Professional Fees By Activity For the Period May 1, 2020 Through June 30, 2020**

### Attendance at Bankruptcy Court Hearings

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Charles Goad | Sr Managing Dir | 920 | 1.0 | 920.00 |
| | **Activity Total** | | **1.0** | **$920.00** |

### Bankruptcy Reporting

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Charles Goad | Sr Managing Dir | 920 | 1.0 | 920.00 |
| | **Activity Total** | | **1.0** | **$920.00** |

### Cash, Liquidity Analysis & DIP Financing

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Raffi Keuroglian | Sr Consultant | 495 | 11.2 | 5,544.00 |
| Charles Goad | Sr Managing Dir | 920 | 10.5 | 9,660.00 |
| | **Activity Total** | | **21.7** | **$15,204.00** |

### Claims Analysis

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Raffi Keuroglian | Consultant | 495 | 3.2 | 1,584.00 |
| | **Activity Total** | | **3.2** | **$1,584.00** |

### Communications with Stakeholders and Their Advisors

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Charles Goad | Sr Managing Dir | 920 | 8.5 | 7,820.00 |
| | **Activity Total** | | **8.5** | **$7,820.00** |

**Earth Fare, Inc., et al.**
**Summary of FTI Consulting, Inc. Professional Fees By**
**Activity For the Period May 1, 2020 Through June 30, 2020**

### Creditors' Committee Matters

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Charles Goad | Sr Managing Dir | 920 | 1.0 | 920.00 |
| | **Activity Total** | | **1.0** | **$920.0** |

### Employment and Fee Applications

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Charles Goad | Sr Managing Dir | 920 | 1.0 | 920.00 |
| Clayton Cavallo | Consultant | 370 | 2.8 | 1,036.00 |
| | **Activity Total** | | **3.8** | **$1,956.00** |

### Preference Analysis

| Consultant | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Charles Goad | Sr Managing Dir | 920 | 2.0 | 1,840.00 |
| | **Activity Total** | | **2.0** | **$1,840.00** |

**Earth Fare, Inc., et al.**
**FTI Consulting, Inc. Detailed Time and Fee Statement For**
**the Period May 1, 2020 Through June 30, 2020**

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Attendance at Bankruptcy Court Hearings** | | | | | |
| 5/27/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Status hearing and follow up call with S. Greecher (YCST) |

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Bankruptcy Reporting** | | | | | |
| 6/3/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Review of MOR |

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Cash, Liquidity Analysis & DIP Financing** | | | | | |
| 5/4/20 | Raffi Keuroglian | 495 | 1.50 | $ 742.50 | Updating weekly cash flow for latest data from company |
| 5/7/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Review of liquidity and cash flows |
| 5/15/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Review of cash flows and email communication with counsel regarding status update |
| 5/22/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Review of updated budget and related correspondence with counsel |
| 5/22/20 | Raffi Keuroglian | 495 | 1.30 | $ 643.50 | Updating cash forecast for latest week |
| 5/27/20 | Raffi Keuroglian | 495 | 1.60 | $ 792.00 | Updating cash flow forecast for potential extention |
| 5/27/20 | Raffi Keuroglian | 495 | 0.50 | $ 247.50 | Call with M. Harvey (EF) to discuss forecast |
| 5/27/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Review of updated budget scenarios |
| 6/4/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Email communication with S. Panagos and M. Harvey (both EF) regarding monthly board fees and cash flows |
| 6/5/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Review of updated cash collateral budget and associated email with working group |
| 6/5/20 | Raffi Keuroglian | 495 | 1.60 | $ 792.00 | Updating cash flow and waterfall |
| 6/8/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Review of updated cash flows and waterfall and related email communication with working group |
| 6/26/20 | Charles Goad | 920 | 0.50 | $ 460.00 | Update call and email communication with M. Harvey (EF), S. Greecher (YC), and R. Keuroglian (FTI) to discuss updated budget and next steps |
| 6/26/20 | Raffi Keuroglian | 495 | 0.50 | $ 247.50 | Call with S. Greecher (YC), C. Goad (FTI), and M. Harvey (EF) to discuss extended budget |
| 6/26/20 | Raffi Keuroglian | 495 | 1.10 | $ 544.50 | Updating cash collateral budget through end of year |
| 6/29/20 | Raffi Keuroglian | 495 | 0.50 | $ 247.50 | Call with M. Harvey (EF) to discuss wind down budget |
| 6/29/20 | Raffi Keuroglian | 495 | 1.50 | $ 742.50 | Updating cash collateral budget and wind down forecast |
| 6/29/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Review of revised budget |
| 6/30/20 | Charles Goad | 920 | 2.00 | $ 1,840.00 | Review of budget and associated email communication |
| 6/30/20 | Raffi Keuroglian | 495 | 1.10 | $ 544.50 | Updating cash collateral budget and wind down forecast |

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Claims Analysis** | | | | | |
| 5/1/20 | Raffi Keuroglian | 495 | 1.00 | $ 495.00 | Creating summary output of preference analysis |
| 5/1/20 | Raffi Keuroglian | 495 | 1.50 | $ 742.50 | Updating preference analysis for OCB days to pay analysis |
| 6/19/20 | Raffi Keuroglian | 495 | 0.70 | $ 346.50 | Reviewing 503(b)(9) information in response to counsel |

Exhibit C    Page 1 of 2

## Earth Fare, Inc., et al.
## FTI Consulting, Inc. Detailed Time and Fee Statement For
## the Period May 1, 2020 Through June 30, 2020

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Communications with Stakeholders and Their Advisors** | | | | | |
| 5/11/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Update call with S. Greecher and M. Harvey |
| 5/20/20 | Charles Goad | 920 | 2.00 | $ 1,840.00 | Correspondence with S. Greecher (YC) regarding status updates between UCC and lenders, weekly cash flows etc. |
| 5/21/20 | Charles Goad | 920 | 3.00 | $ 2,760.00 | TC with S. Greecher (YC) regarding latest discussions between lenders and UCC and drafting of email update to the restructuring committee regarding latest status |
| 6/19/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Email communication with S. Greecher (YCST) regarding IP sold to Hulsing group and other status update matters |
| 6/22/20 | Charles Goad | 920 | 1.50 | $ 1,380.00 | Review of IP document on behalf of Hulsing and associated email communication with working group |

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Creditors' Committee Matters** | | | | | |
| 6/16/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Email communication with UCC FA |

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Employment and Fee Applications** | | | | | |
| 6/2/20 | Clayton Cavallo | 370 | 1.80 | $ 666.00 | Update April Fee app. |
| 6/3/20 | Clayton Cavallo | 370 | 1.00 | $ 370.00 | Update April Fee app. |
| 6/5/20 | Charles Goad | 920 | 1.00 | $ 920.00 | Review of Fee App for April |

| Date | Consultant | Rate | Hours Billed | Total | Description |
|---|---|---|---|---|---|
| **Activity Classification: Preference Analysis** | | | | | |
| 5/1/20 | Charles Goad | 920 | 2.00 | $ 1,840.00 | Review of preference analysis draft |

Exhibit C                                                                                          Page 2 of 2