# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 20-10256 (KBO) |
| EARTH FARE, INC., *et al.*, | ) <br> ) (Jointly Administered) |
| Debtors. | ) <br> ) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this Court has scheduled the following omnibus hearing date in the above-captioned proceeding:

October 20, 2020 at 1:00 p.m. (ET) – Interim Fees [6th Floor, Courtroom 3]

**Dated: September 14th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**