**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EARTH FARE, INC., *et al.*,[1] | ) Case No. 20-10256 (KBO) |
| | ) |
| Debtors. | ) (Joint Administered) |
| | ) |
| | ) **Ref Docket No. 478** |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                           ) ss.:
COUNTY OF NEW YORK  )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 14, 2020, I caused to be served the "Notice of First Second Interim Fee Request of Debtors' Professionals," to which was attached "Second Interim Fee Request of Young Conaway Stargatt & Taylor, LLP," dated September 14, 2020[Docket 478], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail mail to those parties listed on the annexed <u>Exhibit A</u>, and

   b. delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
15th day of September, 2020
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| FIRST SOURCE, LLC | ATTN: NANCY NEHL 100 PIRSON PARKWAY TONAWANDA NY 14150 |
| FRANKLIN & PROKOPIK | (COUNSEL FOR SRS REAL ESTATE PARNTERS – SOUTHEAST, LLC) ATTN WILLIAM A. CRAWFORD, MICHAEL P. TORRICE 500 CREEK VIEW ROAD, SUITE 502 NEWARK DE 19711 |
| GOODWIN PROCTER LLP | (COUNSEL FOR WASTE MANAGEMENT) ATTN GREGORY W. FOX, ESQ., BARRY Z. BAZIAN, ESQ. THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| INLAND FRESH SEAFOOD CORPORATION OF AMERICA, INC. | ATTN: LES A. SCHNEIDER 969 CASTLE FALLS DRIVE NE ATLANTA GA 30329 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| INTERNAL REVENUE SERVICE | 2970 MARKET ST PHILADELPHIA PA 19255 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANE LEAMY 844 KING STREET, SUITE 2207 LOCK BOX 35 WILMINGTON DE 19801 |
| UNITED NATURAL FOODS, INC. | ATTN: NICHOLAS LEITZES 313 IRON HORSE WAY PROVIDENCE RI 02908 |

