**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Earth Fare, Inc., et al., | ) | Case No. 20-10256 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that SULLIVAN · HAZELTINE · ALLINSON LLC, counsel to Gateway Arthur, Inc., ("Gateway Arthur"), has relocated its Wilmington, Delaware office and requests that copies of all pleadings and other papers filed in the above-captioned matter, as well as notices given or required to be given to Gateway Arthur, be given and served upon the undersigned counsel at the address listed below:

William D. Sullivan, Esq.
William A. Hazeltine, Esq.
Elihu E. Allinson, III, Esq.
SULLIVAN · HAZELTINE · ALLINSON LLC
919 North Market Street, Suite 420
Wilmington, DE 19801

Date: October 1, 2020
Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

 */s/ E.E. Allinson III* 
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson, III (No. 3476)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
         whazeltine@sha-llc.com
         zallinson@sha-llc.com

*Attorneys for Gateway Arthur, Inc.*