## EXHIBIT A

| PROFESSIONAL | FEES | EXPENSES |
|---|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Counsel to the Debtors<br>5/1/20-7/31/20 | $85,391.50 | $324.86 |

27198340.1