**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 20-10256 (KBO) |
| EARTH FARE, INC., *et al.*,[1] | ) |  |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 20, 2020 AT 1:00 P.M. (ET)**

**NO MATTERS ARE GOING FORWARD. THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**INTERIM FEE REQUESTS**

1.  Second Interim Fee Request of Debtors' Professionals (Young Conaway Stargatt & Taylor, LLP) [D.I. 478, 9/14/20]

    Response Deadline:          October 5, 2020 at 4:00 p.m. (ET)

    Responses Received:         None.

    Related Documents:

    A.  Fourth Monthly Application for the Period May 1 2020 – May 31, 2020 [D.I. 414, 7/1/20]

    B.  Certificate of No Objection [D.I. 434, 7/22/20

    C.  Fifth Monthly Application for the Period June 1, 2020 – June 30, 2020 [D.I. 426, 7/16/20]

    D.  Certificate of No Objection [D.I. 457, 8/6/20

    E.  Sixth Monthly Application for the Period July 1, 2020 – July 31, 2020 [D.I. 471, 8/24/20]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is P.O. Box 1389, Fletcher, North Carolina 28732.

  E.  Certificate of No Objection [D.I. 480, 9/15/20]

  F.  Certification of Counsel [D.I. 491, 10/15/20]

  G.  Omnibus Order Approving Second Interim Fee Request of Debtors' Professionals [D.I. 492, 10/15/20]

 Status: The order has been entered. No hearing is required.

2. First Quarterly Fee Application for Compensation and Reimbusement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors for the Period from February 11, 2020 Through April 1, 2020 [D.I. 472, 8/26/20]

 Response Deadline: September 15, 2020 at 4:00 p.m. (ET)

 Responses Received: None.

 Related Documents:

  A.  First Monthly Application for the Period February 10, 2020 – February 29, 2020 [D.I. 431, 7/21/20]

  B.  Certificate of No Objection [D.I. 466, 8/17/20]

  C.  Second Monthly Application for the Period March 1, 2020 – March 31, 2020 [D.I. 432, 7/21/20]

  D.  Certificate of No Objection [D.I. 467. 8/17/20]

  E.  Third Monthly Application for the Period April 1, 2020 – April 30, 2020 [D.I.433, 7/21/20]

  F.  Certificate of No Objection [D.I. 468, 8/17/20]

  G.  Notice of Hearing on First Quarterly Fee Application [D.I. 483, 9/22/20]

  H.  Order Granting First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel to the Official Committee of Unsecured Creditors for the Period from February 11, 2020 Through April 30,2020 [D.I. 493, 10/15/20]

 Status: The order has been entered. No hearing is required.

3. First Interim Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 11, 2020 through April 30, 2020 [D.I. 405, 6/15/20]

|  |  |
|---|---|
| Response Deadline: | July 6, 2020 at 4:00 p.m. (ET) |
| Responses Received: | None |

Related Documents:

A. Certificate of No Objection [D.I. 422, 7/14/20]

B. Certification of Counsel [D.I. 494, 10/15/20]

C. Order Granting First Interim Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 11, 2020 through April 30, 2020 [D.I. 495, 10/16/20]

Status: The order has been entered. No hearing is required.

Dated: October 16, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Sean T. Greecher*
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean T. Greecher (No. 4484)
Shane M. Reil (No. 6195)
Allison S. Mielke (No. 5934)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
EF@ycst.com

*Counsel to the Debtors and Debtors in Possession*