# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EARTH FARE, INC., *et al.,*[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10256 (KBO)<br>Jointly Administered |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 19th day of October, 2020, I caused a copy of the following to be served on the attached service list in the manner indicated.

- **[Signed] Order Granting First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period from February 11, 2020 through April 30, 2020 [Docket No. 493]**
- **[Signed] Order Granting First Interim Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses As Financial Advisor To The Official Committee Of Unsecured Creditors For The Period From February 11, 2020 Through April 30, 2020 [Docket No. 495]**

Dated: October 19, 2020　　　　　　PACHULSKI STANG ZIEHL & JONES LLP

　　　　　　　　　　　　　　　　　*/s/ Colin R. Robinson*
　　　　　　　　　　　　　　　　Colin R. Robinson (DE Bar No. 5524)
　　　　　　　　　　　　　　　　919 North Market Street, 17th Floor
　　　　　　　　　　　　　　　　P.O. Box 8705
　　　　　　　　　　　　　　　　Wilmington, DE  19899 (Courier 19801)
　　　　　　　　　　　　　　　　Telephone: 302-652-4100
　　　　　　　　　　　　　　　　Facsimile:  302-652-4400
　　　　　　　　　　　　　　　　E-mail:   crobinson@pszjlaw.com

　　　　　　　　　　　　　　　　*Counsel for the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

DOCS_DE:231155.1 20341/002

| | |
|---|---|
| Earth Fare, Inc. 2002 Service List Expedited<br>Case No. 20-10256 (KBO)<br>Document No. 227480V2<br>02 – First Class Mail<br>72 – Electronic mail | *ELECTRONIC MAIL*<br>Office of the United States Attorney<br>District of Delaware<br>Hercules Building<br>1313 N. Market Street, Suite 400<br>Wilmington, DE  19801<br>**Email:  usade.press@usdoj.gov** |
| (Counsel for the Official Committee of Unsecured Creditors)<br>Bradford J. Sandler, Esquire<br>Robert J. Feinstein, Esquire<br>Colin R. Robinson, Esquire<br>Pachulski Stang Ziehl &Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>**Email: bsandler@pszjlaw.com<br>rfeinstein@pszjlaw.com<br>crobinson@pszjlaw.com** | *ELECTRONIC MAIL*<br>(Counsel to the Debtors)<br>Pauline K. Morgan, Esquire<br>M. Blake Cleary, Esquire<br>Sean T. Greencher, Esquire<br>Shane M. Reil, Esquire<br>Allison Mielke, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE  19801<br>**Email:  ef@ycst.com** |
| *FIRST CLASS MAIL*<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>PO Box 7346 (Zip Code 19101)<br>Philadelphia, PA  19104-5016 | *ELECTRONIC MAIL*<br>(Counsel for RGOP 2, LLC And Steele Creek (1997), LLC)<br>Mark L. Desgrosseilliers, Esquire<br>Chipman Brown Cicero & Cole, LLP<br>Hercules Plaza<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE  19801<br>**Email:  desgross@chipmanbrown.com** |
| *FIRST CLASS MAIL*<br>(Creditors Committee)<br>National Water Services<br>Ramon Lovato<br>1217 Parkway Drive, Ste B<br>Santa Fe, NM  87507 | *ELECTRONIC MAIL*<br>(Counsel for Unfi)<br>Richard S. Cobb, Esquire<br>Jennifer L. Cree, Esquire<br>Kerri K. Mumford, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE  19801<br>**Email:  cobb@lrclaw.com<br>mumford@lrclaw.com<br>cree@lrclaw.com** |
| *ELECTRONIC MAIL*<br>Office of the United States Trustee<br>Jane Leamy, Esquire<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE  19801<br>**Email:  Jane.M.Leamy@usdoj.gov** | |

**ELECTRONIC MAIL**
(Counsel for Waste Management; Gateway Arthur)
William D. Sullivan, Esquire
William A. Hazeltine, Esquire
Sullivan Hazeltine Allinson LLC
919 N. Market Street
4th Floor, Suite 420
Wilmington, DE  19801
**Email:  whazeltine@sha-llc.com**

