IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 20-10256 (KBO) |
| EARTH FARE, INC., *et al.*,[1] | ) ) ) (Jointly Administered) |
| Debtors. | ) ) **Re: Docket No. 487** |

**CERTIFICATE OF NO OBJECTION**
**REGARDING DOCKET NO. 487**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Seventh Monthly Fee Application of Young Conaway Stargatt & Taylor, LLP as Counsel to the Debtors and Debtors-in-Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2020 through August 31, 2020* [Docket No. 487] (the "Application") filed on October 2, 2020. The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than 4:00 p.m. (ET) on October 22, 2020.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* entered on February 26, 2020 [Docket No. 222], the Debtors are now authorized to pay 80% ($9,257.20) of requested fees ($11,571.50) and 100% of requested expenses ($11.53) on an interim basis without further Court order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

27244234.1

| | |
|---|---|
| Dated:  October 26, 2020<br>　　　　Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Sean T. Greecher*<br>Pauline K. Morgan (No. 3650)<br>M. Blake Cleary (No. 3614)<br>Sean T. Greecher (No. 4484)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>EF@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

27244234.1