# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| EARTH FARE, INC., *et al.*,[1] | ) Case No. 20-10256 (KBO) |
| | ) |
| Debtors. | ) (Joint Administered) |
| | ) |
| | ) **Ref Docket Nos. 509-511** |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT)
                   ) ss.:
COUNTY OF MIDDLESEX )

ANGHARAD BOWLDER, being duly sworn, deposes and says:

1. I am employed as a Director of Client Services by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 10, 2020, I caused to be served the:

   a. "Notice of Rescheduled Omnibus Hearing," dated November 10, 2020 [Docket 509] (the "Notice of Rescheduled Hearing"),

   b. "Notice of Debtors' First (1st) Omnibus (Non-Substantive) Objection to Claims Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1," dated November 10, 2020, to which was attached the "Debtors' First (1st) Omnibus (Non-Substantive) Objection to Claims Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1," dated November 10, 2020 [Docket 510] (the "First Omnibus Objection"), and

   c. "Notice of Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims Pursuant to Sections 502 and 503 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1," dated November 10, 2020, to which was attached the "Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims Pursuant to Sections 502 and 503 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1," dated November 10, 2020 [Docket 511] (the "Second Omnibus Objection"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is 220 Continuum Drive, Fletcher, North Carolina 28732.

by causing true and correct copies of the:

i. Notice of Rescheduled Hearing, First Omnibus Objection, and Second Omnibus Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. First Omnibus Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iii. Second Omnibus Objection to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

iv. Notice of Rescheduled Hearing, First Omnibus Objection, and Second Omnibus Objection to be delivered via electronic mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angharad Bowdler*
Angharad Bowdler

Sworn to before me this
16th day of November, 2020
*/s/ Amy E. Lewis*
Notary Public, State of Connecticut
Acct. No. 100624
Commission Expires: 8/31/2022

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| FIRST SOURCE, LLC | ATTN: NANCY NEHL 100 PIRSON PARKWAY TONAWANDA NY 14150 |
| FRANKLIN & PROKOPIK | (COUNSEL FOR SRS REAL ESTATE PARNTERS – SOUTHEAST, LLC) ATTN WILLIAM A. CRAWFORD, MICHAEL P. TORRICE 500 CREEK VIEW ROAD, SUITE 502 NEWARK DE 19711 |
| GOODWIN PROCTER LLP | (COUNSEL FOR WASTE MANAGEMENT) ATTN GREGORY W. FOX, ESQ., BARRY Z. BAZIAN, ESQ. THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| HISSHO SUSHI | DANIEL RUTHERFORD LWIN FAMILY CO DBA HISSHO SUSHI LOCKBOX, DEPT 223 PO BOX 4458 HOUSTON TX 77210-4458 |
| HOMESTEAD CREAMERY, INC | MIKE GRISETTI PO BOX 506 WIRTZ VA 24184 |
| INLAND FRESH SEAFOOD CORPORATION OF AMERICA, INC. | ATTN: LES A. SCHNEIDER 969 CASTLE FALLS DRIVE NE ATLANTA GA 30329 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5 Q30 133 PHILADELPHIA PA 19104-5016 |
| INTERNAL REVENUE SERVICE | 2970 MARKET ST PHILADELPHIA PA 19255 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JANE LEAMY 844 KING STREET, SUITE 2207 LOCK BOX 35 WILMINGTON DE 19801 |
| UNITED NATURAL FOODS, INC. | ATTN: NICHOLAS LEITZES 313 IRON HORSE WAY PROVIDENCE RI 02908 |

