**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 20-10256 (KBO) |
| EARTH FARE, INC., *et al.*,[1] | ) ) ) (Jointly Administered) |
| Debtors. | ) ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 10, 2020 AT 1:00 P.M. (ET)**

## MATTERS WITH CERTIFICATIONS OF COUNSEL

1. Debtors' First (1st) Omnibus (Non-Substantive) Objection to Claims Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 510, 11/10/20]

    Response Deadline:        November 24, 2020 at 4:00 p.m. (ET)

    Responses Received:

    A.   Informal Response from Palm Beach County Tax Collector

    B.   Informal Response from Albert's Organics Inc.

    C.   Response of Ohio Department of Taxation [D.I. 521, 11/24/20]

    Related Documents:

    D.   Certification of Counsel [D.I. 527, 12/8/20]

    Status: Responses A-C have been resolved. A certification of counsel has been filed submitting a revised proposed order.

2. Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 511, 11/10/20]

    Response Deadline:        November 24, 2020 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is P.O. Box 1389, Fletcher, North Carolina 28732.

27357889.1

Responses Received:

A.    Response by the Tennessee Department of Revenue [D.I. 515, 11/20/20]

Related Documents:

B.    Certification of Counsel [D.I. 528, 12/8/20]

Status:    A certification of counsel has been filed submitting a revised proposed order. This matter is adjourned to January 19, 2021 at 1:00 p.m. (ET) with respect to Response A.

Dated: December 8, 2020  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Shane M. Reil*  
Pauline K. Morgan (No. 3650)  
M. Blake Cleary (No. 3614)  
Sean T. Greecher (No. 4484)  
Shane M. Reil (No. 6195)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 571-6600  
Facsimile: (302) 571-1253  
EF@ycst.com

*Counsel to the Debtors and Debtors in Possession*