**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 ) ) Case No. 20-10256 (KBO) |
| EARTH FARE, INC., *et al.*,[1] | ) ) (Jointly Administered) |
| Debtors. | ) ) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JANUARY 19, 2021 AT 1:00 P.M. (ET)**

**NO MATTERS ARE GOING FORWARD. THE HEARING HAS BEEN CANCELLED.**

**ADJOURNED/RESOLVED MATTER**

1. Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 511, 11/10/20]

    Response Deadline: November 24, 2020 at 4:00 p.m. (ET)

    Responses Received:

    A. Response by the Tennessee Department of Revenue [D.I. 515, 11/20/20]

    Related Documents:

    B. Order Sustaining Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 431, 12/8/20]

    Status: This matter is adjourned to February 18, 2021 at 11:00 a.m. (ET) with respect to Response A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is P.O. Box 1389, Fletcher, North Carolina 28732.

[2] **Amended items appear bold.**

27583359.1

**MATTERS WITH CERTIFICATIONS OF COUNSEL**

2. Debtors' Third (3rd) Omnibus (Non-Substantive) Objection to Claims Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 537, 12/18/20]

    Response Deadline:    January 4, 2021 at 4:00 p.m. (ET)

    Responses Received:    None.

    Related Documents:

    A.    Certification of Counsel [D.I. 544, 1/13/21]

    B.    **Order [D.I. 546, 1/14/21]**

    Status:    **An order has been entered. No hearing is necessary.**

3. Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 538, 12/18/20]

    Response Deadline:    January 4, 2021 at 4:00 p.m. (ET) [Extended for Hamilton TC, LLC to January 11, 2021 at 4:00 p.m. (ET)]

    Responses Received:

    A.    Response by the Alachua County Tax Collector [D.I. 543, 1/3/21]

    B.    Informal Response by ARAMARK Uniform & Career Apparel LLC

    C.    Informal Response by Hamilton TC, LLC

    Related Documents:

    D.    Certification of Counsel **[D.I. 549, 1/14/21]**

    E.    **Order [D.I. 550, 1/19/21]**

    Status:    Responses B–C have been resolved. **An order, submitted under certification of counsel, has been entered**. This matter is adjourned to February 18, 2021 at 11:00 a.m. (ET) with respect to Response A.

| | |
|---|---|
| Dated: January 19, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>Pauline K. Morgan (No. 3650)<br>M. Blake Cleary (No. 3614)<br>Sean T. Greecher (No. 4484)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>EF@ycst.com<br><br>*Counsel to the Debtors and Debtors in Possession* |