FILED
2021 JAN 26 AM 9: 17
CLERK
U.S. BANKRUPTCY COURT

January 8, 2021

United States Bankruptcy Court
for the District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, Delaware 19801

In re:  Earth Fare, Inc.
        Chapter 11
        Case No. 20-10256 (KBO)

In re:  Claim No. 10315 (and was amended by claim No. 10316)
        Total Claim: $656.08
        Filed on: 8/14/20.
        Claimant: John M. Walters
                  2234 Summit Ridge Loop
                  Morrisville, NC 27560

Dear U.S. Bankruptcy Court,

I am writing to ask you to reconsider the denial of my claim(s) for my unpaid, earned vacation pay from Earth Fare.

The reason I am asking you to reconsider and uphold my claim(s) is that my co-worker, (Michael DeMarco) submitted a claim for his unpaid, earned vacation pay and his claim was upheld.

Thank you for your time and attention.

Best regards,

John Walters

John Walters

Enclosure; Earth Fare payroll statement
CC; Epiq Corporate Restructuring LLC, Beaverton, OR

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| VGR | 020804 | 145100 | | 000000/0338 | 1 |

012-0038

EARTH FARE
220 CONTINUUM DR
FLETCHER, NC 28732
(828)281-4800

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:     1
  NC:          1

## Earnings Statement

![ADP]

Period Beginning:   01/27/2020
Period Ending:      02/09/2020
Pay Date:           02/13/2020

JOHN M WALTERS
2234 SUMMIT RIDGE LOOP
MORRISVILLE NC 27560

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.8300 | 79.50 | 1,178.99 | |
| Gross Pay | | | $1,178.99 | 4,638.23 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -53.30 | 206.19 |
| | Social Security Tax | -71.68 | 281.88 |
| | Medicare Tax | -16.76 | 65.92 |
| | NC State Income Tax | -35.00 | 135.00 |
| | Other | | |
| | Dental | -22.96* | 91.84 |
| | Olpst | -25.58 | 102.32 |
| | Net Pay | | $953.71 |
| | Checking 4 | -953.71 | |
| | Net Check | | $0.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Bal Sick Hours | | 8.19 |
| Bal Vac Hours | | 44.24 |

**Time Card Detail**

| DATE | | IN | OUT | IN | OUT | TOTAL |
|---|---|---|---|---|---|---|
| Mon | 01/27 | 12:26pm | 06:19pm | 06:47pm | 09:01pm | 8.11 |
| Tue | 01/28 | 06:56am | 12:14pm | 12:44pm | 03:24pm | 7.97 |
| Thu | 01/30 | 08:00am | 12:09pm | 12:36pm | 04:02pm | 7.58 |
| Fri | 01/31 | 09:29am | 12:44pm | 01:14pm | 06:00pm | 8.02 |
| Sat | 02/01 | 07:06am | 12:19pm | 12:57pm | 03:39pm | 7.92 |
| Mon | 02/03 | 12:41pm | 06:20pm | 06:54pm | 09:01pm | 7.77 |
| Tue | 02/04 | 07:00am | 12:01pm | 12:28pm | 03:29pm | 8.04 |
| Thu | 02/06 | 07:47am | 12:19pm | 12:50pm | 04:07pm | 7.81 |
| Fri | 02/07 | 07:46am | 12:27pm | 12:54pm | 04:29pm | 8.26 |
| Sat | 02/08 | 07:05am | 12:17pm | 12:54pm | 03:43pm | 8.02 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,156.03

© 2000 ADP, LLC

---

EARTH FARE
220 CONTINUUM DR
FLETCHER, NC  28732
(828)281-4800

Advice number:   00000070338
Pay date:        02/13/2020

Deposited to the account of        account number   transit ABA    amount
JOHN M WALTERS                     xxxxxx2819       xxxx xxxx      $953.71

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**