IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| EARTH FARE, INC., *et al.*,[1] | ) ) ) | Case No. 20-10256 (KBO) |
| Debtors. | ) ) | (Jointly Administered) |
|  | ) ) ) ) ) ) | Ref. Docket Nos. 538 and 543 |

**NOTICE OF PARTIAL WITHDRAWAL OF DEBTORS'
FOURTH (4TH) OMNIBUS (SUBSTANTIVE) OBJECTION TO
CLAIMS PURSUANT TO SECTIONS 502 AND 503 OF THE BANKRUPTCY
CODE, BANKRUPTCY RULE 3007 AND LOCAL RULE 3007-1**

**PLEASE TAKE NOTICE** that on December 18, 2020, Earth Fare, Inc. and EF Investment Holdings, Inc. (collectively, the "**Debtors**") filed the *Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Sections 502 and 503 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1* ([Docket No. 538] (the "**Objection**").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the Objection solely as it relates to Alachua County Tax Collector.

[*Signature Page Follows*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is P.O. Box 1389, Fletcher, North Carolina 28732.

27874636.1

| | |
|---|---|
| Dated: March 16, 2021<br>      Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>Pauline K. Morgan (No. 3650)<br>M. Blake Cleary (No. 3614)<br>Sean T. Greecher (No. 4484)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>EF@ycst.com<br><br>*Counsel to the Debtors*<br>*and Debtors-in-Possession* |