IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 20-10256 (KBO) |
| EARTH FARE, INC., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 18, 2021 AT 10:00 A.M. (ET)**

**NO MATTERS ARE GOING FORWARD.  THE HEARING HAS BEEN CANCELLED.**

**RESOLVED MATTER**

1. Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 538, 12/18/20]

    Response Deadline:    January 4, 2021 at 4:00 p.m. (ET) [Extended for Hamilton TC, LLC to January 11, 2021 at 4:00 p.m. (ET)]

    Responses Received:

    A.    Response by the Alachua County Tax Collector [D.I. 543, 1/3/21]

    Related Documents:

    B.    Order [D.I. 550, 1/19/21]

    C.    Notice of Partial Withdrawal of Debtors' Fourth (4th) Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 575, 3/16/21]

    Status:    This matter has been resolved.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084).  The mailing address for each of the Debtors is P.O. Box 1389, Fletcher, North Carolina 28732.

**ADJOURNED MATTER**

2.  Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 511, 11/10/20]

    <u>Response Deadline</u>:  November 24, 2020 at 4:00 p.m. (ET)

    <u>Responses Received</u>:

    A.  Response by the Tennessee Department of Revenue [D.I. 515, 11/20/20]

    <u>Related Documents</u>:

    B.  Order Sustaining Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 431, 12/8/20]

    <u>Status</u>:  This matter is adjourned to April 8, 2021 at 11:00 a.m. (ET).

Dated: March 16, 2021  
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Shane T. Reil*
Pauline K. Morgan (No. 3650)
M. Blake Cleary (No. 3614)
Sean T. Greecher (No. 4484)
Shane M. Reil (No. 6195)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
EF@ycst.com

*Counsel to the Debtors and Debtors in Possession*

27816247.1