# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 20-10256 (KBO) <br> ) <br> ) (Jointly Administered) <br> ) |
| EARTH FARE, INC., *et al.*,[1] | |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 27, 2021 AT 12:00 P.M. (ET)

The hearing will be conducted entirely over Zoom.

All participants must register **prior to the hearing** at the registration link provided below:

https://debuscourts.zoomgov.com/meeting/register/vJIscOitqzIsHs2es9CkrI1D6sGLDZbZJ98

## ADJOURNED MATTER

1. Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 511, 11/10/20]

    Response Deadline:    November 24, 2020 at 4:00 p.m. (ET)

    Responses Received:

    A.    Response by the Tennessee Department of Revenue [D.I. 515, 11/20/20]

    Related Documents:

    B.    Order Sustaining Debtors' Second (2nd) Omnibus (Substantive) Objection to Claims Pursuant to Sections 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 431, 12/8/20]

    Status:    This matter is adjourned to May 26, 2021 at 10:00 a.m. (ET).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is P.O. Box 1389, Fletcher, North Carolina 28732.

27794717.1

**MATTER GOING FORWARD**:

2. Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time , and Place for the Combined Hearing and the Deadline for Filing Objections Thereto; and (VI) Granting Related Relief [D.I. 585, 4/6/21]

    Response Deadline:    April 20, 2021 at 4:00 p.m. (ET)

    Responses Received:

    A. United States Trustee's Objection to Debtors' Motion for Entry of an Order (I) Approving the Combined Disclosure Statement and Plan on an Interim Basis for Solicitation Purposes Only; (II) Establishing Solicitation and Tabulation Procedures; (III) Approving the Form of Ballot and Solicitation Materials; (IV) Establishing the Voting Record Date; (V) Fixing the Date, Time , and Place for the Combined Hearing and the Deadline for Filing Objections Thereto; and (VI) Granting Related Relief [D.I. 591, 4/20/21]

    Status:    The Debtor's are working with the U.S. Trustee to address the issues raised in its objection.  This matter is going forward.

Dated: April 23, 2021　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
Wilmington, Delaware

　　　　　　　　　　　　　　　　　*/s/ Shane M. Reil*
　　　　　　　　　　　　　　　　　Pauline K. Morgan (No. 3650)
　　　　　　　　　　　　　　　　　M. Blake Cleary (No. 3614)
　　　　　　　　　　　　　　　　　Sean T. Greecher (No. 4484)
　　　　　　　　　　　　　　　　　Shane M. Reil (No. 6195)
　　　　　　　　　　　　　　　　　Rodney Square
　　　　　　　　　　　　　　　　　1000 North King Street
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　Telephone: (302) 571-6600
　　　　　　　　　　　　　　　　　Facsimile: (302) 571-1253
　　　　　　　　　　　　　　　　　EF@ycst.com

　　　　　　　　　　　　　　　　　*Counsel to the Debtors and Debtors in Possession*