# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EARTH FARE, INC., et al.,[1] | Case No. 20-10256 (KBO) |
| Debtors. | Jointly Administered |
| | **Re: Docket Nos. 599, 655** |

## NOTICE OF (I) ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONFIRMING THE DEBTORS' COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF LIQUIDATION; (II) OCCURRENCE OF EFFECTIVE DATES THEREUNDER; AND (III) RELATED DEADLINES

**PLEASE TAKE NOTICE** that on June 29, 2021, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered its *Findings of Fact, Conclusions of Law and Order Confirming the Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 655] (the "**Confirmation Order**"). Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the *Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* (the "**Plan**"), which is attached to the Confirmation Order as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan under the Confirmation Order was **June 30, 2021**.

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to obtain a copy of the Confirmation Order may obtain such copy: (i) at https://dm.epiq11.com/case/earthfare/info; or (ii) by contacting Brenda Walters, Paralegal, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, (302) 573-7791, bwalters@ycst.com. Copies of the Confirmation Order may also be reviewed during regular business hours at the Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801, or may be obtained at the Bankruptcy Court's website at http://www.deb.uscourts.gov by following the directions for accessing the ECF system on such site.

## FINAL ADMINISTRATIVE CLAIM BAR DATE

**PLEASE TAKE FURTHER NOTICE that each Holder of an Administrative Claim against any of the Debtors that arises, accrues or otherwise becomes due and payable during the period from August 1, 2020 through and including the Effective Date, other than a Holder of (a) a Professional Fee Claim or (b) a Claim for U.S. Trustee Fees, must file with the Bankruptcy Court, and serve on the undersigned counsel to the Debtors, a Proof of Claim for such Administrative Claim on or before August 16, 2021. Such Proof of Claim must include at a minimum: (i) the name of the Debtor(s) that are purported to be liable for the**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is P.O. Box 1389, Fletcher, North Carolina 28732.

28290517.1

**Administrative Claim; (ii) the name of the Holder of the Administrative Claim; (iii) the amount of the Administrative Claim; (iii) the basis of the Administrative Claim; and (iv) supporting documentation for the Administrative Claim.  <u>Any Administrative Claim that is not timely filed as set forth above will be forever barred, and holders of such Administrative Claims will not be able to assert such Claims in any manner against the Wind-Down Officer, the Post-Effective Date Debtors, the Debtors, or their Estates, or their respective successors or assigns or their respective property.</u>**

<u>**PROFESSIONAL FEE CLAIMS BAR DATE**</u>

**PLEASE TAKE FURTHER NOTICE** that any Professional of the Debtors or the Committee seeking allowance by the Bankruptcy Court of a Professional Fee Claim must file its respective final application for allowance of compensation for services rendered and reimbursement of expenses incurred prior to the Effective Date <u>on or before July 21, 2021</u>.

| | |
|---|---|
| Dated: June 30, 2021<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Sean T. Greecher*<br>Pauline K. Morgan (No. 3650)<br>M. Blake Cleary (No. 3614)<br>Sean T. Greecher (No. 4484)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>EF@ycst.com<br><br>*Counsel to the Debtors* |