**EXHIBIT A**

| PROFESSIONAL | DOCKET NOS. | FEES | EXPENSES |
|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP<br>Counsel to the Debtors<br>2/4/20 – 6/30/21 | 669<br>487, 501, 517, 536, 556, 563, 570, 592, 615, 631 | $1,130,463.00 | $5,505.01 |
| Epiq Corporate Restructuring, LLC<br>Administrative Advisor to the Debtors<br>2/4/20 – 6/30/21 | 673 | $21,948.93 | $0.00 |

28460586.1