# **EXHIBIT A**

| PROFESSIONAL | PERIOD COVERED | FEES | EXPENSES | TOTAL |
|---|---|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP**<br><br>(Counsel to the Official Committee of Unsecured Creditors) | 2/11/20-6/30/21 | $341,382.00 | $4,532.81 | $345,914.81 |
| **Alvarez & Marsal North America, LLC**<br><br>(Financial Advisor to the Official Committee of Unsecured Creditors) | 2/11/20-6/30/21 | $253,255.00 | $145.85 | $253,400.85 |
| **TOTALS** | | $594,637.00 | $4,678.66 | $599,315.66 |