# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EARTH FARE, INC., *et al.*,[1] | ) | Case No. 20-10256 (KBO) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Ref. Docket No. 640 |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 640

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to approval of the *Debtors' Motion for Entry of an Order Authorizing the Debtors' Entry into Stipulation Resolving Ohio Bureau of Workers' Compensation Claim* [Docket No. 640] (the "**Motion**") filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on June 16, 2021.

The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on June 30, 2021.

It is hereby respectfully requested that the form of order filed in connection with the Motion be entered at the earliest convenience of the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Earth Fare, Inc. (3936) and EF Investment Holdings, Inc. (8084). The mailing address for each of the Debtors is P.O. Box 1389, Fletcher, North Carolina 28732.

28679309.1

| | |
|---|---|
| Dated: Wilmington, Delaware<br>October 6, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Shane M. Reil*<br>Pauline K. Morgan (No. 3650)<br>M. Blake Cleary (No. 3614)<br>Sean T. Greecher (No. 4484)<br>Shane M. Reil (No. 6195)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>EF@ycst.com<br><br>*Counsel to the Debtors* |

28679309.1