**Total Creditor count  9**

**EXHIBIT B**

# EARTH FARE, INC.

Case No. 20-10256 – Electronic Mail Service List

| NAME | EMAIL |
|---|---|
| PEPPER HAMILTON LLP (COUNSEL TO HILCO MERCHANT RESOURCES LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC) - ATTN: DOUGLAS D. HERRMANN, MARCY J. MCLAUGHLIN SMITH | HERRMANND@PEPPERLAW.COM; MCLAUGHLINM@PEPPERLAW.COM |
| LANDIS RATH & COBB LLP (COUNSEL TO UNITED NATURAL FOODS, INC.) - ATTN: RICHARD S. COBB, KERRI K. MUMFORD, JENNIFER L. CREE | COBB@LRCLAW.COM; MUMFORD@LRCLAW.COM; CREE@LRCLAW.COM |
| CONNOLLY GALLAGHER LLP (COUNSEL TO IRC WESTGATE LLC) - ATTN: KAREN C. BIFFERATO, KELLY M. CONLAN | KBIFFERATO@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM |
| SIMON PROPERTY GROUP, INC. - ATTN: RONALD M. TUCKER | RTUCKER@SIMON.COM |
| CHAPMAN AND CUTLER LLP - ATTN: STEPHEN R. TETRO II, AARON M. KRIEGER | STETRO@CHAPMAN.COM; AKRIEGER@CHAPMAN.COM |
| WOMBLE BOND DICKINSON (US) LLP - MATTHEW P. WARD, MORGAN L. PATTERSON | MATTHEW.WARD@WBD-US.COM; MORGAN.PATTERSON@WBD-US.COM |
| THOMPSON COBURN LLP - ATTN DAVID D. FARRELL | DFARRELL@THOMPSONCOBURN.COM |
| CHIPMAN BROWN CICERO & COLE, LLP ATTN: MARK L. DESGROSSEILLIERS | DESGROSS@CHIPMANBROWN.COM |
| MEYERS, ROMAN, FRIEDBERG & LEWIS - ATTN: DAVID M. NEUMANN | DNEUMANN@MEYERSROMAN.COM |
| SULLIVAN HAZELTINE ALLINSON LLC - ATTN WILLIAM A. HAZELTINE | WHAZELTINE@SHA-LLC.COM |
| TROUTMAN SANDERS LLP - ATTN AMY PRITCHARD WILLIAMS | AMY.WILLIAMS@TROUTMAN.COM |
| BIELLI & KLAUDER, LLC - ATTN DAVID M. KLAUDER | DKLAUDER@BK-LEGAL.COM |
| MCCARTER & ENGLISH, LLP - ATTN WILLIAM F. TAYLOR, JR., SHANNON D. HUMISTON | WTAYLOR@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| PACHULSKI STANG ZIEHL & JONES LLP - ATTN BRADFORD J. SANDLER, ROBERT J. FEINSTEIN, COLIN R. ROBINSON | BSANDLER@PSZJLAW.COM, RFEINSTEIN@PSZJLAW.COM, CROBINSON@PSZJLAW.COM |
| MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP - ATTN PAUL W. CAREY, JOSEPH H. BALDIGA, KATE P. FOLEY | PCAREY@MIRICKOCONNELL.COM, JBALDIGA@MIRICKOCONNELL.COM, KFOLEY@MIRICKOCONNELL.COM |
| HOGAN MCDANIEL - ATTN DANIEL K. HOGAN, DANIEL C. KERRICK | DKHOGAN@DKHOGAN.COM |
| BALLARD SPAHR LLP - ATTN LESLIE C. HEILMAN, LAUREL D. ROGLEN | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| BAIRD MANDALAS BROCKSTEDT, LLC  - ATTN STEPHEN W. SPENCE | SWS@BMDE.COM |
| KELLEY DRYE & WARREN LLP - ATTN ROBERT L. LEHAINE, MELISSA A. HAGER | RLEHANE@KELLEYDRYE.COM; MHAGER@KELLEYDRYE.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC - ATTN SUSAN E. KAUFMAN | SKAUFMAN@SKAUFMANLAW.COM |
| COOCH AND TAYLOR P.A. - ATTN ROBERT W. PEDIGO & R. GRANT DICK IV | RPEDIGO@COOCHTAYLOR.COM; GDICK@COOCHTAYLOR.COM |
| DIAMOND MCCARTHY LLP (COUNSEL TO PANGEA-CDS INC.) - ATTN SHERYL P. GIUGLIANO, KATHY BAZONIAN PHELPS | SGIUGLIANO@DIAMONDMCCARTHY.COM; KPHELPS@DIAMONDMCCARTHY.COM |
| MORRIS JAMES LLP - ATTN CARL N. KUNZ, III | CKUNZ@MORRISJAMES.COM |
| CHRISTIAN & SMALL LLP - ATTN DANIEL D. SPARKS | DDSPARKS@CSATTORNEYS.COM |
| ELLIS & WINTERS LLP | CAM.KIRBY@ELLISWINTERS.COM |
| STEVENS & LEE, P.C. - ATTN DAVID W. GIATTINO, ROBERT LAPOWSKY | DWG@STEVENSLEE.COM; RL@STEVENSLEE.COM |
| SHOPCORE PROPERTIES - ATTN WILLIAM F. MCDONALD III | WMCDONALD@SHOPCORE.COM |
| WICK PHILLIPS - ATTN JASON RUDD, LAUREN K. DRAWHORN | JASON.RUDD@WICKPHILLIPS.COM; LAUREN.DRAWHORN@WICKPHILLIPS.COM |
| JENNIFER FRANCIS OBO KEN BURTON, JR. MANATEE COUNTY TAX COLLECTOR | LEGAL@TAXCOLLECTOR.COM |
| FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP - ATTN PAUL J. PASCUZZI | PPASCUZZI@FFWPLAW.COM |
| SMITH, KATZENSTEIN & JENKINS LLP - ATTN KATHLEEN M. MILLER | KMILLER@SKJLAW.COM |
| RUBIN & LEVIN, P.C. - ATTN JAMES E. ROSSOW, JR. | JIM@RUBIN-LEVIN.NET |
| POLSINELLI PC - ATTN CHRISTOPHER A. WARD | CWARD@POLSINELLI.COM |
| HAYNES AND BOONE, LLP - ATTN KENRIC D. KATTNER, ARSALAN MUHAMMAD | KENRIC.KATTNER@HAYNESBOONE.COM; ARSALAN.MUHAMMAD@HAYNESBOONE.COM |
| TENNESSEE DEPARTMENT OF REVENUE | AGBANKDELAWARE@AG.TN.GOV |

COUNT: 53