**ELECTRONIC MAIL**
(Counsel to Advance Acceptance)
William F. Taylor, Jr., Esquire
Shannon D. Humiston, Esquire
Mccarrter & English, LLP
Rennaisance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
**Email:  wtaylor@mccarter.com; shumiston@mccarter.com**

**ELECTRONIC MAIL**
(Counsel to Ferncroft Morrison LLC)
David M. Klauder, Esquire
Bielli & Klauder
1204 N. King Street
Wilmington, DE  19801
**Email: dklauder@bk-legal.com**

**ELECTRONIC MAIL**
(Counsel to Fifth Third Bank)
Matthew P. Ward, Esquire
Morgan L. Patterson, Esquire
Womble Bond Dickinson (US) LLP
1313 N. Market Street, Suite 1200
Wilmington, DE  19801
**Email:  matthew.ward@wbd-us.com morgan.patterson@wbd-us.com**

**ELECTRONIC MAIL**
(Counsel to Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC)
Douglas D. Herrmann, Esquire
Marcy J. Mclaughlin Smith, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19899-1709
**Email:  herrmannd@pepperlaw.com; mclaughlinm@pepperlaw.com**

**ELECTRONIC MAIL**
(Counsel to IRC Westgate, LLC)
Karen C. Bifferato, Esquire
Kelly M. Conlan, Esquire
Connolly Gallagher LLP
1201 N. Market Street, 2Oth Floor
Wilmington, DE  19801
**Email: kbifferato@connollygallagher.com; kconlan@connollygallagher.com**

**ELECTRONIC MAIL**
(Attorneys for Russell McCall's, Inc. d/b/a Gourmet Foods International)
David M. Fournier, Esquire
Kenneth Listwak, Esquire
Troutman Pepper Hamilton Sanders LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 170
Wilmington, DE  19899-1709
**Email: david.fournier@troutman.com; kenneth.listwak@troutman.com**

**ELECTRONIC MAIL**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904
**Email:  statetreasurer@state.de.us**

3

*ELECTRONIC MAIL*
State of Delaware
Division of Corporations
Franchise Tax
John G Townsend Bldg
401 Federal Street, Suite 4
Dover, DE 19901
**Email: DOSDOC_Bankruptcy@state.de.us**

*ELECTRONIC MAIL*
(Counsel for Shops of Fairlawn Delaware, LLC)
David M. Neumann, Esquire
Meyers, Roman, Friedberg & Lewis LPA
28601 Chagrin Blvd., Suite 600
Cleveland, OH 44122
**Email: dneumann@meyersroman.com**

*ELECTRONIC MAIL*
(Counsel for Waste Management)
Gregory W. Fox, Esquire
Barry Z. Bazian, Esquire
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
**gfox@goodwinlaw.com;
bbazian@goodwinlaw.com**

*ELECTRONIC MAIL*
(Counsel to Bunzl Parties)
David D. Farrell, Esquire
Thompson Coburn LLP
One Us Bank Plaza, Suite 2700
St Louis, MO 63101
**Email: dfarrell@thompsoncoburn.com**

*ELECTRONIC MAIL*
(Counsel to Crescent Ccre Lucerne Venture, LLC)
Amy Pritchard Williams, Esquire
Troutman Sanders LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202
**Email: amy.williams@troutman.com**

*ELECTRONIC MAIL*
(Counsel to Fifth Third Bank)
Stephen R. Tetro II, Esquire
Aaron M. Krieger, Esquire
Chapman And Cutler LLP
111 W. Monroe Street
Chicago, IL 60603
**Email: stetro@chapman.com
akrieger@chapman.com**

*ELECTRONIC MAIL*
(Interested Party - Landlord (Creditor))
Simon Property Group, Inc.
Attn: Ronald M. Tucker, Esq.
225 West Washington Street
Indianapolis, IN 46204
**Email: rtucker@simon.com**

*ELECTRONIC MAIL*
(Creditors Committee)
United Natural Foods, Inc.
Nicholas Leitzes
313 Iron Horse Way
Providence, RI 2908
**Email: nleitzes@unfi.com**