**Total Creditor count  12**

**Exhibit B**

| Claim Name | Address Information |
|---|---|
| ABIGAIL L MILLER | 6880 83RD AVE N PINELLAS PARK FL 33781 |
| AFB MANUFACTURING LLC | 2450 MERRITT DR GARLAND TX 75041 |
| ALBERT'S ORGANICS INC | DAVID LANDIS JR, VP OF FINANCE 1155 COMMERCE BLVD LOGAN TOWNSHIP NJ 08085 |
| ALBERT'S ORGANICS INC | C/O LANDIS RATH & COBB LLP ATTN RICHARD S COBB & MATTHEW R PIERCE 919 MARKET ST, STE 1800 WILMINGTON DE 19801 |
| AXIOM IMPRESSIONS, LLC | 3200 E HEARTLAND DR LIBERTY MO 64068 |
| BARANOSKI, WENDY M | 2412 DUCK POND CIR, APT D MORRISVILLE NC 27560 |
| BATISTINI USA | PO BOX 1457 CLEMMONS NC 27012 |
| BATTLE-AXE COFFEE COMPANY | ATTN BETSY VALINE 1221 KIRBY HOLLOW RD DORSET VT 05251 |
| BEE CITY | ATTN SCOTT BIERING 1066 HOLLY RIDGE LN COTTAGEVILLE SC 29435 |
| BENJAMIN, JONATHAN W | 427 BLUE RIDGE DR, APT C44 MARTINEZ GA 30907 |
| BRIERDALE SHOPPING CENTER LLC | C/O RAYBURN COOPER & DURHAM ATTN MATTHEW L TOMSIC 227 W TRADE ST, STE 1200 CHARLOTTE NC 28202 |
| BRIERDALE SHOPPING CENTER LLC | SHANNON P O'DONNELL 5950 FAIRVIEW RD, STE 800 CHARLOTTE NC 28210 |
| BUZZN BEE INC. | 1341 SE DIXIE HWY STUART FL 34994 |
| CAFFEY DISTRIBUTING COMPANY INC | 8749 W MARKET ST GREENSBORO NC 27409 |
| CAROLINA REFRIGERATION | PO BOX 2013 LEXINGTON SC 29071 |
| CARROLL DISTRIBUTING COMPANY | 1553 CHAD CARROLL WAY MELBOURNE FL 32940 |
| CROWDER, CHAINEY L | 1252 N CONCORD RD CHATTANOOGA TN 37421 |
| DUDLEY, HEARL B | 9235 GLEN MOOR LN PORT RICHEY FL 34668 |
| EEBOO CORPORATION | 170 W 74TH ST, STE 102 NEW YORK NY 10023 |
| EMBARQ FLORIDA INC – NORTH FLORIDA | JESSIE SCHAFER 220 N 5TH ST BISMARCK ND 58501 |
| EMBARQ FLORIDA INC – NORTH FLORIDA | C/O CENTURYLINK COMMUNICATIONS LLC ATTN LEGAL-BKY 1025 EL DORADO BLVD BROOMFIELD CO 80021 |
| FAERIE MADE | 57 OAKWOOD ST ASHEVILLE NC 28806 |
| FIRST WESTERN BANK & TRUST | C/O MCCARTER & ENGLISH LLP ATTN WILLIAM F TAYLOR JR, ESQ 405 N KING ST, 8TH FL WILMINGTON DE 19801 |
| FIRST WESTERN BANK & TRUST | C/O MCCARTER & ENGLISH LLP ATTN SHANNON D HUMISTON, ESQ 405 N KING ST, 8TH FL WILMINGTON DE 19801 |
| FIRST WESTERN BANK & TRUST | DOUGLAS J BUCK 100 PRAIRIE CENTER DR EDEN PRAIRIE MN 55344 |
| FRANGIOSA FARMS LLC | PO BOX 4322 PARKER CO 80134 |
| FRANGIOSA FARMS LLC | RONDA MAYER, OFFICE MANAGER 41322 LONDON DR PARKER CO 80138 |
| GARVEY, JEANNE | 4077 W 223RD ST FAIRVIEW PARK OH 44126 |
| GWINNETT COUNTY TAX COMMISSIONER | PO BOX 372 LAWRENCEVILLE GA 30046 |
| GWINNETT COUNTY TAX COMMISSIONER | ROBIN COOK 75 LANGELY DR LAWRENCEVILLE GA 30046 |
| HALLUM, CODY | 2149 DUGAN ST CHATTANOOGA TN 37412 |
| HAMILTON COUNTY TRUSTEE | 625 GEORGIA AVE, RM 210 CHATTANOOGA TN 37402 |
| HILL, BEVERLY T | 8832 SW 94TH LN, UNIT E OCALA FL 34481 |
| HILL, KATHERINE A | 18 CHIPPING GREEN DR ARDEN NC 28704 |
| HOODZ OF FORT WAYNE | 7750 ZIONSVILLE RD, STE 350 INDIANAPOLIS IN 46268 |
| IB MEDIA LLC | 7420 CLOUDS REST DR FORT MILL SC 29707 |
| INLAND FREST SEAFOOD CORP OF AMERICA INC | C/O FOX ROTHSCHILD LLP ATTN JASON C MANFREY, ESQ 2000 MARKET ST, 20TH FL PHILADELPHIA PA 19103 |
| INLAND FREST SEAFOOD CORP OF AMERICA INC | ERIC SUSSMAN, CONTROLLER 1651 MONTREAL CIR ATLANTA GA 30084 |
| IRWIN NATURALS | 5310 BEETHOVEN ST LOS ANGELES CA 90066 |
| JAMISON, FRANKLYN | 3256 CAUSEY RD AUSTELL GA 30106 |
| KELLER, NORA | 12040 LORENZA LN ORLANDO FL 32827 |
| KELSI CORNETT, AMY HILE, KAREN BAUER | C/O MARY E OLSEN PO BOX 3103 MOBILE AL 36652 |
| KROLL COFFEE LLC | 8 JAMES SQUARE WILLIAMSBURG VA 23185 |