*ELECTRONIC MAIL*
(Creditors Committee)
Les A. Schneider, Esq.
Wimberly, Lawson, Steckel, Schneider & Stine, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, GA 30326-1107
Re Inland Fresh Seafood
**Email: las@wimlaw.com**

*ELECTRONIC MAIL*
(Creditors Committee)
Southeastern Products Inc.
Colleen Teodosio
145 Southchase Blvd.
Fountain Inn, SC 29644
**Email: cteodosio@seretail.com**

*ELECTRONIC MAIL*
(Creditors Committee)
First Source, LLC
Nancy Nehl
100 Pirson Parkway
Tonawanda, NY 14150
**Email: nancy.nehl@first-source.com**

*ELECTRONIC MAIL*
(Counsel to Gateway Arthur, Inc. (Landlord))
Paul W. Carey, Esquire
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608
**Email: pcarey@mirickoconnell.com**

*ELECTRONIC MAIL*
(Counsel to Gateway Arthur, Inc. (Landlord))
Joseph H. Baldiga, Esquire
Kate P. Foley, Esquire
Mirick, O'Connell, DeMallie & Lougee, LLP
1800 West Park Drive, Suite 400
Westborough, MA 01581
**Email: jbaldiga@mirickoconnell.com; kfoley@mirickoconnell.com**

*ELECTRONIC MAIL*
(Counsel for MDC Coastal 12, LLC)
Leslie C. Heilman, Esquire
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
**Email: heilmanl@ballardspahr.com
roglenl@ballardspahr.com**

*ELECTRONIC MAIL*
(Counsel for MDC Coastal 12, LLC)
Craig Solomon Ganz, Esquire
BALLARD SPAHR LLP
1 E. Washington Street, Suite 2300
Phoenix, AZ 85004
**Email: ganzc@ballardspahr.com**

*ELECTRONIC MAIL*
(Counsel for MDC Coastal 12, LLC)
Stacy H. Rubin, Esquire
BALLARD SPAHR LLP
One Summerlin
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
**Email: rubins@ballardspahr.com**

*ELECTRONIC MAIL*
(Counsel to Regency Centers, L.P.)
Robert L. LeHane, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Email: rlehane@kelleydrye.com

*ELECTRONIC MAIL*
(Counsel to Regency Centers, L.P.)
Susan E. Kaufman, Esquire
Law Office of Susan E. Kaufman, LLC
919 North Market Street, Suite 460
Wilmington, DE 19801
Email: skaufman@skaufmanlaw.com

*ELECTRONIC MAIL*
(Counsel to Domicor L.L.C. ("Landlord"), creditor)
Robert W. Pedigo, Esquire
R. Grant Dick IV, Esquire
Cooch and Taylor P.A.
The Nemours Building
1007 N. Orange Street, Suite 1120
Wilmington, DE 19801
**Email: rpedigo@coochtaylor.com;
gdick@coochtaylor.com**

5

***ELECTRONIC MAIL***
(Attorneys for RECS Flint's Crossing LLC)
Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
PO Box 2306
Wilmington, DE 19899-2306
**Email: ckunz@morrisjames.com**

***ELECTRONIC MAIL***
(Counsel to Skyland Town Centre Investors, LLC)
David W. Giattino, Esquire
Stevens & Lee, P.C.
919 North Market Street, Suite 1300
Wilmington, DE 19801
**Email: dwg@stevenslee.com**

***ELECTRONIC MAIL***
(Co-counsel to Seminole Mall, L.P. and Seminole Office, L.P., NADG/Blackfin Partners (Lake Nona) LP) and Lakewood Ranch Owner, L.P, Successor-in-Interest to TDC Lakewood I, LLC)
David M. Klauder, Esquire
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
**Email: dklauder@bk-legal.com**

***ELECTRONIC MAIL***
(Attorneys for Pangea-CDS, Inc., Creditor)
Sheryl P. Giugliano, Esquire
Kathy Bazoian Phelps, Esquire
Diamond McCarthy LLP
295 Madison Avenue, 27th Floor
New York, NY 10017
**Email: sgiugliano@diamondmccarthy.com;
kphelps@diamondmccarthy.com**