| Claim Name | Address Information |
|---|---|
| LANCASTER, WILLIAM M | 206 ANGIE DR TAYLORS SC 29687 |
| LANZA, STEPHEN E | 35 CROSSCREEK DR, APT 08 CHARLESTON SC 29412 |
| LEED ELECTRIC INC | 8325-G ARROWBRIDGE BLVD CHARLOTTE NC 28273 |
| LUSTY MONK LLC | 29 CANOE LN ASHEVILLE NC 28804 |
| MAGNOTTA, SIERRA G | 107 COLLEGE STATION RD, D106 ATHENS GA 30605-2656 |
| MAROMA USA LLC | 360 NE 80TH ST MIAMI FL 33138 |
| MARTIN, JOSEPH WARDLAW | 132 MAYWOOD DR MONCKS CORNER SC 29461 |
| MIDAS SPRING WATER BOTTLING CO | ATTN MARY KUNKEL CONTROLLER 416 ARMOUR ST DAVIDSON NC 28036 |
| MILLIGAN, ISAAC L | 4534 CORBETT ST COLUMBIA SC 29209 |
| MOOD MEDIA NORTH AMERICA | 2100 S IH 35 FRONTAGE RD #200 AUSTIN TX 78704 |
| MORTON, LAURIE | 1914 PRISCILLA LANE HUNTSVILLE AL 35806 |
| MOUNTAIN WELL-BEING | 3252 NEW LEICESTER HWY, #104 LEICESTER NC 28748 |
| MYERS, COLLINS C | 9825 UNIVERCITY CITY BLVD, APT 4311 CHARLOTTE NC 28213 |
| N WASSERSTROM & SONS INC | C/O NCS 729 MINER RD HIGHLAND HEIGHTS OH 44143 |
| NEW WAVE ENVIRO PRODUCTS INC | PO BOX 4146 ENGLEWOOD CO 80155 |
| NORTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 1168 RALEIGH NC 27602 |
| NORTH CAROLINA DEPARTMENT OF REVENUE | THOMAS O ROBBINS MANAGER, BANKRUPTCY UNIT 501 N WILMINGTON ST RALEIGH NC 27604 |
| NORTHERN AIR HEAT & REFRIGERATION INC | 3230 59TH DR E, #106 BRADENTON FL 34203 |
| O'ROURKE, ROXANNE W | 900 ELM HALL CIR SUMMERVILLE SC 29483 |
| OHIO BUREAU OF WORKERS' COMPENSATION | JILL A WHITWORTH, BWC ATTORNEY 30 W SPRING ST, 26TH FL COLUMBUS OH 43215 |
| OHIO BUREAU OF WORKERS' COMPENSATION | PO BOX 15567 COLUMBUS OH 43215-0567 |
| OHIO DEPARTMENT OF TAXATION | P.O. BOX 530 COLUMBUS OH 43216 |
| ONE VILLAGE COFFEE LLC | ATTN JULIA MAASS 18 CASSEL RD, STE 1 SOUDERTON PA 18964 |
| OREGON'S WILD HARVEST | 1601 NE HEMLOCK AVE REDMOND OR 97756 |
| PALM BEACH COUNTY TAX COLLECTOR | ATTN LEGAL SERVICES DEPARTMENT PO BOX 3715 WEST PALM BEACH FL 33402-3715 |
| PEPIN, MICHELLE | C/O OLSEN LAW FIRM PA 1030 SE 17TH ST OCALA FL 34471 |
| PETERS, ARIEL A | 912 WELBOURNE ST JOHNSON CITY TN 37601 |
| PLANT DEVAS INC | 5925 PRIESTLY DR, STE 120 CARLSBAD CA 92008 |
| PRIVATE BRANDS CONSORTIUM PBC INC | 3000 RENE-LEVESQUE BLVD, STE 330 MONTREAL QC H3E 1T9 CANADA |
| REPUBLIC NATIONAL DISTRIBUTING CO | 9423 N MAIN ST JACKSONVILLE FL 32218 |
| REPUBLIC NATIONAL DISTRIBUTING CO | LUIS GONZALEZ, ESQ, CORP VP, REGULATORY AFFAIRS & COMMERCIAL COUNSEL 4901 SAVARESE CIR TAMPA FL 33634 |
| REVENUE COMMISSIONER OF LEE COUNTY AL | 215 9TH ST OPELIKA AL 36801 |
| REVENUE COMMISSIONER OF LEE COUNTY AL | C/O OLINE W PRICE ACTA, REV COMMISSIONER PO BOX 2413 OPELIKA AL 36803 |
| RICHBOURG, ERIC | 23 LINDEN AVE ASHEVILLE NC 28801 |
| RICKEY HUNT SERVICES | D/B/A ROTO ROOTER PO BOX 27031 KNOXVILLE TN 37927 |
| SADOWSKA, ZOFIA | 107 LITTLEFORD LN CARY NC 27519 |
| SERRANO, CARLOS R | 2820 NW 34TH ST GAINESVILLE FL 32605 |
| SHOWN & COMPANY INC | D/B/A TENNESSEE'S BEST 918 TIPTON STATION RD KNOXVILLE TN 37920 |
| SILK ROAD BAZAAR LLC | 180 GLENRIDGE AVE MONTCLAIR NJ 07042 |
| SIMPSON-BARNES, SHARLEY | 6036 BRADFORD ST PORTAGE MI 49024 |
| SMITH, BRIAN P | 4385 ELMHURST LN CUMMING GA 30028 |
| SOUTH CAROLINA DEPARTMENT OF REVENUE | PO BOX 12265 COLUMBIA SC 29211 |
| SPLIT CREEK FARM, LLC | 3806 CENTERVILLE RD. ANDERSON SC 29625 |
| SUMSKI, GREGORY M | 346 PEARL ST PENDLETON IN 46064 |
| SUNBEAM CANDLES, INC. | 1514 MECKLENBURG RD ITHACA NY 14850 |
| SUPERMARKET SYSTEMS, INC. | PO BOX 472513 CHARLOTTE NC 28247-2513 |
| SUPERMARKET SYSTEMS, INC. | WILLIAM LINEBERGER III, PRESIDENT 2045 FOLKSTNE LANE LANCASTER SC 29720 |
| SUSAN SCHMIDT DBA SCHMIDT FAMILY FARMS | 4282 STATE ROAD MEDINA OH 44256 |

| Claim Name | Address Information |
|---|---|
| TAHERI, FARYAL | 4140 PINE GLADES RD WEST PALM BEACH FL 33406 |
| TAHERI, NAJAM | 4140 PINE GLADES RD WEST PALM BEACH FL 33406 |
| WALTERS, JOHN M | 2234 SUMMIT RIDGE LP MORRISVILLE NC 27560 |
| WASHINGTON GAS | ATTN BANKRUPTCY DEPT 6801 INDUSTRIAL RD SPRINFIELD VA 22151 |
| WHITE, CHRISTOPHER BRANDON | 6332 HARRISON OOLTEWAH RD HARRISON TN 37341 |