***ELECTRONIC MAIL***
(Attorneys for RECS Flint's Crossing LLC)
Daniel D. Sparks, Esquire
Christian & Small LLP
505 N. 20th Street, Suite 1800
Birmingham, AL 35203-2696
**Email: ddsparks@csattorneys.com**

***ELECTRONIC MAIL***
(Counsel for HRP Renaissance Market, LLC)
Cameron T. Kirby, Esquire
Ellis & Winters LLP
Post Office Box 33550
Raleigh, NC 27636
**Email: cam.kirby@elliswinters.com**

***ELECTRONIC MAIL***
(Creditor – Interested Party)
ShopCore Properties
Attn: William F. McDonald III, Esq.
10920 Via Frontera, Suite 220
San Diego, CA 92127
**Email: wmcdonald@shopcore.com**

***ELECTRONIC MAIL***
(Co-counsel to Seminole Mall, L.P. and Seminole Office, L.P., NADG/Blackfin Partners (Lake Nona) LP) and Lakewood Ranch Owner, L.P, Successor-in-Interest to TDC Lakewood I, LLC)
Jason Rudd, Esquire
Lauren K. Drawhorn, Esquire
Wick Phillips
100 Throckmorton Street, Suite 1500
Fort Worth, TX 76102
**Email: Jason.rudd@wickphillips.com;
lauren.drawhorn@wickphillips.com**

*ELECTRONIC MAIL*
(Creditor)
Jennifer Francis, Legal Support and Collections Specialist, CFCA
Ken Burton Jr., Manatee County Tax Collector
1001 3rd Ave W, Suite 240
Brandenton, FL  34205-7863
**Email: Legal@taxcollector.com**

*ELECTRONIC MAIL*
(Counsel to Oracle America, Inc.)
Shawn M. Christianson, Esquire
Buchalter, a Professional Corporation
55 Second Street, 17th Floor
San Francisco, CA  94105-3493
**Email: schristianson@buchalter.com**

*ELECTRONIC MAIL*
(Counsel to The McClatchy Company, The News & Observer, The Charlotte Observer, The Herald, and The State)
Paul J. Pascuzzi, Esquire
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
**Email: ppascuzzi@ffwplaw.com**

*ELECTRONIC MAIL*
(Counsel to Alvarez & Marsal North America, LLC)
Robert Lapowsky, Esq.
Stevens & Lee, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA  19406
**Email:  rl@stevenslee.com**

*ELECTRONIC MAIL*
(Counsel to Alvarez & Marsal North America, LLC)
David W. Giattino, Esquire
Stevens & Lee, P.C.
919 North Market Street, Suite 1300
Wilmington, DE  19801
**Email:  dwg@stevenslee.com**

*ELECTRONIC MAIL*
(Counsel to ALDI INC.)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
1000 West Street, Suite 1501
PO Box 410
Wilmington, DE  19801
**Email: kmiller@skjlaw.com**

*ELECTRONIC MAIL*
(Counsel to ALDI INC.)
James E. Rossow Jr., Esquire
Rubin & Levin, P.C.
135 N. Pennsylvania Street
Suite 1400
Indianapolis, IN  46204
**Email: jim@rubin-levin.net**

*ELECTRONIC MAIL*
(Counsel to Whole Foods Market*)*
Christopher A. Ward, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
**Email: cward@polsinelli.com**

*ELECTRONIC MAIL*
(Counsel to Whole Foods Market)
Kenric D. Kattner, Esquire
Arsalan Muhammad, Esquire
Haynes and Boone, LLP
1221 McKinney Street, Suite 2100
Houston, TX  77010
**Email: kenric.kattner@haynesboone.com; arsalan.muhammad@haynesboone.com**

6

*ELECTRONIC MAIL*
(Counsel to SRS Real Estate Partners –
Southeast, LLC)
William A. Crawford, Esquire
Michael P. Torrice, Esquire
Franklin & Prokopik
500 Creek View Road, Suite 502
Newark, DE  19711
**Email: wcrawford@fandpnet.com;
mtorrice@fandpnet.com**