**Total Creditor count  96**

**Exhibit C**

| Claim Name | Address Information |
|---|---|
| ACCENT INDUSTRIES INC | 5800 S MOORLAND RD NEW BERLIN WI 53151 |
| ALLEN, SARAH M | 653 DEVON RD GROVETOWN GA 30813 |
| ALLEN, WILLIAM D | 3323 RYDERWOOD DR GREENSBORO NC 27407 |
| ALQIWAMI, SALEM ALI O | 1522 NORTHSHORE WOODS DR KNOXVILLE TN 37919 |
| AMMON, KELLY | 18645 DETROIT AVE, #614 LAKEWOOD OH 44107 |
| ANDERSEN, LINDA CHRISTINA | 202B GOVERNOR'S VIEW RD ASHEVILLE NC 28805 |
| ANDRADE, JAN M | 5070 ASHLEY LAKE DR, APT 824 BOYNTON BEACH FL 33437 |
| BAILEY, MITCHELL E | 4040 MOUNTAIN CREEK RD, APT 1902 CHATTANOOGA TN 37415 |
| BALCOM, KATHARINE | 4918 72ND CT E BRADENTON FL 34203 |
| BECK, YOLANDA L | 5841 106TH TER N PINELLAS PARK FL 33782 |
| BECKWITH, MAURICE | 18 CLOVER HILL PL DURHAM NC 27712 |
| BEE CITY | ATTN SCOTT BIERING 1066 HOLLY RIDGE LN COTTAGEVILLE SC 29435 |
| BENJAMIN, JONATHAN W | 427 BLUE RIDGE DR, APT C44 MARTINEZ GA 30907 |
| BENUCCI, KAREN LEE | 3807 72ND AVE E SARASOTA FL 34243 |
| BISHOP, MIRELVIS | 20 OAKCREST DR ASHEVILLE NC 28806 |
| BISHOP, MIRELVIS | C/O EARTH FARE INC 100 WESTGATE ASHEVILLE NC 28806 |
| BLAZING BEAN ROASTERS | PO BOX 15053 CLEARWATER FL 33766 |
| BOTANICAL INTERESTS INC | 660 COMPTON ST BROOMFIELD CO 80020 |
| BREUNIG, DALE | 1219 LOGGERS RD GOODVIEW VA 24095 |
| BRINK, JEFFREY A | 218 LOWER GLEN CIR BLYTHEWOOD SC 29016 |
| BROWN, DUSTIN H | 15 LYNWOOD CIR ASHEVILLE NC 28806 |
| BRYANT, JAMES G | 2566 GARY CIR, APT 3 DUNEDIN FL 34698 |
| CAFFEY DISTRIBUTING COMPANY, INC. | 8749 WEST MARKET STREET GREENSBORO NC 27409 |
| CAMPBELL, CHRISTOPHER J | 303 ANNA AVE NW CANTON OH 44708 |
| CARMICHAEL, JOHN ROBERT | 452 HARLEY PERRY RD ZIONVILLE NC 28698 |
| COATES, AMELIA L | 22506 MORNING GLORY CIR BRADENTON FL 34202 |
| COIA, MARK J | 6635 37TH ST E SARASOTA FL 34243 |
| COOK, DANIEL | 701 MARKET STREET, STE 111 #214 SAINT AUGUSTINE FL 32095 |
| COOK, DEBRA L | 1700 NE 115TH AVE, LOT #23 SILVER SPRINGS FL 34488 |
| CUNDIFF, TRACY | 6420 98TH ST E BRADENTON FL 34202 |
| CUNDIFF, TRACY I | 6420 98TH ST E BRADENTON FL 34202 |
| DADDANO, MICHELLE | 7801 MAPLEWOOD DR, UNIT 915 WEST MELBOURNE FL 32904 |
| DAVISON, PAUL A | 405 WALTZ LN KINGSPORT TN 37663 |
| DEMARCO, MICHAEL H | 1105 WHISTON DR APEX NC 27502 |
| DOLL, SANDRA L | 514 SABLE PALM N ELLENTON FL 34222 |
| DR. HAUSCHKA SKIN CARE, INC. | 79 MAIN STREET HATFIELD MA 01038 |
| DUDLEY, HEARL B | 9235 GLEN MOOR LN PORT RICHEY FL 34668 |
| ELITE EXPORTS INC SA | C/O PATRICK E GONYA JR, ESQ 1395 BRICKELL AVE, STE 700 MIAMI FL 33131 |
| FAERIE MADE | 57 OAKWOOD ST ASHEVILLE NC 28806 |
| FAZAL AHMED SARWARI, GUL GHUTI | 537 SHADY PINE WAY, APT C2 GREENACRES FL 33415 |
| FIELDS, CARL E | 205 PLEASANT DR EASLEY SC 29642 |
| FISHER, JAMES F | 1222 STEWART AVE SE ROANOKE VA 24013 |
| FLOWERS BAKERIES LLC | C/O KILPATRICK TOWNSEND & STOCKTON LLP ATTN PAUL ROSENBLATT 1100 PEACHTREE ST NE, STE 2800 ATLANTA GA 30309 |
| FORCELLEDO, RITA | 127 WALNUT CREEK RD SUMMERVILLE SC 29483 |
| FORD, LEMERAKLE | 318 BROWN AVE NW CLEVELAND TN 37311 |
| FOUT, REBEKA F | 14025 MARIELLEN RD HUNTSVILLE AL 35803 |
| FOUT, REBEKA F | 14025 MARIELLEN RD SW HUNTSVILLE AL 35803 |
| GARDNER, ALBERT A III | 425 30TH AVE W, UNIT C-106 BRADENTON FL 34205 |

| Claim Name | Address Information |
|---|---|
| GARDNER, ALBERT A III | 4903 60TH DR E BRADENTON FL 34205 |
| GOLDEN VALLEY NATURAL, LLC | 815 E 1400 N SHELLEY ID 83274 |
| GOODFRIEND, KATHY OGLE | 8328 BRIGHTMOOR CT KNOXVILLE TN 37923 |
| HAIMBAUGH, JAMES S | 7969 SOMERSET DR LARGO FL 33773 |
| HALDEMAN, DAN E | PO BOX 20552 BRADENTON FL 34204-0552 |
| HALDEMAN, JENNIE L | PO BOX 20552 BRADENTON FL 34204-0552 |
| HALLUM, CODY L | 2149 DUGAN AVE CHATTANOOGA TN 37412 |
| HART, MARY P DE | 121 BROAD ST, APT B ASHEVILLE NC 28801 |
| HARVEST CAFE COFFEE | 2225 E 54TH ST INDIANAPOLIS IN 46220 |
| HAYWOOD, LINDA C | 4956 WINDMILL MANOR AVE BRADENTON FL 34203 |
| HILL, BEVERLY T | 8832 SW 94TH LN, UNIT E OCALA FL 34481 |
| HILL, KATHERINE A | 18 CHIPPING GREEN DR ARDEN NC 28704 |
| HOULDSWORTH, PAMELA K | 1224 35 AVE N SAINT PETERSBURG FL 33704 |
| HUBERT COMPANY | C/O QUARLES & BRADY LLP ATTN LAUREN BESLOW 300 N LASALLE ST, STE 4000 CHICAGO IL 60654 |
| HUNT, CARLY E | 1080 SAM COOPER RD WATKINSVILLE GA 30677 |
| IPRINT TECHNOLOGIES | COFACE NORTH AMERICA INSURANCE COMPANY 650 COLLEGE ROAD EAST SUITE 2005 PRINCETON NJ 08540 |
| IRWIN NATURALS | 5310 BEETHOVEN ST LOS ANGELES CA 90066 |
| J.R. CARLSON LABORATORIES INC. | 600 W UNIVERSITY DR ARLINGTON HEIGHTS IL 60004 |
| JACKSON, CLIFFORD RAY JR | 2807 GARDEN CITY BLVD SE, APT 205 ROANOKE VA 24014 |
| JAGNOW, JUSTIN W | 9294 120TH WAY SEMINOLE FL 33772 |
| JAMISON, FRANKLYN | 3256 CAUSEY RD AUSTELL GA 30106 |
| JANEIRO, AVA | 239 WALCOTT DR LYMAN SC 29365 |
| JAXMA ORCHID GREENHOUSES INC | 6440 HWY 17 S GREEN COVE SPRINGS FL 32043 |
| JAXMA ORCHID GREENHOUSES INC | SONNIE KIM 13671 COVINGTON CREEK DR JACKSONVILLE FL 32224 |
| JOHNSON, BILLY L | 332 B PLEASANT CIRCLE OPELIKA AL 36801 |
| JOHNSTONE, PAULETTE M | 17626 GAWTHROP DR, #301 BRADENTON FL 34211 |
| JONES, PAULINE WENDY | 3846 NIGHTHAWK DR PALM HARBOR FL 34684 |
| KELLER, NORA | 12040 LORENZA LN ORLANDO FL 32827 |
| KOLIC, VALERIE L | 5270 LAKE POINT DR CARMEL IN 46033 |
| LANCASTER, WILLIAM M | 206 ANGIE DR TAYLORS SC 29687 |
| LANZA, STEPHEN E | 35 CROSSCREEK DR, APT 08 CHARLESTON SC 29412 |
| LAVOIE, DOUGLAS K | 632 N WENDOVER RD, APT J CHARLOTTE NC 28211 |
| LULOFS, RENEE M | 906 BEAVERDALE LN ROCKLEDGE FL 32955 |
| MAJEWSKI, RAYMOND C | 8738 MATTHEW ST SEMINOLE FL 33772 |
| MARTIN, JOSEPH WARDLAW | 132 MAYWOOD DR MONCKS CORNER SC 29461 |
| MATHIES, MARGARET E | 7005 DOMINION LN LAKEWOOD RANCH FL 34202 |
| MELVILLE, BRENDA J | 16852 LOVERS LN THREE RIVERS MI 49093 |
| MENDEZ, LIDENIA SALMERON | 210 JOHNSTON BLVD, LOT 20 ASHEVILLE NC 28806 |
| MENDEZ, LIDENIA SALMERON | C/O EARTH FARE INC 100 W GATE ASHEVILLE NC 28806 |
| MILLIGAN, ISAAC L | 4534 CORBETT ST COLUMBIA SC 29209 |
| MILLIGAN, ISAAC LEROY | 4534 CORBETT ST COLUMBIA SC 29209 |
| MOORE, CHARLES H | 11420 MISTY VALLEY CT CHARLOTTE NC 28226 |
| MORALES, SONIA | 6221 FLAYFISH CT LAKEWOOD RANCH FL 34202 |
| MOUNTAIN WELL-BEING | 3252 NEW LEICESTER HWY. SUITE 104 LEICESTER NC 28748 |
| MOWRER, AMANDA C | 9855 MOORESVILLE RD DAVIDSON NC 28036 |
| NATARIO, DEVON K | 1647 RIVER BIRCH AVE OVIEDO FL 32765 |
| NATURAL IMMUNOGENICS CORP | 7504 PENNSYLVANIA AVE SARASOTA FL 34243 |

| Claim Name | Address Information |
|---|---|
| NATURAL PRODUCTS GROUP (SOLGAR) | C/O THE NATURES BOUNTY CO 2100 SMITHTOWN AVE RONKONKOMA NY 11779 |
| NORTHERN AIR HEAT & REFRIGERATION INC | 3230 59TH DR E, #106 BRADENTON FL 34203 |
| O'ROUKE, ROXANNE W | 900 ELM HAL CIR SUMMERVILLE SC 29483 |
| OSBOURNE, KEVIN | 4077 W 223RD ST FAIRVIEW PARK OH 44126 |
| PEIRCE, JULIE | 11270 RANCH CREEK TER, #111 BRADENTON FL 34211 |
| PETERS, ARIEL A | 912 WELBOURNE ST JOHNSON CITY TN 37601 |
| PLUNKET, JANET HOPE | 1311 CORTON DR, APT J CHARLOTTE NC 28203 |
| PRITCHETT, CHRISTINA | 9406 SOMERSET DR OOLTEWAH TN 37363 |
| REDDING, JESSICA A | 1922 IVY DR COCOA FL 32922 |
| RELIANCE VITAMIN COMPANY INC | C/O LANCIANO & ASSOCIATES LLC ATTN LARRY E HARDCASTLE II, ESQ 2 ROUTE 31 NORTH PENNINGTON NJ 08534 |
| ROACH, CAROL R | 2623 TEAKWOOD DR CLEARWATER FL 33764 |
| RSC MECHANICAL INC | 43750 GARFIELD RD CLINTON TOWNSHIP MI 48038 |
| RUPUBLIC OF TEA, THE | 11051 N MOCKINGBIRD RD, STE A NASHVILLE IL 62263 |
| RUVOLIS, DAVID | 2170 N LAKE DR, APT 7025 COLUMBIA SC 29212 |
| SAILPOINTE CREATIVE GROUP | ATTN ACCTS RECIEV 3025 SALT CREEK LN ARLINGTON HEIGHTS IL 60005 |
| SAILPOINTE CREATIVE GROUP | MARK D TOLJANIC 2215 YORK RD, STE 550 OAK BROOK IL 60523 |
| SAMARITANO, MARY JO | 6535A CHASEWOOD DR JUPITER FL 33458 |
| SANTA, ANGEL R BURGOS | 2701 NE 7 ST, APT 301 OCALA FL 34470 |
| SCHAAF, RODNEY | 4296 BABYLON AVE SW MASSILLON OH 44646 |
| SCHALLER, MICHELE M | 4005 BELAIR RD AUGUSTA GA 30909 |
| SCHNEIDER, JOHN D JR | 5112 TIVOLI RUN LAKEWOOD RANCH FL 34211 |
| SCOTT, KEVIN | 1007 PHILLIP ST GARNER NC 27529 |
| SERRANO, CARLOS R | 2820 NW 34TH ST GAINESVILLE FL 32605 |
| SHOAF, ELIZABETH ARLENE | 2268 TYRO RD LEXINGTON NC 27295 |
| SIMPSON-BARNES, SHARLEY | 6036 BRADFORD ST PORTAGE MI 49024 |
| SIMPSON-BARNES, SHARLEY J | 6036 BRADFORD ST PORTAGE MI 49024-2554 |
| SLATON, SANDRA | 172 COUNTRY WALK DR POWELL TN 37849 |
| SLATON, SANDRA KAY | 172 COUNTRY WALK DR POWELL TN 37849 |
| SMITH, BRIAN P | 4385 ELMHURST LN CUMMING GA 30028 |
| SMITH, HEATHER M | 12807 ATKINS CIR, DR #308 CHARLOTTE NC 28277 |
| SNIPE, HENRIETTA | 722 LONGFELLOW RD CHARLESTON SC 29407 |
| SPLIT CREEK FARM, LLC | 3806 CENTERVILLE RD. ANDERSON SC 29625 |
| STALEY, DANIEL T | 3607 S HUBERT AVE TAMPA FL 33629 |
| STERNER, CHARLENE M | 525 CHIPPEWA AVE NE PALM BAY FL 32907 |
| STEVENSON, MICHAEL A | 508 SURREY RD KNOXVILLE TN 37915 |
| STEWART, CARLA M | 17 WINDING LN RINGGOLD GA 30736 |
| SUMSKI, GREGORY M | 346 PEARL ST PENDLETON IN 46064 |
| SUNBEAN CANDLES, INC. | 1514 MECKLENBURG RD ITHACA NY 14850 |
| SUNBURST TROUT FARM LLC | PO BOX 1484 WAYNESVILLE NC 28786 |
| SUNBURST TROUT FARM LLC | ANNA EASON, HR/FINANCE DIRECTOR 314 INDUSTRIAL PARK DR WAYNESVILLE NC 28786 |
| SUPPLIES DISTRIBUTORS INC | C/O SHAPIRO BIEGING BARBER OTTESON LLP ATTN JOHN C LEININGER 5430 LYNDON B JOHNSON FRWY, STE 1540 DALLAS TX 75240 |
| SYMONETTE, TERRANCE | SYMONETTE, TERRANCE PO BOX 621 DADE CITY FL 33526 |
| SYMONETTE, TERRANCE | PO BOX 621 DADE CITY FL 33529 |
| TAHERI, FARYAL | 4140 PINE GLADES RD WEST PALM BEACH FL 33406 |
| TAHERI, NAJAM | 4140 PINE GLADES RD WEST PALM BEACH FL 33406 |
| TAHERI, NAJAM | NAJAM TAHERI PO BOX 4421 BEAVERTON OR 97076-4421 |
| TARDY, JENNIFER | 215 FLORES LN MARTINEZ GA 30907 |

| Claim Name | Address Information |
|---|---|
| TENNESSEE DEPARTMENT OF REVENUE | TDOR C/O ATTORNEY GENERAL PO BOX 20207 NASHVILLE TN 37202 |
| TENNESSEE DEPARTMENT OF REVENUE | JORDAN HOLLIS 500 DEADERICK ST NASHVILLE TN 37242 |
| THOMPSON, J K | 27 OAKLEY PL ASHEVILLE NC 28806 |
| VECTREN ENERGY DELIVERY | KIM GAMBREL PO BOX 209 EVANSVILLE IN 47702 |
| VECTREN ENERGY DELIVERY | ONE VECTREN SQ EVANSVILLE IN 47708 |
| VELAZQUEZ, MARC A | 7705 HOLLISWOOD CT, APT 426 CHARLOTTE NC 28217 |
| VITAMER LABORATORIES | 46 CORPORATE PARK, STE 200 IRVINE CA 92606 |
| WADE, DARRIUS | 520 S BULL ST COLUMBIA SC 29205 |
| WALKER, SHURANDA | PO BOX 286 TOPPING VA 23169 |
| WARNER, COLE G | 11740 ASHWICK PL ALPHARETTA GA 30005 |
| WATSON, REMEDIOS C | 5940 HERON'S LANDING DR ROCKLEDGE FL 32955 |
| WEILER, DANIEL | 342 EXPLORER DR CHAPIN SC 29036 |
| WELSH, ELIZABETH H | 2514 SPRING GARDEN ST, APT A GREENSBORO NC 27403 |
| WHITE, CHRISTOPHER | 6332 HARRISON OOLTEWAH RD HARRISON TN 37341 |
| WHITE, ELLA C | 141 CUMBERLAND AVE, #6 ASHEVILLE NC 28801 |
| WHITTINGTON, GLENN A | 2022 WOODLAWN DR SW HUNTSVILLE AL 35802 |
| WILLIAMS, KEVIN | 1700 JEKYLL LN WAXHAW NC 28173 |
| WIMPY, ASHLEY | 5819 HWY 41 RINGGOLD GA 30736 |
| WINHOLT EQUIPMENT | ATTN: REBECCA BOSQUES 20 CROSSWAYS PARK N. SUITE# 205 WOODBURY NY 11797 |
| WINKLEPLECK, ANGEL M | 3583 HARRISON LN LENOIR CITY TN 37772 |
| WINKLEPLECK, ANGEL M | ANGEL WINKLEPLECK 1434 NORTHSHORE WOODS DR KNOXVILLE TN 37919 |
| WITTE, MORGAN P | 4348 EVARD RD FORT WAYNE IN 46835 |
| WOOLLEY, KAREN S | 289 LEE RD 45 OPELIKA AL 36804 |
| YOU, M.D. LLC | ANGELA C. HIND, M.D. 15 RANKIN AVENUE #103 ASHEVILLE NC 28801 |
| ZUMBO, JOE | 4627 WATERBELL LN WAXHAW NC 28173 |

**Total Creditor count 167**

**Exhibit D**

**EARTH FARE, INC.**
Case No. 20-10256 – Electronic Mail Service List

| NAME | EMAIL |
|---|---|
| **CORE PARTIES** | |
| CHAPMAN AND CUTLER LLP | STETRO@CHAPMAN.COM |
| DELAWARE STATE TREASURY | STATETREASURER@STATE.DE.US |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE-ECFBANKRUPTCY@USDOJ.GOV |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | AEATON@PAULWEISS.COM; BLAVIN@PAULWEISS.COM |
| SECRETARY OF STATE | CORP@DELAWARE.GOV |
| | |
| **TOP 30** | |
| ADPLEX, INC. | KSCHWERTNER@ADPLEX.COM |
| ALBERT'S | CDIBELLO@UNFI.COM |
| AMEX | CELIA.COULOMBE@AEXP.COM |
| BREIT MP EP II LLC | PATTYR@STARPOINTPROPERTIES.COM |
| BUNZL DISTRIBUTION SOUTHEAST, LLC | BRIAN.BARRETT@BUNZLUSA.COM; KAREN.MARTIN@BUNZLUSA.COM |
| CROSSET COMPANY, CINCINNATI | TSLAUGHTER@CASTELLINICOMPANY.COM; MSAYLOR@CROSSET.COM; CROSSETACCOUNTING@CROSSET.COM |
| CWB HOLDINGS, INC. | DARRIN.WALVOORD@CHARLOTTESWEB.COM |
| FIRST SOURCE, LLC | CATHALENE.WORELDS@FIRST-SOURCE.COM; AMANDAJO.FUCCELLA@FIRST-SOURCE.COM |
| FRONTIER NATURAL PRODUCTS | ORDERS@FRONTIERCOOP.COM; ACCOUNTSRECEIVABLE@FRONTIERCOOP.COM; MOLLY.TRIMBLE@FRONTIERCOOP.COM |
| GAIA HERBS, INC. | CS@GAIAHERBS.COM; MAZ@GAIAHERBS.COM |
| GARDEN OF LIFE, INC | KEYACCOUNTS@GARDENOFLIFE.COM; CNUNEZ@GARDENOFLIFE.COM |
| GEMINI PLACE TOWNE CENTER LLC | ASHLEY.SEASLY@COLLIERS.COM; KEITH.SHOUP@COLLIERS.COM; CANDACE.VRADENBURG@COLLIERS.COM |
| GOURMET FOODS INTERNATIONAL | CEASTWOOD@GFIFOODS.COM; JFOSTER@GFIFOODS.COM |
| HISSHO SUSHI | DANIELRUTHERFORD@HISSHOSUSHI.COM |
| HOMESTEAD CREAMERY, INC | HOMESTEADCREAMERY@JUNO.COM; DONNA@HOMESTEADCREAMERYINC.COM |
| HUBERT COMPANY | KSHIRES@HUBERT.COM |
| HUSSMAN CORPORATION | TINA.ODONNELL@HUSSMANN.COM |
| INLAND SEAFOOD | DALE.BORNE@INLANDSEAFOOD.COM; CARTER.BALL@INLANDSEAFOOD.COM |
| INSTACART | AR@INSTACART.COM |
| NATIONAL WATER SERVICES | ACCOUNTING@FRESHPURE.COM |
| NUTRACEUTICAL CORPORATION | KEYACCOUNT@NUTRACORP.COM; CREDITS@NUTRACORP.COM; KARA.MITCHELL@NUTRACORP.COM |
| ONESOURCE MAGAZINE DIST., LLC | DANW@ONESOURCEDIST.COM; ISELAD@ONESOURCEDIST.COM |

**EARTH FARE, INC.**
Case No. 20-10256 – Electronic Mail Service List

| | |
|---|---|
| PANGEA-CDS, INC. | SEDELMAN@PANGEA-CDS.COM |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | AEATON@PAULWEISS.COM; BLAVIN@PAULWEISS.COM |
| PIEDMONT GRAPHICS | WMCDEARMON@PIEDMONTGRAPHICS.COM; AMELTON@PIEDMONTGRAPHICS.COM; THAYES@PIEDMONTGRAPHICS.COM |
| SOUTHEASTERN PRODUCTS INC. | CTEODOSIO@SERETAIL.COM |
| ST. JOHNS PARKWAY LAND TRUST | INFO@NFLT.ORG |
| STORES CONSULTING GROUP | RMARINO@STORESCONSULTING.COM; JSWEENEY@STORESCONSULTING.COM |
| UNFI | CDIBELLO@UNFI.COM |
| ZERO ZONE | JOHN.DUIMSTRA@ZERO-ZONE.COM |

**EARTH FARE, INC.**
Case No. 20-10256 – Electronic Mail Service List

| NAME | EMAIL |
|---|---|
| BAIRD MANDALAS BROCKSTEDT, LLC - ATTN STEPHEN W. SPENCE | SWS@BMDE.COM |
| BALLARD SPAHR LLP - ATTN LESLIE C. HEILMAN, LAUREL D. ROGLEN | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM |
| BIELLI & KLAUDER, LLC - ATTN DAVID M. KLAUDER | DKLAUDER@BK-LEGAL.COM |
| CHAPMAN AND CUTLER LLP - ATTN: STEPHEN R. TETRO II, AARON M. KRIEGER | STETRO@CHAPMAN.COM; AKRIEGER@CHAPMAN.COM |
| CHIPMAN BROWN CICERO & COLE, LLP ATTN: MARK L. DESGROSSEILLIERS | DESGROSS@CHIPMANBROWN.COM |
| CHRISTIAN & SMALL LLP - ATTN DANIEL D. SPARKS | DDSPARKS@CSATTORNEYS.COM |
| CONNOLLY GALLAGHER LLP (COUNSEL TO IRC WESTGATE LLC) - ATTN: KAREN C. BIFFERATO, KELLY M. CONLAN | KBIFFERATO@CONNOLLYGALLAGHER.COM; KCONLAN@CONNOLLYGALLAGHER.COM |
| COOCH AND TAYLOR P.A. - ATTN ROBERT W. PEDIGO & R. GRANT DICK IV | RPEDIGO@COOCHTAYLOR.COM; GDICK@COOCHTAYLOR.COM |
| DIAMOND MCCARTHY LLP (COUNSEL TO PANGEA-CDS INC.) - ATTN SHERYL P. GIUGLIANO, KATHY BAZONIAN PHELPS | SGIUGLIANO@DIAMONDMCCARTHY.COM; KPHELPS@DIAMONDMCCARTHY.COM |
| ELLIS & WINTERS LLP | CAM.KIRBY@ELLISWINTERS.COM |
| FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP - ATTN PAUL J. PASCUZZI | PPASCUZZI@FFWPLAW.COM |
| HAYNES AND BOONE, LLP - ATTN KENRIC D. KATTNER, ARSALAN MUHAMMAD | KENRIC.KATTNER@HAYNESBOONE.COM; ARSALAN.MUHAMMAD@HAYNESBOONE.COM |
| HOGAN MCDANIEL - ATTN DANIEL K. HOGAN, DANIEL C. KERRICK | DKHOGAN@DKHOGAN.COM |
| JENNIFER FRANCIS OBO KEN BURTON, JR. MANATEE COUNTY TAX COLLECTOR | LEGAL@TAXCOLLECTOR.COM |
| KELLEY DRYE & WARREN LLP - ATTN ROBERT L. LEHAINE, MELISSA A. HAGER | RLEHANE@KELLEYDRYE.COM; MHAGER@KELLEYDRYE.COM |
| LANDIS RATH & COBB LLP (COUNSEL TO UNITED NATURAL FOODS, INC.) - ATTN: RICHARD S. COBB, KERRI K. MUMFORD, JENNIFER L. CREE | COBB@LRCLAW.COM; MUMFORD@LRCLAW.COM; CREE@LRCLAW.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC - ATTN SUSAN E. KAUFMAN | SKAUFMAN@SKAUFMANLAW.COM |
| MCCARTER & ENGLISH, LLP - ATTN WILLIAM F. TAYLOR, JR., SHANNON D. HUMISTON | WTAYLOR@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| MEYERS, ROMAN, FRIEDBERG & LEWIS - ATTN: DAVID M. NEUMANN | DNEUMANN@MEYERSROMAN.COM |
| MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP - ATTN PAUL W. CAREY, JOSEPH H. BALDIGA, KATE P. FOLEY | PCAREY@MIRICKOCONNELL.COM, JBALDIGA@MIRICKOCONNELL.COM, KFOLEY@MIRICKOCONNELL.COM |
| MORRIS JAMES LLP - ATTN CARL N. KUNZ, III | CKUNZ@MORRISJAMES.COM |
| PACHULSKI STANG ZIEHL & JONES LLP - ATTN BRADFORD J. SANDLER, ROBERT J. FEINSTEIN, COLIN R. ROBINSON | BSANDLER@PSZJLAW.COM, RFEINSTEIN@PSZJLAW.COM, CROBINSON@PSZJLAW.COM |

**EARTH FARE, INC.**
Case No. 20-10256 – Electronic Mail Service List

| | |
|---|---|
| PEPPER HAMILTON LLP (COUNSEL TO HILCO MERCHANT RESOURCES LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC) - ATTN: DOUGLAS D. HERRMANN, MARCY J. MCLAUGHLIN SMITH | HERRMANND@PEPPERLAW.COM; MCLAUGHLINM@PEPPERLAW.COM |
| POLSINELLI PC - ATTN CHRISTOPHER A. WARD | CWARD@POLSINELLI.COM |
| RUBIN & LEVIN, P.C. - ATTN JAMES E. ROSSOW, JR. | JIM@RUBIN-LEVIN.NET |
| SCHNADER HARRISON SEGAL & LEWIS LLP | RBARKASY@SCHNADER.COM; KDOUGHTY@SCHNADER.COM |
| SHOPCORE PROPERTIES - ATTN WILLIAM F. MCDONALD III | WMCDONALD@SHOPCORE.COM |
| SIMON PROPERTY GROUP, INC. - ATTN: RONALD M. TUCKER | RTUCKER@SIMON.COM |
| SMITH, KATZENSTEIN & JENKINS LLP - ATTN KATHLEEN M. MILLER | KMILLER@SKJLAW.COM |
| STEVENS & LEE, P.C. - ATTN DAVID W. GIATTINO, ROBERT LAPOWSKY | DWG@STEVENSLEE.COM; RL@STEVENSLEE.COM |
| SULLIVAN HAZELTINE ALLINSON LLC - ATTN WILLIAM A. HAZELTINE | WHAZELTINE@SHA-LLC.COM |
| TENNESSEE DEPARTMENT OF REVENUE | AGBANKDELAWARE@AG.TN.GOV |
| THOMPSON COBURN LLP - ATTN DAVID D. FARRELL | DFARRELL@THOMPSONCOBURN.COM |
| TROUTMAN SANDERS LLP - ATTN AMY PRITCHARD WILLIAMS | AMY.WILLIAMS@TROUTMAN.COM |
| WICK PHILLIPS - ATTN JASON RUDD, LAUREN K. DRAWHORN | JASON.RUDD@WICKPHILLIPS.COM; LAUREN.DRAWHORN@WICKPHILLIPS.COM |
| WOMBLE BOND DICKINSON (US) LLP - MATTHEW P. WARD, MORGAN L. PATTERSON | MATTHEW.WARD@WBD-US.COM; MORGAN.PATTERSON@WBD-US.COM |